| | |
|---|---|
| **From:** | Michael |
| **To:** | nancy.m.molina@lonestar.edu |
| **Cc:** | Stephen Quezada |
| **Subject:** | [EXTERNAL] FYI |
| **Date:** | Tuesday, August 24, 2021 10:01:28 PM |

You know I have to say. I was under the impression I was going to get a C and I just realized I got a B.

Had that been communicated to me I probably would have let this claim go despite the fact that I thought I deserved an A. But now that your outside attorney has threatened me I am going to do everything I need to do to get that A.

Maybe next time you shouldn't threaten students who pay your paycheck. You could have seen me walk away from this happy. All you had to do was communicate the grade.

Stephen clearly isn't a bright individual as he could have resolved this claim for you.

--
## Michael Moates, MA, QMHP-T, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

| | |
|---|---|
| **From:** | Michael Moates |
| **To:** | Stephen Quezada |
| **Cc:** | Molina, Nancy |
| **Subject:** | Re: [EXTERNAL] Re: SA |
| **Date:** | Wednesday, August 25, 2021 11:30:46 AM |
| **Attachments:** | image001.jpg |

I disagree and won't sign that agreement until it's confirmed that's my final grade.

So there are two options here:

You can add to the contract that it is signed with the facts as the stand now or you can at least represent to me that that grade is intentional by the professor and expected to stay.

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**


> On Aug 25, 2021, at 11:27 AM, Stephen Quezada <squezada@grayreed.com> wrote:
>
>
> Michael –
>
> The grade is what it is. We cannot make any representation regarding a course outcome.
>
> Thanks,
>
> Stephen
>
>
> **From:** Michael <michaelsmoates@gmail.com>
> **Sent:** Wednesday, August 25, 2021 11:09 AM
> **To:** Stephen Quezada <squezada@grayreed.com>

**Cc:** Molina, Nancy <nancy.m.molina@lonestar.edu>
**Subject:** Fwd: [EXTERNAL] Re: SA

I understand you cannot confirm. Someone will need to. If the agreement says the release of all claims, the agreement is being signed under the facts as they stand now.

Nancy?
---------- Forwarded message ---------
From: **Stephen Quezada** <squezada@grayreed.com>
Date: Wed, Aug 25, 2021 at 11:05 AM
Subject: RE: [EXTERNAL] Re: SA
To: Michael <michaelsmoates@gmail.com>

Michael –

The grade is what it currently is on the transcript. According to you, that is a B. I have not seen any scores other than what you have sent me. I have not seen the transcript.

Again, I have no involvement with a course outcome and am making no representation about that. I also have no information about whether the B would somehow change.

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:57 AM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Re: SA

- To be clear, the B is a key point of me signing the second agreement. I need some sort of confirmation before I sign. Nancy?

After I get this I'm prepared to sign.

On Wed, Aug 25, 2021 at 10:54 AM Stephen Quezada <squezada@grayreed.com> wrote:

    Michael –

    I have no ability or authority to effect or change the outcome of a course.

    Provided you execute the second agreement, we will mail the check to you.

    Please provide the address where you would like the check to be mailed, and I will have it sent to that address.

    Thanks.

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:50 AM
**To:** Stephen Quezada <squezada@grayreed.com>
**Cc:** Office of the Chancellor <Chancellor@lonestar.edu>; Head, Steve
<Steve.Head@lonestar.edu>; Molina, Nancy <Nancy.M.Molina@lonestar.edu>;
Castillo, Mario <Mario.K.Castillo@lonestar.edu>
**Subject:** Re: [EXTERNAL] Re: SA

Perfect. Two final questions.

Is the B going to stand?
How and when will I be refunded once the second agreement is signed? (if
physical check will likely need to update address)

On Wed, Aug 25, 2021 at 10:27 AM Stephen Quezada
<squezada@grayreed.com> wrote:

> Michael -
>
> Please try again. Thanks.
>
>
> **Stephen Quezada**
> **Counsel**
> Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
> 1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
> grayreed.com | Connect with me on LinkedIn
>
> *Board Certified - Labor & Employment Law*
> *Texas Board of Legal Specialization*
>
> 
>
> CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential
> information which is
> intended only for the named recipient(s) and may be legally privileged. If you have received this communication
> in error, please
> contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the
> contents of
> this communication by anyone other than the named recipient(s) is strictly prohibited.

>> On Aug 25, 2021, at 10:05 AM, Michael
>> <michaelsmoates@gmail.com> wrote:
>>
>>
>> The technical term is a "hold." They typically use these to
>> prevent someone from registering for missing transcripts, aid
>> hold, etc.... and I think the purpose was to stop me from
>> registering going forward per our agreement... but it also
>> prevents me from requesting my transcript.

On Wed, Aug 25, 2021 at 10:03 AM Stephen Quezada
<squezada@grayreed.com> wrote:

> I will look into this. I know of no "block."
>
> How did you come to the understanding about a "block" being placed on your account?
>
> **Stephen Quezada**
> **Counsel**
> Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
> 1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
> grayreed.com | Connect with me on LinkedIn
>
> ***Board Certified - Labor & Employment Law***
> ***Texas Board of Legal Specialization***
>
> <logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>
>
> CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is
> intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
> contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
> this communication by anyone other than the named recipient(s) is strictly prohibited.
>
>> On Aug 25, 2021, at 9:59 AM, Michael
>> <michaelsmoates@gmail.com> wrote:
>>
>> I cannot. See the attachment.
>>
>> My understanding is the dean of admissions at UP under the direction of VPSS K. Sanchez put a block on my account. It is still there. See second attachment.
>>
>> Again, I presume this was to block me from registering but it blocks me from getting transcripts as I need them.
>>
>> If the B stands, the transcripts are sent today (block released), and I am not blocked in the future. I will sign the second agreement. Also if that administrative hold is not on my transcripts that are sent out.
>>
>> On Wed, Aug 25, 2021 at 9:51 AM Stephen Quezada <squezada@grayreed.com> wrote:

Michael -

You can request your transcript(s) in the normal manner and your request will be processed in the normal course of business. Please let me know if you have a problem making the request.

Regards,

Stephen

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 |
squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*

<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 25, 2021, at 9:07 AM, Michael <michaelsmoates@gmail.com> wrote:

There is no reason I should not be able to order my transcript like every other student. Part of the agreement was that I would not be coded in a way that made it appear I had issues at this school.

I don't have time to wait on this... if I dont get to start fall classes because this takes too long... supposed to have by the end of

today... that will be one more claim and thing to tell the board. Typically you, request a transcript it gets sent. This is just one more way the college is discriminating against me for asserting my rights to accommodations. More and more retaliation.

It is absurd I am being blocked from getting my own record and getting it sent. You guys have billed me and now I'm being told I won't be refunded until the End of September.

On Wed, Aug 25, 2021 at 8:36 AM Molina, Nancy <Nancy.M.Molina@lonestar.edu> wrote:

> Michael:
>
> This responds to your 10:02 p.m. email thread, your 12:08 a.m. email below, your 8:14 a.m. phone call, and your 8:18 a.m. email.
>
> Stephen Quezada represents the College in this matter—I am copying him on this email so you can address with him the below.
>
> The College will send a final transcript, as requested, to your last known address, and send your transcript to whichever institution you indicate.
>
> Regards,
> Nancy
>
>
> **From:** Michael Moates <michaelsmoates@gmail.com>
> **Sent:** Wednesday, August 25, 2021 12:07 AM
> **To:** Molina, Nancy <Nancy.M.Molina@lonestar.edu>

**Cc:** Castillo, Mario
<Mario.K.Castillo@lonestar.edu>;
Head, Steve
<Steve.Head@lonestar.edu>;
Office of the Chancellor
<Chancellor@lonestar.edu>
**Subject: SA**

Mrs. Molina,

I am sending you this email as a
courtesy. I will accept the B if
the following conditions are met:

1st - Stephen will not contact me
again. If he does I will not sign
the agreement. Furthermore, I
will consider it harassment and
file a police report. This is not a
request it is a formal
notification.
2nd - I am going to speak to the
Board next month and you are
saying that is acceptable. I am
going to let them know of how
this last 24 hours transpired.
How you almost came into
litigation because he threatened
me.
3rd - After the agreement is
signed. I will be permitted to
leave with no disparagement
from the college about me.
4th - I will get the full payment
as agreed to.
5th - The W will be marked with
cause as agreed.

This is a god-send for you guys.
Because he has treated me
poorly. But I am not going to
punish the college for his
childish threats.

Let me know if this is acceptable
to you.

This is a settlement offer under
Rule 408.

Offer expires end of business 25
August 2021.
Michael Moates, MA, QMHP-T,
RBT, CPI
Doctor of Education Student | Fielding
Graduate University
Senior Member, Civil Air Patrol, US Air
Force Auxiliary
State of Texas Commissioned Notary
Public
(817) 999-7534
| mmoates@email.fielding.edu

*LG* **TQ Safe Zone**
ACADEMIC **Freedom Advocate**

--

# Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"

--

# Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was
just a game, many years and many triumphs,
they proved to me they not the same"
<Screen Shot 2021-08-25 at 9.55.01 AM.png>
<Screen Shot 2021-08-25 at 9.56.28 AM.png>

--

## Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours
to win or lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was just a game,
many years and many triumphs, they proved to me they not
the same"

--

## Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or
lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was just a game, many years and
many triumphs, they proved to me they not the same"

--

## Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or
lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was just a game, many years and
many triumphs, they proved to me they not the same"

--

## Michael Moates, RBT, CPI

*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

June 14, 2016

Ref:  OCR Docket # 06162099

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star College System (LSCS), The Woodlands, Texas, on January 12, 2016.  The Complainant alleged that LSCS discriminated against him on the basis of disability and subjected him to retaliation.  Specifically, the Complainant alleged the following:

1.  LSCS discriminated against him based on disability during the 2015 fall semester when LSCS failed to timely implement his academic adjustments; and

2.  LCSC subjected him to retaliation during the 2015 fall semester when the disability services implemented "random" academic adjustments that did not serve his disability, without prior discussion with him.

OCR is responsible for determining whether entities that receive or benefit from federal financial assistance from the Department, or an agency that has delegated investigative authority to the Department, are in compliance with Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability.  OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §12132, and its implementing regulation at 28 C.F.R. Part 35.  Under Title II, OCR has jurisdiction over complaints alleging discrimination on the basis of disability that are filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public entity.  Therefore, OCR has jurisdictional authority to process this complaint for resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's allegations for investigation.  Please note that opening this complaint for investigation in

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

no way implies that OCR has made a determination with regard to its merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegations, in accordance with the provisions of OCR's *Case Processing Manual.*

Based on the Complainant's allegations, OCR will investigate the following legal issues:

1. Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2015 fall semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.; and

2. Whether LSCS retaliated against the Complainant by implementing random academic adjustments that did not serve the complainant's disability, without prior discussion with the Complainant during the 2015 fall semester, because the Complainant advocated for his rights as a student with a disability during the 2015 fall semester, in violation of Section 504 and Title II, at 34 C.F.R. § 104.61, and 28 C.F.R. § 35.134, respectively.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR

Page 3 – Dr. Stephen C. Head, Chancellor

and the recipient.  The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter.  OCR will then monitor the implementation of the resolution agreement.  Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees.  Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or confidentiality.  Enclosed is an initial data request.  Please provide the requested information to OCR within 15 calendar days of the date of this letter.  Please be advised that this request does not preclude OCR from requesting additional information during the course of the complaint resolution process.  After reviewing all information received, OCR will determine whether an on-site investigation is warranted.  If so, you will be contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against any individual because he or she has filed a complaint or participated in the complaint resolution process.  If this happens, the Complainant may file another complaint alleging such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request.  In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint.  If you have questions, you may contact at (214) 661-9607 (Tamara.Williams@ed.gov).  You may also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov).  Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

**U.S. DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS (OCR)**
**INITIAL DATA REQUEST**

Lone Star College System (LSCS)
OCR Case No. 06162099

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter. For purposes of this investigation, the Complainant is identified as <u>Michael Moates</u>, a current student at LSCS.

1. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

2. A copy of, or internet reference to, LSCS's policies and procedures that prohibit discrimination on the basis of disability. Please also provide a description of where the policies and procedures are published, and how and when they are disseminated to faculty and students.

3. A narrative response to the Complainant's allegations. Please include identification of any relevant witnesses by name, position/title, and telephone number.

4. A copy of the Complainant's educational records for the 2015 fall semester.

5. A copy of LSCS's policies and procedures with regard to the provision of academic adjustments and auxiliary aids and services, including references to where the policies and procedures are located and how they are made available to students.

6. A complete copy of the Complainant's application for academic adjustments and auxiliary aids and services and any supporting documentation submitted by the Complainant.

7. The names, telephone numbers, and titles of any and all persons who participated in any determinations regarding the provision of academic adjustments and auxiliary aids and services for the Complainant.

8. A complete copy of any documents related to LSCS's response to the Complainant's application for academic adjustments and auxiliary aids and services.

9. If the Complainant was approved for academic adjustments and/or auxiliary aids and services, please provide a description of the adjustments/aids/services, a description of when and how the adjustments/aids/services were developed, copies of documents containing the adjustments/aids/services, and the names and titles of the person(s) involved in developing and responsible for implementing

the adjustments/aids/services.

10. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services. If no written documentation exists, please provide a narrative of any discussions regarding these issues.

11. A copy of the syllabus and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2015 fall semester.

12. A copy of any documentation and/or written communication between the LSCS and the Complainant pertaining to the allegation in this complaint, including complaints filed with LSCS and the final resolutions thereof.

13. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

**Stephen Quezada**

| | |
|---|---|
| **From:** | Michael <michaelsmoates@gmail.com> |
| **Sent:** | Thursday, August 26, 2021 9:12 PM |
| **To:** | myriam.saldivar@gmail.com; mike@houstonschoiceseniorcare.com; iesheia@hotmail.com; artmurillo@gmail.com; myriam.saldivar@house.state.tx.us; art.murillo@ridemetro.org; art.murillo@lonestar.edu |
| **Cc:** | Helen.clougherty@lonestar.edu; Probasco, Deseree; Office of the Chancellor; Head, Steve; Stephen Quezada; Molina, Nancy; Castillo, Mario |
| **Subject:** | [EXTERNAL] Press Release |
| **Attachments:** | PRESS RELEASE.pdf |

Again, I am sorry to have to email you like this. The college is refusing to give me your professional contact information as elected officials.

I have asked the college to forward you various emails about this although I am not sure you received them.

Please see the attached press release I will be sending to nearly 600 members of the media on 28 August 2021. It is my hope that we can come to a resolution before then.

It is also my intention to send this to every college president and chancellor in Texas. I will not be verbally degraded or harassed.

Nor should Fraud, Forgery, or Extortion be allowed.

I know you guys give the Chancellor a lot of leeway but I can't imagine you intended to authorize this.

Very Respectfully,

--

## Michael Moates, MA, QMHP-T, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

1

| | |
|---|---|
| **From:** | LoneStar - Disability Services Office (DSO) on behalf of LSC-VDAC |
| **To:** | Michael Moates gmail |
| **Cc:** | LSC-VDAC |
| **Subject:** | [DSO] Student Application Accepted |
| **Date:** | Thursday, July 15, 2021 2:51:18 PM |

**CAUTION:** This email originated from outside of Lone Star College. Do not click links or open attachments unless you recognize the sender and know the content is safe.

School Logo



Michael Moates

Thank you for submitting your information to Disability Services.
We will process your request and be in contact with you. If you have any questions or concerns please contact your Disability Service Provider at your campus location.

Name: Michael Moates

Your application was successfully submitted on Thursday, July 15, 2021 at 02:51:14 PM.

If you have not submitted your documentation, please use the following link: Upload Documentation.


http://www.lonestar.edu/disability-services.htm

Accessibility Services and Resources
System Office E-Mail Address: LSC-ASR@lonestar.edu
For campus contact information, visit our website at www.lonestar.edu/accessibility-services-resources.htm


This email was copied to:

- michaelsmoates@gmail.com
- lsc-vdac@lonestar.edu


Reference Code: 101

*For Immediate Release*

Michael Moates, MA, QMHP-T, RBT, CPI
Student at Lone Star College
michaelsmoates@gmail.com
(817) 999-7534

# LONE STAR COLLEGE ABUSES, DEGRADES, AND DENIES BASIC HUMAN/CIVIL RIGHTS TO STUDENT

Stephen Quezada is a member of the law firm Gray Reed and a legal representative of Lone Star College System (See Attachment A). Mr. Quezada was tasked with negotiating a settlement in good faith or defending the system in court. But rather than do this, Counselor Quezada has decided to engage in threats and abusive degrading comment toward the student.

On 26 August 2021, the parties were negotiating or at the very minimum discussing a settlement agreement to which Counselor Quezada responded, "You must be consulting with Rudy Giuliani or Sidney Powell" (See Attachment B) to degrade the student. His continued attacks and disrespect made me (the student) feel humiliated, threatened, and caused anxiety. I asked the college to find someone else to communicate with me and Chief Operating Officer Nancy Molina had this to say "Stephen Quezada represents the College in this matter" so I was required to continue the endurance of the abuse.

My final request was for the college to acknowledge my final grade of a B and state that it was part of the contract. There was no need for this kind of language.

The college has violated the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, Tex. Bus. & Com. Code § 503.001 – Biometric Laws, various sections of the Texas and United States Constitutions, FERPA, Texas Deceptive Trade Practices Act, and knowingly cause inflectional emotional distress.

Furthermore, the college has forged my signature in a court document where they did not yet have consent, the attorneys have made various false statements and misrepresentations. They also attempted to force me into contracts that I did not agree with.

They created a contract so broad that they could commit "personal injury, harm, emotional distress or other damages (whether intentional or unintentional), including but not limited to all tort claims and claims for fraud, negligence, gross negligence, privacy, negligent, misrepresentation, biometrics, misrepresentation, and defamation" (See Attachment C)

This meant that they could essentially cut my throat and not be civilly charged. Because they were not liable for any injury or harm.

The also added an NDA and non-disparagement clause that would prevent me from talking to elected officials such as the Board of Trustees.

The college has a history of being sued for taking away basic human and civil rights.

There communication is disgraceful. I begged for help from disability services, calling 9 times over the course of the term and to no response or call back. (See Attachment D).

They attempted to extort me into signing this agreement even though the previous agreement said I had until 31 August 2021. (See Attachments E and G). If I did not comply with their demands, they were not refund me as promised. They also again used degrading words. I was in a conference at an external location and was unable to sign any documents and told them I would not be home by this 2pm deadline and the attorney stated, "I don't buy the below excuse." This new deadline of 2PM was offered at 1:40PM. When I challenged their new 20-minute deadline, I was told "manage your time how you see fit." (See Attachment H)

They have threatened to sue me for breach, but the public must know about their abuse and discriminatory practice against disabled individuals. This is unacceptable.

I have attempted to communicate with the Board of Trustees, but the college is refusing to give me our elected leaders professional contact information.

About Michael Moates: Mr. Moates is a Doctor of Education student at Fielding Graduate University. Prior to that he earned a Master of Arts from Liberty University and a bachelor's from Tarleton State University. He is a licensed Mental Health Professional, Registered Behavior Therapist, and formally worked as a journalist covering the White House.

###

## Attachment A



Stephen Quezada <squezada@grayreed.com>
Tue 8/10/2021 9:34 AM
To: Michael Moates

Mr. Moates,

Gray Reed represents Lone Star College regarding the claims you have asserted against it. Please direct all future communications to my attention.

I was made aware that you attempted to serve Lone Star and the other defendants named in your lawsuit by certified mail addressed to Nancy Molina. Ms. Molina is not an agent designated or authorized to accept service on behalf of Lone Star College System or any individual or employee of Lone Star. Your attempted service is therefore not proper.

I am not authorized to accept service on behalf of Lone Star or anyone else. If you choose to pursue your lawsuit, you should properly serve Lone Star and all others you named.

I am reviewing your demand with Lone Star and will respond soon.

Regards,

Stephen Quezada

**Stephen Quezada**
Counsel
Tel 713.586.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

**Board Certified - Labor & Employment Law**
**Texas Board of Legal Specialization**

**▐▐▌ GRAY REED.**

CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

## Attachment B



**Stephen Quezada**
to me, Nancy, Office, Steve, Mario ▾

Michael,

You must be consulting with Rudy Giuliani or Sidney Powell.

•••

## Attachment C

(f)    all claims for personal injury, harm, emotional distress or other damages (whether intentional or unintentional), including but not limited to all tort claims and claims for fraud, negligence, gross negligence, privacy, negligent misrepresentation, biometrics, misrepresentation, and defamation; and

## Attachment D

| Date / Time | | Contact ▲ | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/15/2021 | 02:59PM | 📞 832.813.6552 | Spring, TX | SDDV | 1 | 0.00 |
| 07/22/2021 | 02:45PM | 📞 832.813.6552 | Spring, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact ▼ | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/22/2021 | 03:24PM | 📞 832.813.6614 | Spring, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact ▲ | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/15/2021 | 03:00PM | 📞 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/19/2021 | 01:25PM | 📞 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/19/2021 | 02:18PM | 📞 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact ▼ | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/28/2021 | 11:04AM | 📞 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/27/2021 | 03:18PM | 📞 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |

## Attachment E

**Stephen Quezada**
to me, Nancy, Office, Steve, Mario ▾

Michael,

You have until 2pm, or we will consider you to have repudiated the agreement. You last signed electronically, so I don't buy the below excuse.

If you find a lawyer to represent you, then I will deal with that person.

LSC's position has not changed from my last email to you. If you sign then you sign, if you don't then you don't. Your call.

We are done.

Regards,

Stephen

Stephen Quezada
Counsel
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



Attachment G

8.   **Supplemental Release.** In exchange for the promise to pay the Reimbursement Amount, Student shall execute the Confidential Supplemental Release Agreement, attached hereto as Exhibit A, no sooner than the completion or conclusion of Nutrition and no later than August 31, 2021.

Attachment H

**Stephen Quezada**

to me, Nancy, Office, Steve, Mario ▾

Michael,

You manage your time how you see fit.

We are not going to "recall" anything. We are done.

•••

###

| | |
|---|---|
| **From:** | Michael Moates |
| **To:** | Copeland, Beverly; Bekiaris, Hrisafia |
| **Cc:** | Thomas, Leslieann; LSC-VDAC |
| **Subject:** | Disability Accommodations |
| **Date:** | Thursday, July 15, 2021 9:34:47 PM |
| **Attachments:** | Moates_AccdLtr_Rev1-2016.pdf |

Hello professor's:

Just a heads up I am cc'ing Leslie Thomas, the disability service manager.

I applied to LSC a couple of weeks ago but due to the issues with Apply Texas was literally accepted and enrolled today which prevented me from seeking disability accommodations prior to the course. I have made this request in writing to the university although I am not sure of the time frame.

I have followed policy to self-identify, notified them of my request, provided documentation, and am hoping for answers soon.

I have extreme asthma brought on a collapsed throat from sleep apnea. Occasionally, especially in the recordings you may see me wearing a bi-pap and I may be required to adjust it.

I also have ADHD, Dysgraphia, an eating disorder, general anxiety disorder, and a relatively active cough (brought on by the above).

I have included my accommodations from 2016 when I completed my AA at LSC as a reference.

In addition, I have asked for the following to be added:

- One break for every 30 minutes during quizes/exams for purposes of ADHD and or breathing issues. An alternative to breaks would be to break up the exams into sections or part of an exam.
- The ability to not be recorded during exams/quizzes, willing to go to local test sites to complete them. Have anxiety regarding tests in addition to having my screen recorded, being watched, listened to, showing my professor my home, scared that if I look away my ADHD will cause me to be flagged. Afraid if my roommate walks out I will fail. So, the idea is to go to a testing center will need to be worked out as I am in Fort Worth. Also, given the Bipap, I will need to be able to adjust the settings on my phone if I have an asthma issue. If recording is a requirement, I request the following 1) To be allowed to stand up and stretch due to hyperactivity. 2) The ability to use my phone to adjust the

bi-pap. 3) The ability to not be penalized for looking away.

- The ability to potentially submit an essay showing knowledge in place of exam due to severe test anxiety.

Also, side note... can the videos for the classes be edited? I don't want my thoughts to be unorganized because of failure to focus or stay on task.

Thank you all for your help and I hope to get this finalized ASAP.

Michael Moates

**Stephen Quezada**

| | |
|---|---|
| **From:** | Stephen Quezada |
| **Sent:** | Friday, August 27, 2021 10:25 AM |
| **To:** | Michael |
| **Cc:** | Molina, Nancy |
| **Subject:** | Re: [EXTERNAL] Rule 11 |

You can mark me opposed. Thanks.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 27, 2021, at 10:19 AM, Michael <michaelsmoates@gmail.com> wrote:

Stephen,

You are hereby notified, pursuant to Rule 11 FRCP that I intend to set aside the judgement in our case and that I intend to file a motion for sanctions.

You applied my signature to a document for which consent was not granted. Consent to file the document was only granted should you get me a signed copy of the final agreement executed by the college.

Therefore, my signature is invalid and is a forgery. It was filed prior to me receiving the documents.

This notice gives you 21 days to take corrective action. I am also sending a copy via certified mail to your firm.

--
**Michael Moates, MA, QMHP-T, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*

1

pisode

*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

**"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson**

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"



**LONE STAR COLLEGE**

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
5000 Research Forest Drive
The Woodlands, TX 77381-4356

Telephone: 832.813.6843
Facsimile: 832.813.6656
Valentina.E.Dassey@LoneStar.edu
LoneStar.edu

December 21, 2016

*Via Email: Tamara.Williams@ed.gov* *Via FedEx Overnight 8024 4639 1000*

Investigator Tamara Williams
Department of Education Office for Civil Rights
Dallas District Office
1999 Bryan St., Suite 1620
Dallas, TX 75201-6810

| | |
|---|---|
| Re: | **Complaint Response** |
| Reference: | **OCR Docket # 06162239** |
| Complainant: | **Michael Moates** |
| Respondent: | **Lone Star College** |

Dear Ms. Williams:

Please find Lone Star College's partial response to the above-referenced Office for Civil Rights' Initial Data Request enclosed.

As agreed to in email on December 15, 2016, Lone Star College is producing a partial response via email to the Initial Data Request by or before December 28, 2016. Lone Star College will also send a physical copy via FedEx for convenience.

As discussed, most of the College's faculty and staff have left for the holidays and do not return until January 9, 2017. Also, the College is closed from December 21, 2017 through January 5, 2017 for the winter holiday. Due to these factors, we agreed to touch base on January 13, 2017 to determine when the College would finalize/supplement its response to the Initial Data Request.

Should you need any additional assistance in this matter, please do not hesitate to contact me via email at Valentina.E.Dassey@lonestar.edu, or at (832) 813-6843. Thank you for your time and attention to this matter.

Respectfully,

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System

cc:     Mario K. Castillo, General Counsel

Enclosures

**Copy of OCR Complaint**
**Initial Data Request partial response**
**Exhibits**



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

December 13, 2016

Ref: OCR Docket # 06162239

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office
for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star
College System (LSCS), The Woodlands, Texas, on June 13, 2016. The Complainant
alleged that the LSCS discriminated against him on the basis of disability during the 2016
Spring Semester by failing to timely implement his academic adjustments.

OCR is responsible for determining whether entities that receive or benefit from federal
financial assistance from the Department, or an agency that has delegated investigative
authority to the Department, are in compliance with Section 504 of the Rehabilitation Act
of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation
at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability. OCR also
enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C.
§12132, and its implementing regulation at 28 C.F.R. Part 35. Under Title II, OCR has
jurisdiction over complaints alleging discrimination on the basis of disability that are
filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public
entity. Therefore, OCR has jurisdictional authority to process this complaint for
resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's
allegation for investigation. Please note that opening this complaint for investigation in
no way implies that OCR has made a determination with regard to its merit. During the
investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence
from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure
that its investigation is legally sufficient and is dispositive of the allegations, in
accordance with the provisions of OCR's *Case Processing Manual*.
Based on the Complainant's allegation, OCR will investigate the following legal issue:

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*

Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2016 spring semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR and the recipient. The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter. OCR will then monitor the implementation of the resolution agreement. Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees. Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or

Page 3 – Dr. Stephen C. Head, Chancellor

confidentiality.  Enclosed is an initial data request.  Please provide the requested
information to OCR within 15 calendar days of the date of this letter.  Please be advised
that this request does not preclude OCR from requesting additional information during
the course of the complaint resolution process.  After reviewing all information received,
OCR will determine whether an on-site investigation is warranted.  If so, you will be
contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against
any individual because he or she has filed a complaint or participated in the complaint
resolution process.  If this happens, the Complainant may file another complaint alleging
such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and
related correspondence and records upon request.  In the event that OCR receives such a
request, we will seek to protect, to the extent provided by law, personally identifiable
information, which, if released, could reasonably be expected to constitute an
unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint.  If you have
questions, you may contact me at (214) 661-9607 (Tamara.Williams@ed.gov).  You may
also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov).
Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162239

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter.  For purposes of this investigation, the Complainant is identified as <u>Michael Moates</u>, a current student at LSCS.

1. A narrative response to the complainant's allegation that the LSCS failed to timely provide the Complainant with necessary academic adjustments and/or auxiliary aids during the 2016 Spring Semester.  Please also include all supporting documentation.

2. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

3. A copy of the Complainant's educational records for the 2016 spring semester.

4. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services (not previously provided).  If no written documentation exists, please provide a narrative of any discussions regarding these issues.

5. A copy of the syllabi and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2016 spring semester.

6. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

If you have any questions concerning this Data Request, please contact Tamara Williams at 214-661-9607, or via email at <u>tamara.williams@ed.gov</u>.

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162239

The following information is provided on December 21, 2016 as a partial response to Mr. Michael Moates' Office for Civil Rights' complaint filed against Lone Star College System (the "College" or "LSCS") on June 13, 2016. The complaint was sent to Lone Star College System on December 13, 2016.

Mr. Moates' complaint alleges that "LSCS discriminated against him based on disability during the 2016 Spring Semester by failing to timely implement his academic adjustments."[1] Mr. Moates previously filed an Office for Civil Rights ("OCR") complaint regarding 2015 Fall Semester.[2]

1. A narrative response to the Complainant's allegation that the LSCS failed to timely provide the Complainant with necessary academic adjustments and/or auxiliary aids during the 2016 Spring Semester. Please also include all supporting documentation.
   - *Forthcoming on a date to be determined by January 13, 2017.*

2. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.
   - Name: Valentina E. Dassey, Assistant General Counsel
   - Address:
       5000 Research Forest Drive
       Star Building, Office of the General Counsel
       The Woodlands, TX 77381-4356
   - Telephone No.: 832.813.6843
   - ***Valentina E. Dassey will be out on leave from March – June 2017.*
       o Please contact Nancy Molina, Assistant General Counsel during that time period.
       o Nancy Molina Telephone No.: 832.813.6896

3. A copy of the Complainant's educational records for the 2016 spring semester.
   - Bates Nos. LSC – OCR 000001-000019, Attach. Ex., A.

4. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services (not previously provided). If no written documentation exists, please provide a narrative of any discussions regarding these issues.

---

[1] OCR Complaint, Case No. 06162239, p. 1.
[2] OCR Complaint, Case No. 06162099.

- Bates Nos. LSC – OCR 000056-000109, Attach. Ex., C.
- *Please note that this is a partial response and the College will update this response on a date to be determined by January 13, 2017 if additional information is found.*

5. A copy of the syllabi and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2016 spring semester.
    - Winter 2015-2016 Minimester Syllabus[3]: Bates Nos. LSC – OCR 000020-000024, Attach. Ex., B.
    - Spring 2016 Syllabi: Bates Nos. LSC – OCR 000025-000055, Attach. Ex., B.
    - *Please note that this is a partial response and the College will update this response if additional information is discovered.*

6. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.
    - *Forthcoming on a date to be determined by January 13, 2017.*

---

[3] Previously provided in LSC's response to OCR Complaint, Case No. 06162099.

# Exhibit A



**Credit Unofficial Transcript**

Page 1 of 1

---

**Name: Michael Moates**          **Student ID: 7326786**          **SSN: ***-**-4663**          **DOB: 01/14/****

Print Date: 12/16/2016

### Texas Success Initiative - TSI

| | | | |
|---|---|---|---|
| Math | Completed | Transferred in Ready | 11/05/2015 |
| Reading | Completed | Transferred in Ready | 12/15/2014 |
| Writing | Completed | Transferred in Ready | 12/15/2014 |

### Test Scores

| | | | |
|---|---|---|---|
| AP | Biology | 05/25/2012 | 4 |
| AP | Chemistry | 05/24/2013 | 5 |
| AP | Computer Science A | 05/24/2013 | 4 |
| AP | Mathematics: Calculus AB | 05/23/2014 | 3 |
| AP | Music Theory | 05/24/2013 | 5 |
| AP | US History | 05/23/2014 | 5 |

### Institutions Attended

Univ Phoenix          020988
Homeschool Texas

### Beginning of Credit Record

#### 2015 Fall

| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| M | DRAM 1310 | Theatre Appreciation 50 Creative Arts - C1 | 3.00 | 3.00 | A | 12.00 |
| T | ENGL 1302 | Comp & Rhetoric II 10 Communications - C1 | 3.00 | 3.00 | A | 12.00 |
| T | GOVT 2305 | Federal Government 70 Political Science - C1 | 3.00 | 3.00 | B | 9.00 |
| K | HIST 1302 | US History Since 1877 60 History -C1 | 3.00 | 3.00 | C | 6.00 |
| N | SPCH 1318 | Interpersonal Comm 11 Communications - C2 | 3.00 | 3.00 | A | 12.00 |

Test Credits Applied Toward AA-University Park

| Course | | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| BIOL | 1406 | Biology I for Science Majors | 4.000 | 4.000 | TCR | 0.000 |
| BIOL | 1407 | Biology II for Science Majors | 4.000 | 4.000 | TCR | 0.000 |
| CHEM | 1411 | Gen Chemistry I | 4.000 | 4.000 | TCR | 0.000 |
| CHEM | 1412 | Gen Chemistry II | 4.000 | 4.000 | TCR | 0.000 |
| COSC | 1336 | Programming Fund I | 4.000 | 4.000 | TCR | 0.000 |
| COSC | 1337 | Programming Fund II | 4.000 | 4.000 | TCR | 0.000 |
| HIST | 1301 | US History to 1877 | 3.000 | 3.000 | TCR | 0.000 |
| MATH | 2413 | Calculus I | 4.000 | 4.000 | TCR | 0.000 |
| MUSI | 1211 | Theory I | 2.000 | 2.000 | TCR | 0.000 |
| MUSI | 1216 | Sight Singing I | 2.000 | 2.000 | TCR | 0.000 |
| Test Trans GPA: | 0.000 | Transfer Totals: | 35.000 | 35.000 | | 0.000 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 15.00 | 15.00 | 51.00 | 3.40 |
| Cum Totals | 15.00 | 15.00 | 51.00 | 3.40 |

---

#### 2016 Spring

| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| M | ENGL 2333 | World Lit 17th Century-Present 40 Lang, Phil & Cult - C1 | 3.00 | 3.00 | C | 6.00 |
| T | GOVT 2306 | Texas Government 70 Political Science - C1 | 3.00 | 3.00 | B | 9.00 |
| U | PSYC 2314 | Life-growth/devel 70 Political Science - C1 | 3.00 | 3.00 | C | 6.00 |
| T | SOCI 1301 | Prin of Sociology 80 Social/Behave Sci - C1 | 3.00 | 3.00 | B | 9.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 12.00 | 12.00 | 30.00 | 2.50 |
| Cum Totals | 27.00 | 27.00 | 81.00 | 3.00 |

Credit Career Totals

| | | | Att | Earned | Points | GPA |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.00 | Cum Totals | 27.00 | 27.00 | 81.00 | 3.00 |

**End of Credit Unofficial Transcript**

# Official Academic Transcript from ID# 7326786
# University of Phoenix

## Statement of Authenticity

This official academic transcript has been delivered to you through eSCRIP-SAFE, the Global Electronic Transcript Delivery Network, provided by Credentials eScrip-Safe, 9435 Waterstone Blvd, Suite 260, Cincinnati, OH 45249, 1-847-716-3805. Credentials eScrip-Safe has been appointed and serves as the designated delivery agent for this sending school, and verifies this sender is recognized by the accreditation source identified below

This official academic transcript was requested, created, and released to the recipient following all applicable state and federal laws. It is a violation of federal privacy law to provide a copy of this official academic transcript to anyone other than the named recipient.

This PDF document includes: the cover page, the official academic transcript from the sending school, and the academic transcript legend guide.

The authenticity of the PDF document may be validated at the Credentials eScrip-Safe website by selecting the Document Validation link. A printed copy cannot be validated.

Questions regarding the content of the official academic transcript should be directed to the sending school.

## Sending School Information

University of Phoenix
Registrar's Office
4025 S. Riverpoint Parkway
Phoenix, AZ  85040
Telephone: 602.557.3386
School Web Page:      http://www.phoenix.edu
Course Catalog Web Page:      http://www.phoenix.edu/programs/degree-programs/academic-catalog.html
Accreditation: North Central Association of Colleges and Schools, The Higher Learning Commission (NCA-HLC)

## Student Information

Student Name:  Michael Moates
Numeric Identifier:  Not Provided By the Sending School
Birth Date:  Not Provided By the Sending School
Student Email:  StudentRecords@LoneStar.edu

## Receiver Information

Lonestar College System , All Admissions
5000 Research Forest Dr
Woodland, TX  77381



## Document Information

Transmitted On:  Wed, 30 September 2015
Transcript ID:  TRAN000008295096

Save this PDF document immediately.
It will expire from the eSCRIP-SAFE server 24 hours after it is first opened.
Validate authenticity of the saved document at escrip-safe.com.

This document is intended for the above named receiver.
If you are not the identified receiver please notify the sending school immediately.

Transcripts marked 'Issued to Student' are intended for student use only.
Recipients should only accept academic transcripts directly from the sending school.

Date Issued:        09/30/2015
Record of:          MICHAEL S. MOATES
Student Number:     9051563140 / 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
Birthdate:          01/14/1995
Enrollment Status:  Withdrawn
Enrollment Status Effective Date:  05/03/2015

SENT TO:
LONESTAR CC
5000 RESEARCH FOREST DRIVE
THE WOODLANDS , TX 77381
US

| Mo/Year | Course ID | Course Title | Grade | Credits Attempted | Credits Earned | Quality Points | Rep |
|---------|-----------|--------------|-------|-------------------|----------------|----------------|-----|
| **Credit By Assessment / National Standard Evaluations** | | | | | | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC II | P | | 2.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC III | P | | 2.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC I | P | | 3.00 | | |
| 03/2015 | PEL/299 | EMT - BASIC I | P | | 3.50 | | |
| 03/2015 | PEL/299 | EMT - BASIC II | P | | 1.50 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC IV | P | | 3.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC V | P | | 3.00 | | |
| 03/2015 | PLW/299 | ETHICS IN CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | CULTURAL DIVERSITY IN CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO POLICE THEORY & PRACTICES | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CRIMINAL COURT SYSTEMS | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CORRECTIONS | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | COMPOSITION FOR COMMUNICATION IN THE CRIMAL JUSTICE SYSTEM | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL LAW | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL ORGANIZATIONS | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL PROCEDURE | P | | 3.00 | | |

| Mo/Year | Course ID | Course Title | Grade | Credits Attempted | Credits Earned | Quality Points | Rep |
|---------|-----------|--------------|-------|-------------------|----------------|----------------|-----|
| **UNIVERSITY OF PHOENIX** | | | | | | | |
| | CJA/305 | CRIMINAL LAW | WC | 0.00 | 0.00 | 0.00 | |
| | CJA/315 | CRIMINAL PROCEDURE | WC | 0.00 | 0.00 | 0.00 | |
| | CJA/325 | CRIMINAL ORGANIZATIONS | , WC | 0.00 | 0.00 | 0.00 | |
| | CJS/201 | INTRODUCTION TO CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/211 | ETHICS IN CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/221 | CULTURAL DIVERSITY IN CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/241 | INTRODUCTION TO POLICE THEORY AND PRACTICES | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/251 | INTRODUCTION TO CRIMINAL COURT SYSTEMS | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/255 | INTRODUCTION TO CORRECTIONS | WC | 0.00 | 0.00 | 0.00 | |

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN00000082950096

Page 1 of 2

LSC - OCR 000003
This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.

Date Issued: 09/30/2015
Record of: MICHAEL S. MOATES
Student Number: 9051563140 / 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
Birthdate: 01/14/1995
Enrollment Status: Withdrawn
Enrollment Status Effective Date: 05/03/2015

| Mo/Year | Course ID | Course Title | Grade | Credits Attempted | Credits Earned | Quality Points | Rep |
|---------|-----------|--------------|-------|-------------------|----------------|----------------|-----|
| 07/2014 | GEN/195 | FOUNDATIONS OF UNIVERSITY STUDIES | A | 3.00 | 3.00 | 12.00 | |
| 08/2014 | COM/170 | ELEMENTS OF UNIVERSITY COMPOSITION AND COMMUNICATION I | W | 0.00 | 0.00 | 0.00 | |
| 10/2014 | PSY/211 | ESSENTIALS OF PSYCHOLOGY | B+ | 3.00 | 3.00 | 9.99 | |
| 11/2014 | COMM/215 | ESSENTIALS OF COLLEGE WRITING | B | 3.00 | 3.00 | 9.00 | |
| 12/2014 | PHL/251 | CRITICAL THINKING | C+ | 3.00 | 3.00 | 6.99 | |
| 02/2015 | SOC/100 | INTRODUCTION TO SOCIOLOGY | W | 0.00 | 0.00 | 0.00 | |
| 03/2015 | CJS/225 | CRITICAL THINKING IN CRIMINAL JUSTICE | B+ | 3.00 | 3.00 | 9.99 | |
| 03/2015 | CJS/235 | VICTIMOLOGY | W | 0.00 | 0.00 | 0.00 | |
| 04/2015 | CJS/215 | INTRODUCTION TO FORENSICS | W | 0.00 | 0.00 | 0.00 | |

| | GPA | Credits Attempted | Credits Earned | Quality Points |
|---|---|---|---|---|
| Total Cumulative Credits: | | | 63.00 | |
| UOPX Cumulative: | 3.20 | 15.00 | 15.00 | 47.97 |
| BSCJA/CJSA Program GPA : | 3.20 | | | |
| AACJS Program GPA : | 3.20 | | | |

******************************************End of Transcript******************************************

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN0000082950996

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN0000082950996

Page 2 of 2



# UNIVERSITY OF PHOENIX

### Registrar's Office / Phone: 1-800-866-3919 / Fax: 480-643-1041

## Transcript Key

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN0000008295096

### General Information

The University of Phoenix is a private University founded in 1976. The University offers degrees, certificates and other programs for working adults. Courses are taken at various campus locations throughout the world.

Axia College of University of Phoenix began operations April 2006 and was an associate degree granting College of University of Phoenix through November 2011. Accordingly, some courses were previously identified as belonging to Axia College in the course title.

All grades and University transcripts are issued by the Registrar's Office in Phoenix, Arizona.

### Accreditation

University of Phoenix is accredited by The Higher Learning Commission and is a member of the North Central Association. University of Phoenix was placed on Notice by The Higher Learning Commission, effective June 27, 2013. For additional information, contact The Higher Learning Commission, ncahlc.org. The Associate of Arts in Business, Associate of Arts in Accounting, Associate of Arts in Accounting Foundations, Bachelor of Science in Accounting, Master of Science in Accounting, Bachelor of Science in Business, Master of Business Administration, Executive Master of Business Administration, Master of Management, Doctor of Management, and Doctor of Business Administration programs are accredited by the Association of Collegiate Business Schools and Programs (ACBSP). The Bachelor of Science in Nursing and Master of Science in Nursing programs are accredited by the Commission on Collegiate Nursing Education (CCNE). The Master of Science in Counseling/Community Counseling and Master of Science in Counseling/Clinical Mental Health Counseling programs offered in Phoenix and Tucson, Arizona, and the Master of Science in Counseling/Mental Health Counseling program offered in Utah are accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP). The Master of Arts in Education program with options in Elementary Teacher Education and Secondary Teacher Education is preaccredited by the Teacher Education Accreditation Council (TEAC).

The Higher Learning Commission of The North Central Association.
30 North LaSalle St., Suite 2400
Chicago, IL 60602-2504
(800) 621-7440
www.ncahigherlearningcommission.org

Association of Collegiate Business Schools and Programs
7007 College Blvd Suite 420
Overland Park, KS 66211
(913) 339-9356
www.acbsp.org

Commission on Collegiate Nursing Education
One Dupont Circle, NW
Washington, DC 20036-1120
(202) 887-6791
www.aacn.nche.edu

Council for Accreditation of Counseling and Related Educational Programs
5999 Stevenson Ave
Alexandria, VA 22304
(703) 823-9800 Ext. 301
http://www.cacrep.org/

Teacher Education Accreditation Council
One Dupont Circle, Suite 320
Washington, DC 20036-0110
www.teac.org/

### Transcript Policies

Transcripts are issued only with authorization from the student unless requested by a judicial order or legally issued subpoena.

### Credit and Calendar

All credits are awarded as semester credits. The University of Phoenix offers concentrated courses on a continuous year-round basis.

### Certification of Official Transcripts

All official transcripts carry the Registrar's signature in white with a blue background and include the college name printed across the face of the document. A raised seal is not required.

### Course Numbering System

| | |
|---|---|
| 100-299 | Freshman and Sophomore level |
| 300-499 | Junior and Senior level |
| 500-599 | Graduate level |
| 600-699 | Professional Courses; applicable to undergraduate or graduate degree programs. |
| 700-799 | Doctorate level |

Courses identified by numbers 299 and 399 indicate Prior Learning Assessment credit as represented by specific national accrediting bodies' transcripts, diplomas, certificates, standardized credit recommended by National College Credit Recommendation Service, and evaluation of professional training courses and experiential learning essays.

Spanish MBA students must be proficient in Spanish in order to participate in class and complete required coursework.

### Grading System

*September1, 2007–Present:*

| | | | | |
|---|---|---|---|---|
| A | 4.00 | C | | 2.00 |
| A- | 3.67 | C- | | 1.67 |
| B+ | 3.33 | D+ | | 1.33 |
| B | 3.00 | D | | 1.00 |
| B- | 2.67 | D- | | .67 |
| C+ | 2.33 | F | | .00 |

*Prior to September1, 2007:*

| | | | | |
|---|---|---|---|---|
| A | 4.00 | C- | | 1.66 |
| A- | 3.66 | D+ | | 1.33 |
| B+ | 3.33 | D | | 1.00 |
| B | 3.00 | D- | | .66 |
| B- | 2.66 | F | | .00 |
| C+ | 2.33 | I | | .00 |
| C | 2.00 | I/IF | | .00 |

Grade point average is calculated by dividing the number of quality points by the number of units attempted.

### Grades Not Calculated in GPA

I - Incomplete: Student granted extension to complete assignments.

IP-In Progress: Student is in the process of completing a course. (Limited use.)

IX - In Progress: Student granted extension. (Limited use)

NC-No Credit: Student withdrew from the course; no grade was issued. Grades issued prior to May 1991.

P-Passing: Student satisfactorily completed the course.

W-Withdrawal: Student withdrew from the course.

WC-Waived with Credit: University of Phoenix required course waived with credit.

WF-Withdrawal/Failing: Student withdrew from the course and was failing the course at the time of the withdrawal.

QC-No grade was issued. No credits awarded.

AU-Audit: Student audited the course. Audit grades do not apply toward degree requirements.

Certain courses require minimum grades to earn academic credit. Grades not meeting this standard are reflected as 0 credits earned on transcript.

### Academic Standing

AD-Academic Disqualification: Student failed to achieve minimum grade point average.

SD-Scholastic Disqualification: Student did not meet minimum grade requirement for a course in their program.

SS-Scholastic Suspension: Student is suspended for a period of time.

EX-Expulsion: Student is expelled and not allowed to return to the University.

### Repeats (R)

The course was repeated or an equivalent course has been completed. (Only the repeated course is calculated in the GPA.)

### Release of Information

This record has been released according to provisions of the Family Educational Rights and Privacy Act of 1974 (FERPA). Release of this record or disclosure of its contents to any third party without the consent of the student is prohibited by federal law. Possession of this record requires compliance with FERPA.

13000013

**TO TEST FOR AUTHENTICITY:** This transcript was delivered through the eSCRIP-SAFE* Global Transcript Delivery Network. The original transcript is in electronic PDF form. The authenticity of the PDF document may be validated at escrip-safe.com by selecting the Document Validation link. A printed copy cannot be validated.

This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

 **LONE STAR COLLEGE**          **Application for Prior Learning Assessment (PLA)**

**Assessment Option(s):** External Challenge Exam - AP ▒▒▒▒▒          **LSC Campus** North Harris

**Student Name**

| M | o | a | t | e | s |  |  |  |  |  |  |  |  |  | M | i | c | h | a | e | l |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Last)                                                                 (First)                                    (MI)

**Student ID#**          **Phone#**

| 7 | 3 | 2 | 6 | 7 | 8 | 6 |

| | | | - | | | | - | | | |  **Email** _____

**Advisor/Counselor Consent**

☑ Enrolled in current, academic semester at LSC

☑ Received **official** documentation (license, certificate, transcript, exam score report, etc.)

☐ If applicable, student paid required fee and **Business Office signature is provided along with receipt**
- $60 per Portfolio
- $25 per Non-Regionally Accredited Institution Transcript
- $25 per Internal Challenge Exam
- $25 for AP Studio Art portfolio review
- $25 for CLEP Psychology essay review

_Dina Gastra_          w/16/15

Advisor/Counselor Printed Name          Date

**Student Consent**

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, **PLA by Exam** credit is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

_____          _____
Business Office Signature          Date

_____          _____
Student Signature          Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| Prior Learning Experience ACE ID, Licensure/Certificate Name, Exam Name & Score, CE Course Title, High School Course Title | Approved LSC Course Equivalence Visit LoneStar.edu/pla for current list |
|---|---|
| AP Biology  Score 4 | BIOL*1406*1407 |
| AP Chemistry  Score 5 | CHEM*1411*1412 |
| AP Music Theory  Score 5 | MUSI*1211*1216 |
| AP Computer Science A  Score 4 | COSC*1436*1307 |
|  |  |
|  | 11/18/15 - C |

**For VPI Exception Only**

Comment: _____

_email 11/16/15_
_to Student Records_

Vice President of Instruction _____

SR 11/6/15

## Application for Prior Learning Assessment (PLA)

**LONE STAR COLLEGE**

AP

LSC-NH

Assessment Option(s): ~~_____~~ LSC Campus ~~_____~~

**Student Name**

| M | O | R | T | E | S | | | | | | | | | | M | I | C | H | A | E | L | | | | | |

(Last)                                                    (First)                                              (MI)

**Student ID#**  7 3 2 4 0 8 6   **Phone#** ☐☐☐-☐☐☐-☐☐☐☐  Email _____

### Advisor/Counselor Consent

☑ Enrolled in current, academic semester at LSC

☑ Received **official** documentation (license, certificate, transcript, exam score report, etc.)

☐ If applicable, student paid required fee and **Business Office signature** is provided along with receipt
- $60 per Portfolio
- $25 per Non-Regionally Accredited Institution Transcript
- $25 per Internal Challenge Exam
- $25 for AP Studio Art portfolio review
- $25 for CLEP Psychology essay review

_____  11/6/15
Advisor/Counselor Printed Name          Date

_____   _____
Business Office Signature          Date

### Student Consent

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

AA6
1158

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, **PLA by Exam** credit is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

_____   _____
Student Signature          Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| Prior Learning Experience<br>ACE ID, Licensure/Certificate Name, Exam Name & Score,<br>CE Course Title, High School Course Title | Approved LSC Course Equivalence<br>Visit LoneStar.edu/pla for current list |
|---|---|
| AP Calculus AB          3 | Math 2413 |
| AP US History          5 | HIST 1301 |
| Student would like these classes posted | |
| before 11/11/15 so, he may enroll in | |

| For VPI Exception Only<br>Comment: Classes. Needs Courses for prerequisite |
|---|
| |
| Vice President of Instruction          11/10/15 LC |

LSC - OCR 000007

 **Your Scores**

## STUDENT SCORE REPORT

Report Date: 11/5/15

Michael S. Moates
9448 Castlewood Drive
Fort Worth, TX 76131

7326786

| *AP Number* | 98128478 | *School* | 728001 - RESOLUTE ACADEMY |

| Year Taken | Name of Exam | Score |
|------------|--------------|-------|
| 2014 | Calculus AB — Math 2413 | 5 |
| 2014 | United States Government and Politics | 5 |
| 2014 | United States History — HIST-1301 | 5 |

Awards

2015 The College Board. College Board, Advanced Placement Program, AP, and the acorn logo are registered trademarks of the college board.

LSC - OCR 000008

# ★ LONE STAR COLLEGE

## Application for Prior Learning Assessment (PLA)

AP                                                     LSC-NH

**Assessment Option(s):** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   **LSC Campus** ▓▓▓▓▓▓▓▓

**Student Name**

| M | O | R | T | E | S | | | | | | | | M | I | C | H | A | E | L | | | | | |

(Last)                                    (First)                              (MI)

**Student ID#**    **Phone#**

| 7 | 3 | 2 | 6 | 7 | 8 | 6 |     |   |   |   | - |   |   |   | - |   |   |   |   |   **Email** _____

### Advisor/Counselor Consent

☑ Enrolled in current, academic semester at LSC

☑ Received **official** documentation (license, certificate, transcript, exam score report, etc.)

☐ If applicable, student paid required fee and **Business Office signature** is provided along with receipt
- $60 per Portfolio
- $25 per Non-Regionally Accredited Institution Transcript
- $25 per Internal Challenge Exam
- $25 for AP Studio Art portfolio review
- $25 for CLEP Psychology essay review

_Signature_ 11/6/15

Advisor/Counselor Printed Name          Date

### Student Consent

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, PLA by Exam credit is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

_____          _____
Business Office Signature        Date          Student Signature          Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| Prior Learning Experience<br>ACE ID, Licensure/Certificate Name, Exam Name & Score,<br>CE Course Title, High School Course Title | Approved LSC Course Equivalence<br>Visit LoneStar.edu/pla for current list |
|---|---|
| AP Calculus AB          3 | Math 2413 |
| AP US History          5 | HIST 1301<br>11/18/15-C |
| Student would like these classes posted before "11/15 so, he may enroll in | |

| For VPI Exception Only<br>Comment: Classes. Needs courses for prerequisite |
|---|
| _signature_   Vice President of Instruction |

Return to System Office – Student Records                              Rev 6/2015

LSC - OCR 000009

ID# 7326786



No. 00105998



**Exemption from Meningococcal Vaccination**
**Requirements for Reasons of Conscience**

A separate, signed application must be submitted for each individual to receive an exemption from Texas meningococcal vaccination requirements. This form is for official use only and is not valid if photocopied.

### PLEASE COMPLETE THE FOLLOWING SECTIONS:

(A) Individual's Full Name and Date of Birth:

| michael | S | moates | 01/14/95 |
|---|---|---|---|
| First | Middle | Last | Date of Birth (mm/dd/yyyy) |

(B) Address:

| 9448 Castlewood Drive | | Fort Worth | TX | 76131 |
|---|---|---|---|---|
| Street | Apt./No. | City | State | Zip |

(C) Community college/public junior college:  Lone Star College System District

### Risks and Benefits of Meningococcal Vaccination

| Vaccine-Preventable Disease | Effectiveness of Vaccine | Possible Side Effects of Vaccination |
|---|---|---|
| Meningococcal disease - most often causes meningitis, an infection of the fluid of a person's spinal cord and the fluid that surrounds the brain. Meningitis is characterized by high fever, headache, and stiff neck. Other symptoms may include nausea, vomiting, confusion, and sleepiness. Less commonly, meningococcal disease can cause pneumonia, bloodstream infection, arthritis, and ear infection. Meningococcal disease can result in hearing loss, nervous system problems, seizures, strokes, and even death. | A protective level of antibody is usually achieved within 7-10 days of vaccination. The vaccines protect about 90% of individuals who get them. | Redness or pain may occur at the injection site in up to 59% of recipients. Fever (100°-103°F) within 7 days of vaccination is reported for up to 3% of recipients. Headache and malaise are reported in up to 60% of recipients. Serious allergic reactions, within a few minutes to a few hours of the vaccination, are very rare. |

I have read and I understand the Risks and Benefits of Meningococcal Vaccination information. I understand the risks of not vaccinating self/child. I further understand that self/child may be excluded from school attendance in times of emergency or epidemic declared by the Commissioner of Public Health.

**I do NOT want the individual named above to receive the meningococcal vaccine for reasons of conscience, which may include a religious belief.**

I certify that I am the student named above or the parent or legal guardian of the student named above and that the information provided herein is true and correct.

Signature of Student/Parent/Legal Guardian

Date   10/3/2015

---

**Official Use Only**

I certify that I, Cynthia Quevedo

am an authorized representative of Lone Star College System District.

I have reviewed this form and verify it is valid. This form will be maintained in the student's file.

Immunization Branch, P.O. Box 149347, Austin, Texas 78714-9347, Phone 800-252-9152

 **Your Scores**

STUDENT SCORE REPORT

Report Date: 11/5/15

Michael S. Moates
9448 Castlewood Drive
Fort Worth, TX 76131

732678

| AP Number | 98128478 | School | 728001 - RESOLUTE ACADEMY |

| Year Taken | Name of Exam | Score |
|---|---|---|
| 2014 | Calculus AB — Math 2413 | 3 |
| 2014 | United States Government and Politics | 5 |
| 2014 | United States History — HIST-1301 | 5 |

Awards

2015 The College Board. College Board, Advanced Placement Program, AP, and the acorn logo are registered trademarks of the college board.

LSC - OCR 000011

**Online Admission Application Data**

| Last Name | Moates | First Name | Michael |
|---|---|---|---|



### Application Summary Information

| | | |
|---|---|---|
| Template ID: | LSCS_CREDIT_APP | |
| Application Unique Identifier: | d009c61e-673e-11e5-9f25-f3448d62b199 | |
| Academic Institution | LSC01 | Lone Star College System |
| Admit Term | 1158 | 2015 Fall |
| Application Center | CR | Credit |
| Academic Career | CR | Credit |
| Online Application Status | Posted | |
| Processing Status | Processed | |
| Last Status Update Date/Time | 09/30/2015 2:08AM | |



### Name

| First Name | Michael |
|---|---|
| Last Name | Moates |

### Former Name

| First Name | |
|---|---|
| Last Name | |

### Personal Information

| Date of Birth | 01/14/1995 |
|---|---|
| Gender | Male |

### Citizenship

| Country | United States |
|---|---|
| Citizenship Status | US Citizen |

### SSN

| Social Security # | 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 |
|---|---|

### Visa Information

| Visa/Permit Type | |
|---|---|
| Expiration Date | |

### Military Status

| Military Status | |
|---|---|

### F-1 ADDRESS

| Country | United States | First Name | |
|---|---|---|---|
| Address Line 1 | | Middle Name | |
| Address Line 2 | | Last Name | |
| Address Line 3 | | City | In City Limit |
| Address Line 4 | | Postal Code | Address Field 1 |
| State | | Nbr 1 | Address Field 2 |
| | | Nbr 2 | Address Field 3 |
| | | House Type | Geo Code |

### Home Address

| Country | United States | City | fort worth |
|---|---|---|---|
| Address Line 1 | 817 Wesleyan ST | Postal Code | 76105 | Address Field 1 |
| Address Line 2 | 414 | Nbr 1 | | Address Field 2 |
| Address Line 3 | | Nbr 2 | | Address Field 3 |
| Address Line 4 | | House Type | | Geo Code |
| State | Texas | In City Limit | |
| County | Tarrant | | |

### Mailing Address

| | |
|---|---|
| Country | United States |
| Address Line 1 | |
| Address Line 2 | |
| Address Line 3 | |
| Address Line 4 | |
| State | |

| | |
|---|---|
| City | |
| Postal Code | |
| Nbr 1 | |
| Nbr 2 | |
| House Type | |
| In City Limit | |

| | |
|---|---|
| Address Field 1 | |
| Address Field 2 | |
| Address Field 3 | |
| Geo Code | |

### Contact Information

| | |
|---|---|
| Phone Type | Mobile |
| Telephone | 817/880-4326 |
| | ☑ Preferred |

| | |
|---|---|
| Email Type | Personal |
| | ☑ Preferred |
| Email Address | michaelsmoates@gmail.com |

### Emergency Contact

| | |
|---|---|
| Name | |
| Relationship to Employee | |
| Phone | 817/657-7224 |
| Country | United States |
| Address Line 1 | |
| Address Line 2 | |
| Address Line 3 | |
| Address Line 4 | |
| State | |

| | |
|---|---|
| City | |
| Postal Code | |
| Nbr 1 | |
| Nbr 2 | |
| House Type | |
| In City Limit | |
| Email Address | |

| | |
|---|---|
| Address Field 1 | |
| Address Field 2 | |
| Address Field 3 | |
| Geo Code | |

## Academic Information

| | |
|---|---|
| Academic Institution | Lone Star College System |
| Admit Term | (Invalid Value) |
| Academic Career | Credit |
| Campus | UP |
| Application Center | CR |

### Educational Goal

| | |
|---|---|
| Application Student Response | Earn an Associate's Deg-2 Yrs |

**Academic Program**
AA-University Park

**Academic Plan**
Associate of Arts (AA)

## High School Information

| | |
|---|---|
| High School Options | TX Home School |
| High School | 1540020 |
| From Date | 04/01/2014 |
| To Date | 04/30/2014 |
| Date (or anticipated date) of Graduation | 09/09/2015 |

## College Education Experience

☐ College Outside of US

| | |
|---|---|
| College Name | 1539780 | Univ Phoenix |
| From Date | 07/01/2014 | To Date | 06/01/2015 |
| Degree | |
| Degree Date | |

## Employment Information

| | |
|---|---|
| Employer | |
| Job Title | |
| From Date | | To Date | |
| City | | State | |
| Country | USA |

## Housing Preferences

| | |
|---|---|
| Housing Preferences | |

## Attach Application Essay(s)

| | |
|---|---|
| Topic | No Value available |
| Additional Details: | |
| File Name | |

## Attach Recommendation(s)

| | |
|---|---|
| Topic | No Value available |
| Name | |
| Title | |
| Organization | LSC01 |
| File Name | |



LSC - OCR 000015

**Extracurricular Activities**

Academic Institution [LSC01] 🔍    Academic Career [CR] 🔍

Extracurricular Activity [No Value available]    [External ▾]

Start Date [_____] 📅    End Date [_____] 📅

Comments [_____]

**Family Information ( Parent / Guardian )**

Name [_____]

Relationship to Employee [_____ ▾]

Are you or a member of your family a former student/Alumni: ☐

Last Date of Attendance [_____] 📅

**Ethnicity**

◉ Yes,I am Hispanic or Latino

◯ No,I am not Hispanic or Latino

☐ American Indian or Alaska Nat

☐ Asian

☐ Black or African American

☐ Native Hawaian or Other Pac

☑ White

**Special Program Interest**

Academic Institution [LSC01] 🔍

Student Group [_____] 🔍

**Applicant Profile**

Academic Institution [LSC01] 🔍

Admit Type [TR] 🔍

**Admission Application Fee**

Payment Amount [_____]

Application Fee Status [Pending ▾]    ☐ Waiver

**Institutional Research Questions**

Questions are below :

Applicant's Employment Status:

◉ Employed - Full Time (IR01)

◯ Employed - Part Time (IR02)

◯ Self - Employed (IR03)

◯ Homemaker (IR04)

◯ Unemployed - Seeking Work (IR05)

◯ Unemployed - Not Seeking Work (IR06)

Mark all that apply to applicant:

☐ Eligible to receive Assistance to Families with Dependent Children (IR07)

☐ Adult seeking job skills who have worked primarily without pay to care for home/family (IR08)

☐ Eligible for food stamps or other public assistance (IR09)

☐ Incarcerated (IR10)

☐ Single parent of a dependent child (IR11)

☐ Have pre-school children living with you (IR12)

LSC - OCR 000016

How many people currently reside in applicant's household including applicant?

- ◉ 1 in household (IR13)
- ○ 2 in household (IR14)
- ○ 3 in household (IR15)
- ○ 4 in household (IR16)
- ○ 5 in household (IR17)
- ○ 6 in household (IR18)
- ○ 7 in household (IR19)
- ○ 8 in household (IR20)
- ○ 9 in household (IR21)
- ○ 10 in household (IR22)

Applicant's current household income?

- ◉ $0 - $13,290 (IR23)
- ○ $13,291 - $17,910 (IR24)
- ○ $17,911 - $22,530 (IR25)
- ○ $22,531 - $27,150 (IR26)
- ○ $27,151 - $31,770 (IR27)
- ○ $31,771 - $36,390 (IR28)
- ○ $36,391 - $41,010 (IR29)
- ○ $41,011 - $45,630 (IR30)
- ○ $45,631 - $49,999 (IR31)
- ○ $50,000 - $74,999 (IR32)
- ○ $75,000 - $99,999 (IR33)
- ○ $100,000 or above (IR34)

Applicant's Father highest education level?

- ◉ Attended college (IR35)
- ○ Attended high school (IR36)
- ○ Graduated from high school (IR37)
- ○ Received bachelor's degree (IR38)
- ○ Do not know (IR39)

Applicant's Mother highest education level?

- ◉ Attended college (IR40)
- ○ Attended high school (IR41)
- ○ Graduated from high school (IR42)
- ○ Received bachelor's degree (IR43)
- ○ Do not know (IR44)

**Bacterial Meningitis**

- ☑ Bacterial Meningitis Oath

**Reverse Transfer and Auto-Grad**

- ☑ I would prefer not to be awarded my degree

LSC - OCR 000018

# Exhibit B

**GOVT 2306: Texas Government**
**Course Syllabus**

Instructor: Darrell A. Lovell, MPA
On-line course, Lonestar College –Tomball Campus
Contact information:
Email – Darrell.A.Lovell@lonestar.edu (Preferred)
Phone – 281-401-1816 (Office of Behavioral Sciences)
Online Office Hours: TBD

**COURSE DESCRIPTION:** Overall introduction to the physical geography, demography, economy and political culture of Texas; the origin and development of the Texas constitution; federalism and intergovernmental relations; linkage institutions including political participation, interest groups, political parties and elections; the policymaking institutions; local government and the state budgetary process.

**TEXTBOOK:** *Governing Texas, 2nd edition, Anthony Champagne & Edward Harpham. ISBN: 978-0-393-93684-1. You can access materials and ebook at this site https://digital.wwnorton.com/govtexas2*

*Additional Readings:* In addition to your textbook I will assign outside readings that are MANDATORY for the course. The readings will show up on the exams and you will be asked to participate in discussions about them during the course that will be graded. All additional course readings can be downloaded in PDF format in that week's module.

**STUDENT RESPONSIBILITIES:** The following is a list of student responsibilities. This list *is not exhaustive*, but indicates the core responsibilities that you will accept for this course. These responsibilities begin now, week 1 of the semester, not week 6. As the student, you are responsible for:

- Thoroughly reviewing the course syllabus.
- Obtaining and keeping a copy of the course syllabus.
- Fully understanding the course syllabus.
- Fully understanding the management and design of this online course.
- Being able to locate all course material online and being certain that all material is accessible prior to course deadlines.
- Knowing and following the requirements, important dates, deadlines and policies of this course.
- Knowing and understanding grading procedures.
- Being aware of all announcements and postings online for this course.
- Reviewing, understanding and complying with the academic integrity statement of Lone Star College District (LSC).
- Successfully contacting and discussing any questions about the course with the instructor.
- Successfully contacting and disclosing any concerns with the instructor that would be relevant to your success in the course.
- Understanding that the course design, policies, assignments, exam format, etc. will not be altered or changed.
- Being aware of your academic status THROUGHOUT the duration course, NOT at the end of the course or once the course has been completed.

**- LSC Online Information (D2L):**
This is a course specifically designed for online learning. With that in mind, there is an emphasis on the text and the material and resources made available on the course website. Further, students work independently without

meeting face to face with the instructor on any scheduled basis. Students who are accustomed to the traditional face-to-face course will indeed experience a different format and approach to learning. Students who take online courses may prefer greater flexibility in allotting and committing time to a course. **In the end, however, you must decide if this is the right format and approach to learning for you. Please consider that as you review course material.**

**LONE STAR ONLINE AND GOVT 2306:** Lone Star Online uses an online learning system known as D2L. I have designed this course for this online section of GOVT 2306. So yes, this course has been customized for you by me. I have also provided you with additional commentary than you would be given in my face to face course. Finally, I have customized all exams that will be used in this course.

**STUDENT RESPONSIBILITY:** As described in the previous section on Student Responsibilities, it is your responsibility to familiarize yourself with the course website and its design. You must be able to locate all course material online and be certain that all material is accessible prior to course deadlines. You must have the computer equipment and browser requirements needed in order to complete this course. For example, you may need to use the browser, Mozilla Firefox, or download a new version of Adobe in order to view and use all course materials. Begin navigating through the website at the *beginning of the course* to be certain that all material (intro quiz, links, videos, exercises, simulations, policy debates, etc.) can be accessed. However, it is again stated that the student is responsible for meeting all deadlines. *Students should visit the course content folder on the Monday of each week to find out the information and deadlines for that week. They will also find assignments in the content folder.*

That a student waits until the last minute to learn that they do not have the technical capability to submit and complete the intro quiz, discussions, exercises, simulations, policy debates, etc. is not accepted as an excuse. Extensions to deadlines are not given for failure to have reviewed the website earlier for these types of problems. Simply put, as the student you must locate and use a computer that will allow you full access to the course website; you must use an internet browser that allows you access to all links and materials; and, finally, you must contact technical support for any issue preventing you from accessing all material on the course website.

**PROBLEMS/ASSISTANCE: I can assist you with a problem about how I have designed the course.** For example, if you are taking a quiz and it is not allowing you the opportunity to review incorrect answers, please let me know; if the link to a chapter review does not work, please let me know. If you cannot access your grades using the online tool, My Grades, please let me know. These are examples of what I can work on to correct. However, if you have problems with your computer, technical equipment such as a router, your internet browser, etc., you will need to seek assistance from technical support. Assistance is available through the Lone Star Help Desk and technical support is also provided by the publisher of the textbook and online course materials (see below). For this information, review the **Computer Troubleshooting** link I provide for you under **Lessons/Course Information**. Contact information for the LSC Help Desk is also available on the home page of LSC Online.

**THOSE INEVITABLE, DREADFUL SNAFFUS:** Perhaps not all will go as planned. Perhaps there will be a district-wide computer crash (not likely); perhaps website links that work now will not work next week. In our attempt to journey into the virtual world, there will be glitches, errors, mistakes, and perhaps some that we can't even blame on technology. My experience with online students is that they are patient, civil and respectful, and I expect this to continue. Be assured that there rarely is a problem. Most, if not all students, are able to successfully use all tools available on the website and complete the course.
*If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR SYSTEM ISSUES. If your internet or pc fails that is not*

*something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**- GRADE RANGE:**
90 – 100 A
80 – 89 B
70 – 79 C
60 – 69 D
BELOW 60 F

**- Make up policy:** Without an acceptable excuse for missing a test, there will be no makeup exams given. All assignments are due on the posted date in the syllabus unless changed by the professor. LATE WORK WILL NOT BE ACCEPTED without a LEGITIMATE excuse. There will be no exceptions made and all decisions are made at the discretion of the professor.

**- Class Participation policy:** ONLINE COURSES ARE SELF-DRIVEN EXPERIENCES. In this course you will be REQUIRED to participate in weekly guided discussions that, all together, will be worth 25% of your grade in this course.

The discussion will be accessible through each week's learning module. There will be between 2 and 4 topics a week and you are required to submit 1 ORIGINAL POST TO ALL TOPICS and then 2 additional responses to someone else's post. Post will be graded on mastery of the content, ability to formalize a point or concept, answering the posted question and ability to adequately participate in the discussion. Grades will be posted weekly.

**- Net Etiquette:** Much like in a classroom you are required to conduct yourself in an acceptable manner. Meaning you are to respect yourself, others and the professor as much as humanly possible. While this course is freeform in the learning environment that does not mean you are not to hold yourself, and that I won't hold you, to the highest standard regarding etiquette. Furthermore, I understand that it is easy to type something that you may not say in person. RESIST THIS URGE! Do not reply to someone with haste or anger.

Unfortunately things written are left to interpretation so play it safe and keep this a healthy environment. Acting in a manner unbecoming of a student will get you tossed out of the discussion for that week and result in a grade of 0.

**- Cheating and Plagarism:** Cheating or plagiarism in any degree subjects a student to disciplinary procedures. Failure to give credit for ideas or material taken from another, whether from a fellow student or a resource writer, means the person is guilty of plagiarism. If, in the judgment of the professor, cheating or plagiarism has occurred, the penalty assessed could be a grade of "F" in the course. Cheating includes, but is not limited to, copying from another student's test paper, or copying research papers (or a portion thereof) from the Internet. (see Honesty Code below.)

**- Withdrawls:** Students wishing to drop courses must drop themselves over the web or in person at the Registrar's Office. Faculty will not drop students. Students should consult with your instructor and/or a Counselor/Adviser before dropping a course. Students starting college for the first time after the Fall 2007 or after may only receive six grades of W (grade received from a course dropped after the census date) from all Texas public colleges and universities attended. Grades of W in developmental courses or courses taken while in high school will not count in the six grades of W. After six grades of W are received, students must receive grades of A, B, C, D or F in all courses. There are other exemptions from the six-drop limit and students should consult with a Counselor/Advisor before they drop courses to determine these exemptions.

**- Communication with the Instructor:**
This will be at a premium in this course. Again this course is as much about your drive to learn as it is anything else. With that said, the onus will be on you to communicate with me if there are any issues. Here are some of the ways you can communicate and build good communication practices:

**Announcements –** When you login to the course make sure to check the announcements. Announcements will be your guide to any issue and information I want to pass along. Often I will post reminders or important notes here. A note here is to make sure the email you have in the system is one you ACTUALLY CHECK. Annoucnements and course mail – which I will cover next – will go to your listed email.

**Email –** The best, and preferred, way to reach me is by email. You can contact me at my lonestar email (Darrell.A.Lovell@lonestar.edu) or through the "Course Mail" option in D2L. Again, coursemail uses the listed email you have with the school. If you have not changed it, it will be your default student email address. I will attempt to get emails responded to in 24-36 hours. If an email is not responded to in this time please re-send it and I will get it then.

**Face-to-Face –** This is not required for this course. However, if you require a face-to-face meeting contact me to set up a time and place. I do not have a physical office on campus and am not located on campus. However, I will make time if you need it.

**EMERGENCIES:** If you have some type of an emergency in which you need to contact me immediately, please indicate that in the Subject field of your e-mail. *If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR*

*SYSTEM ISSUES. If your internet or pc fails that is not something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**ANNOUNCEMENTS:** Finally, know that general class announcements will be posted using the Announcements tool discussed below. **Always check for new announcements posted by me. Be certain that you select "View: ALL" when using this tool.**

**Any questions about that covered above please feel free to contact me. The next page will start your course design, grades and outline – AKA the important stuff!**

<div align="center">

**Class Assignments**

</div>

*- 2 Exams (2 x 100 points = 200 total points)*
Exams will be designed to test your knowledge of the lecture and readings. All readings, including textbook and additional readings. The general rule is: If I said or you read it its fair game.
Exams will have some combination of multiple choice questions. You MUST DOWNLOAD RESPONDUS LOCKDOWN BROWSER TO TAKE THE EXAM. Exam grades will be returned in a timely manner. There will be NO REVIEW SHEETS provided. Dates and times are in the course outline.

*- In Class Discussion (100 points x 3 = 300 points)*
Discussion will be done within forums. We will do a four discussion forums throughout the eight weeks. Each will be worth 100 points. You will be asked to actively engage with your peers while also showing a clear and complete understanding of the material. That means you show both detail and analysis. That means it is about quality and quantity.

Each discussion your answers to the posted discussion questions and deadlines for responses will be assigned within the content/discussion forum; pay attention to those times. Late submissions on the deadline to answer the posted questions will be docked 10 points automatically. AT LEAST TWO responses to fellow students that show further understanding and FURTHER the discussion will be required by Sunday at 9PM. Submissions that lack responses will be docked 30 points for not doing a significant portion of the assignment.

This is the writing portion of the course. Make sure you treat these as complete essays and answers. Some of these overlap with exams so plan accordingly. Also, check the module each week to find out the deadlines. The instructor reserves the rights to change deadlines when he sees fit.

*- Final Exam (200 points)*
The final will be a comprehensive examination of the class. It will cover any topics, readings presented in the course. The exam will be comprised of 100 questions that can be multiple choice, T/F, and fill in the blank. You will have 2 hours to take the exam.

**Course Grade Breakdown – Total points 1,000**
**700 - 630 = A**
**629 – 560 = B**
**559 - 490 = C**
**489 - 420 = D**
**419 – 0 = F**

## Course Outline & Readings

**Week I**
*Topic 1: Introductions/Environment and Texas* & Constitution
Readings: Chapters 1 & 2

*Topic II: Texas Constitution & Local Governments*
Readings: Chapter 3 & 10
Assignments: Discussion for week 1 and Exam 1 which opens Friday at 7AM and closes Sunday at 9PM

**Week II**
Topic III: Judiciary & Corrections
Readings: Chapter 9 & 13

Topic IV: Executive Branch, Legislature & Political Parties
Readings: Chapters 4, 7 & 8
Assignment: Discussion 2 on week 2; Exam II opens Thursday at 7AM and must be completed by Friday at 9PM. See module for instructions.

**Week III**
Topic V: Interest Groups & Elections
Readings: Chapter 5 & 6

Topic VI: Public Policy & Fiscal Policy
Readings: Chapter 11 & 12
Assignments: Discussion for week 3 – note the date in the class site.

**Final Exam**
Assignments: Final exam opens 12/31 at 7AM and must be completed by 1/2 at 7PM

1

**LONE STAR COLLEGE**
UNIVERSITY PARK

# Psychology 2314: Lifespan Development

| | |
|---|---|
| **Course Title** | Lifespan, Growth & Development |
| **Course Information** | Psychology 2314-6005, Spring 2016, 8 week I<br>Class Days/Times – Online<br>Classroom Location – Online |
| **Course Description** | A study of development from conception to death with emphasis on factors which influence growth and development. Consideration will be given to social, emotional, cognitive and physical growth and development at each period of the lifespan. Students who have taken PSYCH 2301 must have instructor permission to enroll in PSYC 2314.  For more details go to http://research.lonestar.edu/cat/catsrch.asp |
| **Credit Hours** | 3 Credit Hours |
| **Prerequisites** | PSYC 2301; ENGL 0305 or ENGL 0316 AND ENGL 0307 or 0326, OR higher level course (ENGL 1301), OR placement by testing. |
| **Instructor Information** | Professor – Nicole Stalnaker, MA<br>E-mail – nistalnaker@d2l.lonestar.edu<br>Blog – www.lonestar.edu/blogs/nistalnaker<br>Office – 13.808<br>Office Hours – By appointment online, please send an e-mail. |
| **Required Materials** | Textbook: *Developing a Person Through the Lifespan*, by Berger 9th Edition     ISBN# 978-1-4292-8381-6<br>Other course materials will be posted on LSC-Online (D2L) |
| **Course Overview** | This course will introduce students to the basics of human development, covering the entire lifespan, its various stages. We will discuss the physical, motor, cognitive, linguistic, moral, social, emotional developments in children, adolescents, and adults along with the theoretical foundations and current trends interlaced into them. We will use several resources—the textbook, scholarly/empirical research, internet resources, media, in-class discussions, at home projects, and other related readings throughout the semester.  College-level courses may include controversial, sensitive, and/or adult material. Students are expected to have the readiness for college-level rigor and content. |

LSC - OCR 000025

**Student Learning Outcomes**

Upon successful completion of this course, students will:

1.  Describe the stages of the developing person at different periods of the lifespan from birth to death.
2.  Discuss the social, political, economic and cultural forces that affect the development process of the individual.
3.  Identify factors of responsible personal behavior with regard to issues such as: sexual activity, substance abuse, marriage & parenting.
4.  Explain the biosocial, cognitive, and psychological infleuences throughout the lifespan as an ongoing set of processes, involving both continuity and change.
5.  Describe the different developmental perspectives of the major theories of development (i.e. cognitive, learning, humanistic and psychodynamic).
6.  Identify examples of some of the cultural and ethnic differences that influence development throughout the lifespan.
7.  Discuss the various causes or reasons for disturbances in the developmental process.

**In our efforts to prepare students for a changing world, students will be expected to utilize computer technology while enrolled in classes, certificate, and/or degree programs within LSCS.  The specific requirements are listed below:**

**Calendar**

A calendar covering the entire semester will be available on the course's homepage on D2L.

**Correspondence**

All communication for this course will occur via D2L e-mail.  Please compose these e-mails using complete sentences and no 'text-speak' (lol, idk).  You may address me in your e-mails as 'Professor/Instructor Stalnaker' and please use your full name in closing.  I will respond to your e-mails within 48 hours.

**Assignments**

Each will vary in objective and scope, but they will consist require critical thinking and reflecting on the material. Specific instructions regarding the assignments will be provided. There is no make up for weekly work, including Independent Study, thus it will not be accepted late regardless of reason.  Missed or late work will result in a zero.

**Using D2L**

We will be using D2L thoughout the semester as the main platform to access this course.  You are required to log into D2L at least twice a week.

**Online Discussions**

Each week there will be a topic assigned for the online discussion in which you will interact with your classmates and with the instructor.  Although one topic is assigned, you may begin other topics in

3

|  | different threads, if you have questions and/or comments for the class. |
|---|---|
| **Online Assignments** | If you do not turn in the assignments through the dropbox on D2L, you will receive a zero for the project. |
| **Video Sessions** | Videos (and other interactive media) will likely be viewed this semester. These films are at least adjacently relevant to the course material covered in class. Therefore, students are expected to be in attendance to view the film as they are responsible for the broad concepts covered in the film. *The videos shown may be rated R and contain adult language and other R-rated elements.* Should the nature of these videos be an issue in your viewing of the video, it is your responsibility to inform me of these concerns, to which I will address on a case-by-case basis. |
| **Department & Division Contact** | Department Chair: Leslie LaPres, 281-290-5052<br>Leslie.r.LaPres@lonestar.edu<br>Dean of Instruction: Mark Curtis-Chavez, 281-290-2862<br>Mark.Curtis-Chavez@lonestar.edu |

**GRADE DETERMINATION**

| Exams | 5 exams/6% each | 30% total |
|---|---|---|
| Assignments | 5 assignments/10% each | 50% total |
| Online Work | Weekly Assignments | 10% total |
| Discussions | Weekly Discussions | 10% total |

**LETTER GRADE ASSIGNMENT**

A = 89.5 – 100%
B = 79.5 – 89.4%
C = 69.5 – 79.4%
D = 59.5 – 69.4%
F = < 59.5%

Revised 1/2016

LSC - OCR 000027

4

## Tentative Instructional Outline:

| Week Number | Activities and Assignment | Test/Assigments Due |
|---|---|---|
| 1 | | |
| PART I | The Beginning | |
| 2 | | |
| PART II | The First Two Years | Assignment A & Test #1 |
| 3 | | |
| PART III | Early Childhood | Assignment B |
| 4 | | |
| PART IV | Middle Childhood | Test #2 |
| 5 | | |
| PART V & VI | Adolescence & Emerging Adulthood | Assignment C & Test #3 |
| 6 | | |
| PART VII | Adulthood | Assignment D |
| 7 | | |
| PART VIII | Late Adulthood | Test #4 |
| 8 | | |
| EPILOGUE | Death & Dying | Assignment E & Test #5 |

### Fall 2016 Official Day Dates & 'W' Dates

| Session | Sesn Begin Date | Sesn End Date | Official Day | Last Day to Drop |
|---|---|---|---|---|
| 3 Wk Mini | 12/14/15 | 1/3/16 | 12/15/15 | 12/28/15 |
| 4 Wk Mini | 12/14/15 | 1/10/16 | 12/16/15 | 1/4/16 |
| 8 Week 1 | 1/19/16 | 3/13/16 | 1/25/16 | 2/26/16 |
| 14 Wk 1 | 1/19/16 | 4/28/16 | 1/28/16 | 3/31/16 |
| Regular | 1/19/16 | 5/15/16 | 2/1/16 | 4/11/16 |
| 16 Wknd | 1/22/16 | 5/15/16 | 2/2/16 | 4/12/16 |
| 14 Wk 2 | 2/1/16 | 5/15/16 | 2/10/16 | 4/15/16 |
| 12 Week 1 | 2/15/16 | 5/15/16 | 2/23/16 | 4/19/16 |
| 8 Week 2 | 3/21/16 | 5/15/16 | 3/29/16 | 4/29/16 |

## Lone Star College-University Park Learning Center is committed to your success

**Your success is our primary concern!** If you are experiencing challenges achieving your academic goals, please contact your instructor or an advisor. We can provide assistance with academic needs, ADA accommodations, classroom difficulties, financial concerns, and other issues.

**Tutoring:** For all disciplines, please call 281.401.5388 for information on hours and location. The tutoring lab, reading/writing lab, and math lab can be found within the Learning Center in building 12, 8th floor.

**Counseling Services:** Counseling services are available to students who are experiencing difficulty with academic issues, selection of college major, career planning, disability accommodations, or personal issues. Students may contact Student Services at 281.401.5311, in Building 13 Suite 260. The website for LoneStar Student Services (which includes Disibility Services) is: http://www.lonestar.edu/student-services.htm

**The Assistive Technology Lab:** The Assistive Technology Lab is available for students who benefit from its various technologies to convert text to speech, magnify items, convert text to Braille, etc. For further information, please contact the Learning Center in building 12, 8th floor.

**Writing Lab:** Having strong writing skills helps students become successful not only in their academic lives, but also in their professional and personal lives. With this goal in mind, the University Park Writing Center, located in the Student Learning Center, provides tutoring and additional services to help students strengthen their writing skills. Students enrolled in <u>any course</u> that requires any type of writing can get individualized help at the Writing Center.

**Library:** The Lone Star College-University Park Library is located in building 12, 8th floor and contains information resources for both college students and community members. Librarians are available to assist with research. To contact a reference librarian, uplibrary-ref@lonestar.edu. For Library hours and contact information, please visit http://www.lonestar.edu/library .

## Lone Star College-University Park Campus and System Policies

**Six Drop Rule**
Students who enrolled in Texas public institutions of higher education as <u>first-time college students during the Fall 2007 term or later</u> are subject to section 51.907 of the Texas Education Code, which states that an institution of higher education may not permit a student to drop (withdraw with a grade of "W") from more than six courses, including courses that a transfer student has previously dropped at other Texas public institutions of higher education that have already been counted against their six drop limit. Each student should fully understand this drop limit before you drop any course. Please see a Counselor or Advisor in our Student Services area for additional information and assistance. This policy does not affect developmental or ESOL students.

**Withdrawal Policy**
Withdrawal from the course after the official day of record and prior to "W" Day, (see current catalog for this date) will result in a final grade of "W" on your transcript. Instructor approval is necessary if you want to withdraw after official day. No credit will be awarded for a course earning a "W." If you stop attending class, you must withdraw at the registration office prior to "W" day. If you stop attending class and do not officially withdraw, you will receive an "F" for the course.

**I Contracts**
"I" indicates an incomplete portion of the course and is designated for college-level courses. This mark is issued only when a serious illness or emergency that prevents a student from completing part of the course; additionally, the student must have completed at least 75% of the coursework

and have a passing grade.  A student who receives an "I" does not re-register for the course and must complete the course no later than the set due date not to exceed the end of the following fall or spring semester. The instructor must submit a signed "I" contract to the appropriate division; students will receive a copy of the contract following approval by the Dean or designee.

## Academic Integrity

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability.  The system promotes the importance of personal and academic honesty.  The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others.  Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:

1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

## Student Behavior Expectations

Students are expected to conduct themselves appropriately while on College property or in an online environment.  Students may receive disciplinary action up to and including suspension, if they violate System or College rules, disrupt classes, or interfere with the opportunity of others to obtain an education.  Students who pose a threat to the safety of others will be subject to immediate withdrawal from the classroom, campus environment, and/or online environment, as well as face subsequent criminal charges, as appropriate.  Please refer to the Student Code of Conduct located online at http://www.lonestar.edu/student-responsibilities.htm for additional information.

## Americans with Disabilities Act Statement

Lone Star College-University Park is dedicated to providing the least restrictive environment for all students.  We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

Disability Services is located on the LSC University Park campus in building 13, Suite 200.  You may contact Disability Services at the following number: 281.401.5370.  Additional information may be accessed online at the following URL:  http://www.lonestar.edu/disability-services.htm

## Campus Safety and Security

Lone Star College System is committed to maintaining the safety of the students, faculty, staff, and guests while visiting one of our campuses.  See http://www.lonestar.edu/safety-nh.htm for details.  Register at http://www.lonestar.edu/12803.htm to receive emergency notifications.  In the event of an emergency, contact the police at 5911.

## Computer Virus Protection
Computer viruses are, unfortunately, a fact of life. Using flash drives on more than one computer creates the possibility of infecting additional computers and flash drives with computer viruses. This exposes college computers, personal computers, and any other computers to potentially damaging viruses. The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines. It is your responsibility to protect all computers under your control and use and ensure that each flash drive you use, wherever you use it, has been scanned with anti-virus software.

## Equal Opportunity Statement
It is the policy of the Lone Star College System to provide equal employment, admission and educational opportunities without regard to race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability.

Lone Star Colleges strive to provide an excellent learning environment free from harassment or intimidation directed at any person's race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability. Any form of harassment will not be tolerated.

## FERPA
The academic, financial, and non-directory information on your student account is confidential and protected by the Family Educational Rights & Privacy Act (FERPA). LSCS cannot release certain information to another person without your written authorization. The Authorization to Release Student Information Form can be found at http://www.lonestar.edu/departments/admissions/ARC-011_FERPA_Privacy_Request.pdf

## Internet and E-mail
LSCS provides computing and network resources. You are encouraged to use the computers, software packages, and electronic mail (e-mail) for educational or System-related activities and to facilitate the efficient exchange of useful information. The equipment, software, and network capacities provided through the district computer services are the property of the System. Use of the equipment and networks is to comport with the policies and procedures of the System and access may be denied to any student who fails to comply with the System's policies and procedures regarding its use.

Access to the System's e-mail and similar electronic communications systems are a privilege and certain responsibilities accompany that privilege. All users are expected to demonstrate the same level of ethical and professional manner, as is required in face-to-face or written communications. Threatening, anonymous, or forged messages will be treated as a violation of this policy.

## Software Piracy
Law strictly prohibits unauthorized copying of software purchased by Lone Star College-University Park for use in laboratories. Lone Star College-University Park administration will take appropriate disciplinary action against anyone violating copyright laws.

## Evaluation of Instruction
Lone Star College-University Park is committed to student success. As part of its' institutional effectiveness efforts, our instructors are assessed in several ways. For the continuous improvement of our instruction, all students are required to provide input for each course they take each semester using the Course Evaluations Questionnaire, which can be accessed online for

each course.  This occurs approximately half way through your course and your instructor will provide you more information on this process.  Once you evaluate your course, print and turn in the receipt of completion to your instructor.  The college deans review these evaluations each semester.  The deans and/or department chairs may visit each instructor's class at some time during the semester to observe the instructional environment being provided and complete an assessment of the instructor.

LSC - OCR 000032

# Lone Star College-Tomball

LONE STAR COLLEGE TOMBALL

---

Arts, Business, Behavioral Science & Social Sciences Division
## SOCI 1301- Online 8 Week 1

| | |
|---|---|
| **INSTRUCTOR:** | Janie Filoteo, PhD |
| **OFFICE LOCATION:** | S204D |
| **OFFICE HOURS:** | Tuesday        9:30 – 2:30 |
| **E-MAIL:** | janie.filoteo@lonestar.edu |
| **OFFICE PHONE:** | 281.357.3683 |
| **COURSE TITLE:** | Principles of Sociology |
| **CATALOG DESCRIPTION:** | This course is an introduction to the basic elements of society. In looking at human behavior, this course includes an introduction to dynamics of society, culture, social groups, social institutions, socialization, social processes and social structure. |
| **CREDIT HOURS:** | 3 |
| **PREREQUISITES:** | Prerequisites: ENGL 0305 or ENGL 0365 or ENGL 0115 AND ENGL 0307 or ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite. |
| **SEMESTER AND YEAR:** | Spring 2016 |
| **SECTION NUMBER:** | 3010 (12377) |
| **CLASS DAYS AND TIME:** | Course begins January 19th |

**COURSE LEARNING OUTCOMES:**

- Compare and contrast the basic theoretical perspectives of sociology.
- Identify the various methodological approaches to the collection and analysis of data in sociology.
- Describe key concepts in sociology.
- Describe the empirical findings of various subfields of sociology.
- Explain the complex links between individual experiences and broader institutional forces.

**REQUIRED TEXTBOOKS:**

**[Books/A La Carte Edition]** of: Henslin, James M. 2014. *Sociology: A Down-to-Earth Approach 12th* edition. Upper Saddle River, New Jersey: Pearson Education, Inc.



## LONE STAR COLLEGE SYSTEM (LSCS)POLICIES

**WITHDRAWAL POLICY:**
Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student transcript and no credit will be awarded. Prior to the official day of record, it is the student's responsibility to initiate and complete a request for withdrawal from any course failure to do so will result in an "F" rather than a "W" grade. *If you consider dropping this course during the semester, you might want to go to advising prior to dropping and get information about the Six-Drop Rule.* <u>The last day to drop this course and receive a "W" is February 26th.</u>

LSC - OCR 000033

**ACADEMIC INTEGRITY:**

The Lone Star College System upholds the core values of learning:  honesty, respect, fairness, and accountability.  We promote the importance of personal and academic honesty.  We embrace the belief that all learners -- students, faculty, staff and administrators -- will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others.  No fabrication of sources, cheating, or unauthorized collaboration is permitted on any work submitted within the system.

Consequences for academic dishonesty to be determined by the professor, or the professor and Academic Dean, or the professor and Chief Student Services Officer can include but are not limited to:  1.)  having additional class requirements imposed, 2.) receiving a grade of zero or "F" for an exam or assignment, 3.)  receiving a grade of "F" for the course, 4.)  being withdrawn from the course or program, 5.)  being expelled from the college system.

In becoming a part of the academic community, students are responsible for honesty and independent effort. Failure to uphold these standards includes, but is not limited to, the following: plagiarizing written work or projects, cheating on exams or assignments, collusion on an exam or project, and misrepresentation of credentials or prerequisites when registering for a course.

Cheating includes looking at or copying from another student's exam, orally communicating or receiving answers during an exam, having another person take an exam or complete a project or assignment, using unauthorized notes, texts, or other materials for an exam, and obtaining or distributing an unauthorized copy of an exam or any part of an exam. Plagiarism means passing off as his/her own the ideas or writings of another (that is, without giving proper credit by documenting sources). Plagiarism includes submitting a paper, report or project that someone else has prepared, in whole or in part. If students combine their own thoughts with material written by other authors in projects, credit must be given to the creator that outside material using a format designated by their professor.  Collusion is inappropriately collaborating on assignments designed to be completed independently. These definitions are not exhaustive.

**ADA STATEMENT:**

The Lone Star College System is dedicated to provide the least restrictive learning environment for all students.  The college s system promotes equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please notify the instructor of this course as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations.

**EQUAL OPPORTUNITY STATEMENT:**

Lone Star College System is committed to the principle of equal opportunity in education and employment. The system does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, and other system or college administered programs and activities.

LSC - OCR 000034

*Instructor guidelines and policies*

Welcome to Principles of Sociology – Online under the instruction of Janie Filoteo. My course relies on cooperative learning which refers here to those techniques and strategies that involve students in doing things and thinking about the things they are doing. Students will be engaged in completing tasks such as reading, discussing, problem-solving, critical thinking and writing. It is my hope to acquaint you with a new way or looking at the world and helping you apply this perspective in your everyday life which requires an open mind. Please do not hesitate to let me know if you have questions or concerns. I will make every reasonable effort to help you be successful in this course. I look forward to working with each of you through what I am sure will be a rewarding and enjoyable experience.

*Course Requirements:*
In order to be successful in this course, there are some things you will need. The first if you must have a **strong writing style** since the communicative nature of a distance learning course relies heavily on writing. You must also have must have proficiency in Microsoft Word as well as internet access, and Adobe Acrobat Reader. For information on how to access Adobe Acrobat Reader please see the file "Start Here" found under the Course Information heading in the lessons tab. Prior to starting the course you must ensure compatibility between your computer and D2L. For technical assistance or login issues please call 1-866-614-5014. Aside from these technical issues, a distance learning course requires a student to be extremely motivated, organized, and above all, self-directed.

*Attendance:*
This course is a distance education course which will not require any meetings on campus. All work will be completed online via D2L by the due date and time. It is the student's responsibility to ensure that they are checking into D2L several times a week to be aware of course updates. No late work will be accepted for any reason. *Note: Because this is a distance education course, the class will not "close" for holidays. However, please be aware of holidays and plan accordingly.*

*Communication:*
**Our primary means of communication is email within D2L.** *In the event of an *emergency* and you are unable to access D2L or lonestar.edu, you may email me at filoteoj@yahoo.com. I must warn you that although my office phone is listed and you are welcome to leave me messages, I am not on campus during the summer months and therefore am not available to return your phone call in a timely manner if at all. **The quickest and best way to get a hold of me is by emailing me within D2L or via email.** When emailing me please be sure to include your name and the course in which you are enrolled. *Please also note: while the course does not "close" for the holidays since it is largely a self-directed course, do not take this to mean that I am completely available to you when you are accessing the course.*

*Discussions and Exercises:*
Since the vitality of any course depends in part on class participation, students will be evaluated on class discussion and participation. Throughout the semester you will be asked to post responses to questions raised by the course material. Due to the structure of this course, you will see that these prompts are opened up on Mondays and require you to post your responses by the following **Tuesday or Thursday morning no later than 9 am CST as outlined in the syllabus.** Please note that these discussions and exercises will be closed at the due date and time specified and nothing posted after this time will be accepted. Refer to the Addendum entitled "Guidelines for Grading Discussions" for more information on grading. Additionally, the current setting for all discussions is that students must post before seeing the responses of classmates. If a student fails to submit a discussion or exercise, he/she will not be able to access discussion responses by the instructor or other students.

LSC - OCR 000035

## Exams:

Exams will be opened by 9am CST four days prior to their due date (Thursdays for exams due on Tuesday) and **will remain open until their due date at 9 am CST.** Students will have this time frame in which to take exams. Exams will be multiple choice questions. Please note that while exams are obviously open note and open book, they are not meant to be collaborative in nature. In other words, each student is expected to act on the highest academic integrity and submit only work that is their own. Please note also that these exams are timed and will **require preparation prior** to commencing the exam. Students will be given forty five minutes to complete each exam. Under no circumstances will more time be allotted so it is important that students prepare for their exams prior to starting the exams. Note: *NO MAKE UP EXAMS WILL BE GIVEN FOR ANY CIRCUMSTANCE.* A grade of zero will be assigned for any student who misses an exam. Prior to starting the exam, be certain that you have the time to complete the exams and that all technology is working.

## Media Project and Assignments:

There is one semester media project and other assignments by unit and detailed information concerning these submissions will be listed in the course. Please note that all assignments – whether projects, quizzes, or discussion posts are due at the time and date listed within in the syllabus. Note: *NO LATE ASSIGNMENTS WILL BE ACCEPTED FOR ANY REASON.* A grade of zero will be assigned for any student who misses an assignment.

## Classroom expectations:

In a distance education course it is really important that students are aware of all due dates and times for course requirements. Please do not wait until the last minute to get your materials submitted in the event that the technology is down due to maintenance or other reasons. It is imperative that you are actively engaged in getting to know each other, keeping up with the materials, and most importantly participating in the discussions by offering **thoughtful comments,** questions, or alternative perspectives.

Please also note that is important to follow closely the due dates in the syllabus course calendar.

## *A word of caution:*

Some of the questions I raise may be difficult to answer. It is not my intent to be purposely provocative but to illustrate that the issues we will be discussing in this course are complex and to encourage you to think critically about these issues.

In a distance learning class where we cannot see the facial expressions or the gestures that accompany a statement, it is easy to misunderstand one another.

In addition, some of the ideas presented in this course may challenge some of your everyday assumptions. The ground rule is that we all do our best to treat each other with respect and always ask ourselves the intent of someone's comment or line of question. Reflect on the intent of the comment, rather than the emotion it produces, before responding.

LSC - OCR 000036

*Grade Determination:*

| | | | | | |
|---|---|---|---|---|---|
| **4 of 6 Discussions | 50 points each | = | 200 points | = | 40% |
| **4 of 5 Exams | 25 points each | = | 100 points | = | 20% |
| **4 of 5 Media Submissions | 25 point each | = | 100 points | = | 20 % |
| **10 of 12 Reflections | 5 points each | = | 50 points | = | 10% |
| **10 of 12 Exercises | 5 points each | = | 50points | = | 10% |
| | | | 500 points | | 100% |

**Please also note that there are more discussions, exercises, and exams assigned than are taken as part of the average. The lowest scores are dropped in certain categories as described above to allow for a "bad day" or other unexpected circumstance, whether due to technological issues or not.

*Letter Grade Assignment:*

| Letter Grade | Final Average in Percent | Letter Grade | Final Average in Percent |
|---|---|---|---|
| A | 100 – 90 | D | 69 – 60 |
| B | 89 – 80 | F | 59 – 0 |
| C | 79 – 70 | | |

*Student Progress:*

Students may determine their progress by dividing the number of points earned by the number of points attempted and multiplying the result by 100. For example, if a student has earned a total of 350 points, the grade he/she has earned is 350/500 = .70 *100 = 70 for a letter grade of C.

*Successful Students*

An A student will submit superior work and:
- be a prompt and regular attendant;
- participate actively and regularly in class discussion;
- offer thoughtful and perceptive responses to class discussion questions and assignments;
- participate actively and regularly in group work by offering ideas and asking questions while helping to keep the group on task;

A B student will submit good work and:
- be a prompt and regular attendant;
- participate actively and regularly in class discussion;
- demonstrate clear evidence of thought and planning to class discussion questions and assignments;
- participate actively and regularly in group work by offering ideas and asking questions;
- listen when others talk, both in groups and in class;

A C student will submit work that meets the minimum requirements:
- be a prompt and regular attendant;
- generally participate in group work by offering ideas and asking questions;
- listen when others talk, both in groups and in class;
- participate regularly in class discussion;

A D student will work that is underdeveloped, unintelligible, or does not meet the minimum requirements:
- be irregular in attendance and show a pattern of (unexcused) tardiness;
- rarely participate in group work by offering ideas and asking questions;
- disrupts the class with private conversations;
- offers no thoughtful responses to class discussion questions and assignments;
- not participate regularly in class discussion;

An F student will:
- be irregular in attendance and show a pattern of (unexcused) tardiness;
- sabotage group and class dynamics through distracting behaviors;
- offered rude or inappropriate or perhaps unintelligible responses to class discussion questions and assignments;
- not participate regularly in class discussion;

5 | P a g e

## Tentative Instructional Outline:

You are strongly encouraged to complete the readings before the beginning of the week for which they are assigned. Timely completion of the readings will make lectures, videos, and discussions more meaningful and help you do well on the quizzes and the written assignments. **The instructor reserves the right to change assignments listed in the course calendar upon notification of the class.**

**\*Please note all due times listed are in Central Standard Time.**

**Unit I: What is Sociology?**

|  |  |  |  |
|---|---|---|---|
|  |  | Readings: | Syllabus<br>"Sociological Imagination" in D2L<br>"How To Think Like a Sociologist" in D2L<br>Chapters 1, 2, 5, and portions of 4 |
|  |  | Lectures: | What is Sociology?<br>Theoretical Perspectives<br>How Sociologists Do Research<br>Culture |
| *Due* | *Thursday, Jan 21st 9am* | Exercises: | X1. Syllabus Agreement |
| *Due* | *Tuesday, Jan 26th 9am* | Exercises: | X2. Applying the Theories |
|  |  | Reflections: | R1. What If?<br>R2. Research Methods<br>R3. Culture |
|  |  | Discussions: | D1. Sociological Imagination<br>D2. Cultural Diversity |
| *Due* | *Thursday, Jan 28th 9am* | Assignments:<br>Exams: | MP1. Unit I Submission<br>E1. Exam I |

LSC - OCR 000038

**Unit II: Social Groups and Social Control**

|          |                          | Readings:     | Chapters 6, 7, 8, and portions of 3 and 4 |
|----------|--------------------------|---------------|-------------------------------------------|

|          |                          | Lectures:     | Socialization |
|          |                          |               | Societies to Social Networks |
|          |                          |               | Groups & Formal Organizations |
|          |                          |               | Deviance and Crime |

| *Due:*   | *Thursday, Feb 4th 9am*  | Exercises:    | X3. Nature versus Nurture |
|          |                          |               | X4. Role Conflict/Strain |
|          |                          |               | X5. "Zimbardo Prison Experiment" |

|          |                          | Reflections:  | R4. Socialization |
|          |                          |               | R5. Rethinking Goffman |
|          |                          |               | R6. Groups |
|          |                          |               | R7. Bureaucracy |

| *Due*    | *Tuesday, Feb 9th 9am*   | Discussions:  | D3. "What Would You Do?" |

| *Due:*   | *Thursday Feb 11th 9am*  | Assignments:  | MP2. Unit II Submission |
|          |                          | Exams:        | E2. Exam II |

**Unit III: Social Inequality**

|          |                          | Readings:     | Chapters 9, 10, 11, and 12 |
|----------|--------------------------|---------------|-------------------------------------------|

|          |                          | Lectures:     | Global Stratification |
|          |                          |               | Stratification |
|          |                          |               | Race and Ethnicity |
|          |                          |               | Gender |

| *Due*    | *Thursday, Feb 18th 9am* | Exercises:    | X6. Status Symbols |
|          |                          |               | X7. Occupation and Income |
|          |                          |               | X8. Sorting People |
|          |                          |               | X9. "Tough Guise" |

|          |                          | Reflections:  | R8. Global Stratification |
|          |                          |               | R9. Social Class |
|          |                          |               | R10. Gender |

| *Due*    | *Tuesday, Feb 23rd 9am*  | Discussions:  | D4. "Food for Thought" |
|          |                          |               | D5. Assimilation |

| *Due:*   | *Thursday, Feb 25th 9am* | Assignments:  | MP3. Unit III Submission |
|          |                          | Exams:        | E3. Exam III |

LSC - OCR 000039

**Unit IV- Social Institutions**

|  |  |  |
|---|---|---|
| | Readings: | Chapter 15, 16, 17, 18 |
| | Lectures: | The Family<br>Education<br>Other Institutions |
| *Due*   *Tuesday, Mar 1st 9am* | Exercises: | X10. "Can't Find Love"<br>X11. "Educating Sergeant Pantzke" |
| | Reflections: | R11. Families |
| | Discussions: | D6. Institutions |
| *Due*   *Thursday, Mar 3rd 9am* | Assignments:<br>Exams: | MP4. Unit IV Submission<br>E4. Exam IV |

**Unit V- Social Institutions**

|  |  |  |
|---|---|---|
| | Readings: | Chapter 20, 21, and 22 |
| | Lectures: | Population and Urbanization<br>Social Change and Movements |
| *Due:*   *Tuesday, Mar 8th 9am* | Exercises:<br>Reflections: | X12. Sociology and You<br>R12. Population |
| *Due*   *Thursday, Mar 10th 9am* | Assignments:<br>Exams: | MP5. Unit V Submission<br>E5. Exam V |

LSC - OCR 000040

### *Addendum: Guidelines for Grading Discussions:*

*An "A" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Add to the discussion in a substantial manner
- Applies readings or lectures in a way that demonstrates understanding of course material
- Be free of errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

*A "B" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Add to the discussion in a substantial manner
- Applies readings or lectures in a way that demonstrates understanding of course material
- Contains few errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

*A "C" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Applies readings or lectures in a way that demonstrates understanding of course material
- Contains errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

LSC - OCR 000041

*A "D" Discussion:*
- Be submitted on time
- Meet the length requirement
- Suggest a personal opinion or belief without applying readings or lectures
- Contains many errors in grammar or spelling
- Posting is disrespectful

When responses are required, responses are:
- Not posted on time
- Unclear or disrespectful
- A short reaction that does contribute to the topic or initiate further discussion based on *sociological* insight

*An "F" Discussion:*
- Is not submitted on time
- Does not meet the length requirement
- Does not demonstrate understanding of course material
- Contains many errors in grammar or spelling
- Is disrespectful

When responses are required, responses:
- No submitted on time
- Are not clear and polite
- Are not relevant to posting
- Do not add to the discussion in a substantial manner based on *sociological* insight
- Is disrespectful

LSC - OCR 000042

Welcome students!  I look forward to getting to know each of you as we explore this subject matter.  One thing you should know is that I greatly enjoy teaching and will work hard to ensure that this is a positive experience for all involved.  This can only be accomplished with your help.

Your first assignment due no later than the date stated in the syllabus to complete this agreement after carefully considering the expectations of this course as detailed in this syllabus.  You will complete it by copying and pasting (or re-typing) the paragraphs below into a discussion forum X1. Syllabus Agreement. Your post will serve as an electronic signature that you agree to the expectations of this course as outlined in this syllabus.

## AGREEMENT

### SOCI 1301 Principles of Sociology

I have read and understand the syllabus and the information it contains. I plan to adhere to and fulfill the

requirements and expectations of the course as listed and outlined in the syllabus. I agree to the terms and

conditions regarding expected behavior and grade assignment.  I understand that I must comply with the

policies and procedures for successful completion of the course.


I Agree,
Name

LSC - OCR 000043

Myers  1


LONE STAR COLLEGE MONTGOMERY

# English 2333 -  Survey of World Literature: Seventeenth Century through the Present

**Instructor Contact & Course Information**

| | |
|---|---|
| **Instructor:** | Dr. Lana Myers, Professor of English |
| **Email:** | lana.c.myers@lonestar.edu |
| **Office:** | Bldg. G, Second Floor, Room 221G |
| **Office Phone:** | 936-273-7053 (Face-to-face contact preferred.  Please visit me during office hours!) |
| **Office Hours*:** | -  Monday & Wednesday 9:00-10:00 a.m. in G 221G |
| | -  Tuesday & Thursday 10:00-11:30 a.m. in G 221 G |
| | -  *Also available by appointment |
| **Course Days/Times:** | Course delivered online via D2L: http://www.lonestar.edu/lsc-online/ |
| **Section:** | ENGL 2333.4001 |
| **Course Term:** | Spring 2016  //  January 19 – May 15, 2016 |

**Course Description:**

**English 2333 -  Survey of World Literature: Seventeenth Century through the Present**

A survey of world literature from the seventeenth century to the present. Students will study works of prose, poetry, drama, and fiction in relation to their historical and cultural contexts. Texts will be selected from a diverse group of authors and traditions. (1601045213) Prerequisites: ENGL 1301 and 1302.

**Credit**
3 hours

**Prerequisites**
Placement by testing or completion of ENGL 0307 or 0356 or 0356 and ENGL 0305

**The Vocational Rehabilitation Act (1973)**
**The Americans with Disabilities Act (1990)**
These acts protect us against discrimination.  Therefore, if you require reasonable accommodations because of a physical, mental, or learning disability, notify the instructor of this course as soon as possible and preferably before the 7th hour of class.

Additionally, students with disabilities who believe that they need accommodations in this course are encouraged to contact the Disability Services Office at 936-273-7239 located in Building E, Office 103H, as soon as possible to better ensure that such accommodations are implemented in a timely fashion.

*EEOC Statement: LSC-Montgomery is committed to the principle of equal opportunity in education and employment. The college does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, national origin, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, or other college administered programs and activities.*

## Learning Outcomes

Upon successful completion of this course, students will:

- Identify key ideas, representative authors and works, significant historical or cultural events, and characteristic perspectives or attitudes expressed in the literature of different periods or regions.

- Analyze literary works as expressions of individual or communal values within the social, political, cultural, or religious contexts of different literary periods.

- Demonstrate knowledge of the development of characteristic forms or styles of expression during different historical periods or in different regions.

- Articulate the aesthetic principles that guide the scope and variety of works in the arts and humanities.

- Write research-based critical papers about the assigned readings in clear and grammatically correct prose, using various critical approaches to literature.

---

**Three Required Textbooks – Volume D, E, and F:**

The Norton Anthology of World Literature, Volume D, Volume E, and Volume F, 3rd Edition, 2012
Puchner, General Editor, W.W. Norton & Company, Incorporated
ISBN-13: 978-0393933666  ISBN-10: 0393933660

Textbooks can be purchased, or rented, at our campus bookstore:  https://www.bkstr.com/Home/10001-10573-1?demoKey=d

Textbooks can also be purchased, or rented, from online vendors.
Ex: http://www.amazon.com/Norton-Anthology-Literature-Edition-Package/dp/0393933660/ref=sr_1_5?ie=UTF8&qid=1358002189&sr=8-5&keywords=the+norton+anthology+of+world+literature%2C+d%2C+e%2C+f

---

### Required Supplies:
- Daily access to a computer with high speed Internet access and recent versions of MS Word, MS PowerPoint, and Internet Explorer.

---

| Part 1 of General Information to help YOU | System Information |
|---|---|

### The System Academic Integrity Policy
The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners—students, faculty, staff, and administrators—will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:

1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.          (*LSCS Catalog 2014-2015*, 81)

Myers  3

## Dr. Myers's Academic Integrity Policy:

**The consequences for plagiarizing** *(plagiarism is using the words or ideas of another person as if they were your own words or ideas)* **in Dr. Myers's class are as follows:**

**- *Assignments worth less than 50 points:***
Students who plagiarize any portion of an assignment worth less than 50 points will earn a ZERO on the plagiarized assignment.  A revision opportunity will NOT be provided.

**- *Exams worth 50 points or more:***
Students who plagiarize any portion of their exam responses will earn a ZERO on the exam. A revision opportunity will NOT be provided.

**- *Essays worth 100 points:***
If the plagiarized assignment is an essay worth 100 points, the student will get an opportunity to revise the essay and earn up to half credit on the assignment.  For example, a student could earn up to 50% ("F") on an essay worth 100% ("A").  Deadlines for the revision process will be determined by Dr. Myers.

Submitting an essay written for another class (without permission) is deliberate academic dishonesty.  Every assignment submitted in this class should be 100% new and original unless permission is granted in advance from Dr. Myers.

### The Vocational Rehabilitation Act (1973)

And

### The Americans with Disabilities Act (1990)

These acts protect us against discrimination.  Therefore, if you require reasonable accommodations because of a physical, mental, or learning disability, notify the instructor of this course as soon as possible and preferably before the 7th hour of class.

Additionally, students with disabilities at Montgomery College who believe that they need accommodations in this course are encouraged to contact in the Disability Services Office at 936-273-7239, located in Building C, in room 221 A as soon as possible to better ensure that such accommodations are implemented in a timely fashion.  Vicky Saunders is the primary contact person there.  E-mail her at Vicky.Saunders@lonestar.edu.

### Grade Assessment

The *LSCS Catalog 2014-2015* states on page 71 that "Course outcomes are provided in the faculty member's course syllabus to students at the beginning of each course.  The evaluation of student course progress and the final grade are based on the degree of mastery of course outcomes."

Grade analysis for ENGL 1301 courses for Spring 2016 for LSC-Montgomery:

| | | |
|---|---|---|
| A | Excellent Performance | 90 – 100 |
| B | Good Performance | 80 – 89 |
| C | Acceptable Performance | 70 – 79 |
| D | | 60 – 69 |
| F | | 0 – 59 |

### Evaluations

Class evaluations will be available for students to complete through their student portals online for several weeks after mid-semester.  The evaluation is part multiple choice and part comment.  Instructors will not see these evaluations until after they turn in grades at the end of the semester

| Part 2 of General Information to help YOU | Montgomery Campus Information |
|---|---|

### Equal Opportunity Statement

Montgomery College is committed to the principle of equal opportunity in education and employment. The college does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, or other college administered programs and activities.

### Counselors

Angela Martin, counselor for Building G in room 120 G, Angela.Martin@lonestar.edu , 936-273-7070.
This counselor can help you with academic and career advising or if you just want someone to talk to. Visit or call her or one of the other six campus counselors for advice and/or help with college or personal matters.

### Turnitin.com
Turnitin.com supports faculty in their quest to uphold academic integrity, and student coursework may be submitted to the scrutiny of the Turnitin software. Please, note that these submissions of assignments to Turnitin do not constitute an accusation or suspicion of plagiarism on the student's part.

### Tutoring at The Write Place and the language lab
The Write Place and the language lab can help you with studying practices as well as specific learning issues you may encounter in specific subjects. Also, you are able to receive one-on-one help with any part of the reading and writing processes from trained and friendly tutors. You can visit The Write Place on the first floor of the G building, room 103 or contact this lab at 936- 273-7055or at http://www.lonestar.edu/write-place.htm. Nathan Zingleman is the coordinator for The Write Place.

### Computer Access
You have access to computers with educational software in the library (F building), in the Extended Learning Center (ELC) on the second floor of Building C, and in The Write Place and hallways in G building. This campus is a wireless campus, meaning that if you have wireless technology on your computer, you can access the internet anywhere on campus. In the library and ELC, you can print documents paying 10 cents per page by using a card you can buy or by using your Lone Star Identification card.

### Library
With your free library number that you get with your student ID card, you may access books, journals, videos, and other materials from a wide selection of libraries. You may request materials from other libraries and pick them up at the Montgomery Campus library on the first floor of Building F. You may, also, work online through the library databases to access academic information for research you will do in your classes.

The library is a study-oriented quiet place where you may study alone or in a small study room with peers.

### Veterans Services:
To get information about Veteran services, see Terrance Hudson in C Building, office C221-B; call him at 936-273-7242; or e-mail him at Terrance.J.Hudson@lonestar.edu.

### Child Care
To get information about childcare, see Kasey Martinez in Building C. Ask for her at the Admissions Desk, call her at 936-273-7452, or e-mail her at Kasey.L.Martinez@lonestar.edu .

### Transfer and Career Services
These two services are part of the TRAC Center (Transfer, Recruitment, and Careers), which is located in Building C in room 227 E. Contact the Center at 936-271-6218 or www.LoneStar.edu/trac .

| Part 3 of General Information to help YOU | This Class Information |
| --- | --- |

### Attendance Policy and Dropping the Course
- Active participation in the course from the very first week of class is integral to your success in this online course. I will assess your participation prior to the "Official Day" (Monday, February 1, 2016) via the Discussions. *If you do not post on BOTH the Week # 1 and Week # 2 Discussions by their respective due dates, (see course calendar) I may drop you from the class for non-attendance.*

- After Monday, February 1, 2016, I will continue to assess your attendance on the Discussions. If you do not post on two consecutive, or non-consecutive, weekly discussions, I may drop you from the course for non-attendance.

- If you wish to drop the class after Monday, February 1, 2016, but you are out-of-town and you cannot visit the campus to fill-out the drop paperwork, please email me and formally request to be dropped from the course. In the email, be sure to identify your name, your section, and the reason that you wish to drop the course.

- *The last day to drop and receive a "W" (Withdraw) is* Monday, April 11, 2016. After that date, the course cannot be dropped under any circumstances.

- Please note that dropping the class, and / or earning a grade of "F" in the class, could negatively affect your financial aid status and standing in the college.

**Make-Up Work / Late Work:**
- Internet courses provide students with the flexibility to complete assignments on their own time, but students must understand that several assignments are due each week and due dates are firm.

- Further, technical problems are not a valid excuse for missing or tardy work. Students should attempt to submit their work 24-48 hours before it is due to avoid delays due to unexpected technical problems.

- In sum, LATE WORK WILL NOT BE ACCEPTED.

- The only exception to this rule are major essays worth 100 points or more. Essays will be accepted late with a 10% per week day (Monday-Friday) penalty per day late. After 10 week days (Monday-Friday), students will be given a zero on the major essay assignment. The last day a late essay will be accepted is the Monday PRIOR to finals week.

**Double-Checking that the Correct Assignments are Submitted to the Drop-Boxes:**
- Students should double-check all work submitted to a drop-box to ensure that the correct version of the assignment was submitted to the drop-box.

- The instructor will grade whatever version of the assignment was submitted. For example, if a rough draft was required, but an outline was submitted, the student will earn a zero on the rough draft assignment. Again, it is the student's responsibility to ensure that the correct version of the assignment was submitted.

- If a student realizes that he or she has submitted the wrong version of an assignment, he or she should email the instructor the correct version of the assignment within 1 hour of the due date.

**Instructor Meetings and Instructor Response Time:**
- As questions arise, I encourage students to visit me during office hours, or by appointment. My office hours are listed on the first page of the syllabus.

- If you cannot make arrangements to visit me on-campus, we can make an appointment to talk on the phone, or live chat via D2L.

- Generally, I will respond to emails within 24 hours during the weekdays; I will respond to emails within 48 hours on a weekend.

- Most short assignments will be graded and returned within one week. Long essays will be graded and returned within two-to-three weeks.

**Proper Format for Emailing the Instructor:**
- Please be sure to identify your name, class name, and class section in the "SUBJECT" line of your email. For example:  SUBJECT:  Janie Jones,   ENGL 1301.4035,   Essay # 2 Question

- Also, please remember that emails are not text messages! Your email should include: 1) A subject, 2) A greeting, 3) A detailed explanation of your question or comments, and 4) a polite closing.

- If you send me impolite, text-like emails, I will ask you to resend your email in the format listed above. So, please use the format listed above as required. An example is provided below.

**Example email message:**

| | |
|---|---|
| To: | Lana Myers |
| From: | Janie Jones |
| Subject: | Janie Jones,  ENGL 1301.4035,  Essay # 2 Question |
| Dear Professor Myers, | |

> I have a question about Essay # 2.   Your instructions note that three pages are required.  Is a minimum word count required as well?
>
> Thank you for your time!
>
> Janie Jones

**Assignment Due Dates:**
- Typically, weekly assignments are due by <u>Monday at 11:59 p.m.</u>, but there are a few exceptions to this rule. Please refer to the syllabus and the weekly "Message from Dr. Myers" in D2L to review any updates or changes.

- Students will be required to post their initial message on weekly Discussion Forums by <u>Thursday at 11:59 p.m.</u> Students who do not post their initial message by Thursday at 11:59 p.m. will earn zero credit, or reduced credit, for that week's Discussion Forum.

**MLA Format for Assignments Submitted in this class:**
- Assignments submitted in this class must follow the MLA format provided below.
- If assignment are not submitted in the correct format, the student may receive reduced credit or ZERO credit.

    o Double-space the text on all assignments
    o Assignments should have a one inch margin - all around
    o Use Times New Roman - regular (not bold) 12 point font
    o Assignments should have centered titles.  For essays, develop a creative, original title.  (Ex. NOT "Essay #1")
    o Do not add extra lines between paragraphs
    o RIGHT HEADER: Number all pages on the top, right of each page with your last name and the page number (Ex. Gonzalez 2).
    o LEFT HEADER: Header on the top, left of page should include (double spaced): student name, instructor name, class name, and date.
    o The left header should be on the first page of the essay only.
    o Write in the present tense (except when referring to specific historical details)
    o Write in the third person point of view (avoid first/second person use of:  "I," "me," "we," "us," "you," "your," etc.)

**Assignment Format Example – MLA Style:**

> *1'' margins all around*
>
> Student Name                                         Student's Last Name  1
>
> Instructor Name
>
> ENGL 2333.section number
>
>  Date
>
>                    Center the Title of the Assignment – Capitalize Important Words
>
>           Indent each paragraph 5 spaces  xxxxxxx xx xx xxx xxx xxxxxxxxxxxx xxx x x xx x  xxxxxx
>
> Use Times 12 font  xxxxx xx xxxxxx x xxxx xx x xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxx x
>
> xx xxx xxxxxxxxxxxxx xxx x xx x xxxxxxxxxxxxxxxxx xx xxx xxxxxxxxxxxx x xxxxxxxxxxxxxx
>
> x xxx x xxx x x xxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxx xx xxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxx xx

**Changes to Assignment Schedule and Course Policies:**
The instructor reserves the right to update the course policies, assignments, and schedule at any time. Changes may be made throughout

Myers  7

the semester.  It is the student's responsibility to keep up with changes as they are announced.

**Additional Contacts:**
Discuss any course questions or concerns you have with your instructor as they arise.  The instructor's contact information is listed on the first page of the syllabus.

- **LSC-Montgomery, BELS Division, English Department Chair:**
  - Beverley Turner, Chair of English and Developmental English, Beverley.C.Turner@lonestar.edu

- **LSC-Montgomery, BELS Division, Counselor:**
  - Angela Martin, Angela.R.Martin@lonestar.edu

- **LSC-Montgomery, BELS Division, Deans:**
  - Dr. Brandy Harvey, Brandy.A.Harvey@lonestar.edu

| This Course's Core Foundational Component Areas | |
|---|---|
| **Critical Thinking Skills:**<br>Creative thinking<br>Innovation<br>Inquiry<br>Analysis, evaluation, and synthesis of information | **Communication Skills:**<br>Effective written, oral, and visual communication |

**Grading Scale:**
- The evaluation of a student's course progress and final grade is based upon the degree of mastery and of course outcomes. The grade breakdown for this class is as follows:

| ASSIGNMENT | POINTS | PERCENTAGE VALUE |
|---|---|---|
| Discussion Forum Postings<br>(15 Forums x 10 points each = 150 points) | 150 points | 15% |
| Reader Responses  - 1 ½ pages, 450 words each<br>(15 Responses x 10 points each = 150  points) | 150 points | 15% |
| Midterm Exam (Covering Week 1-7 Readings and Materials) | 150 points | 15% |
| Final Exam   (Covering Week 8-15 Readings and Materials) | 150 points | 15% |
| Essay 1 – three pages, 900 words, documented research required | 100 points | 10% |
| Essay 2 – five pages, 1,500 words, documented research required | 100 points | 10% |
| Essay 1 and 2 Pre-Writing and Post-Writing Assignments<br>(Reflections, outlines, drafts, peer review, annotated bibliographies, research notes, and revision assignments) | 100 points | 10% |
| Unannounced Quizzes<br>(6 Quizzes x 10 points each / lowest 1 quiz grade will be dropped) | 50 points | 5% |
| Development of Images / Presentations  (3 Images x 15-20 points each = 50 points) | 50 points | 5% |
| Extra Credit – Assignments TBA | Up to 10 points | 1% Extra Credit |
| TOTAL | 1,000 points | 100% |

Myers  8

| Grading Scale: | | |
|---|---|---|
| 90-100% | (900-1,000 points) | A |
| 80-89% | (800-899 points) | B |
| 70-79% | (700-799 points) | C |
| 60-69% | (600-699 points) | D (Course may not apply towards degree requirements or transfer to universities) |
| 0-59% | (599  or lower) | F (Failure) |

**Course Calendar** *(Due dates, activities, and assignments may be adjusted at the instructor's discretion)*

## Spring 2016 – ENGL 2333 Online

| | |
|---|---|
| **Week 1**<br>Tuesday, Jan. 19 –<br>Monday, Jan. 25 | *Spring 2016 Classes Begin Tuesday, January 19, 2016*<br><br>*Week # 1 assignments due: by Monday, January 25, 2016 by 11:59 p.m.*<br><br>**ASSIGNMENTS**<br>1.  Purchase, or rent, textbooks.  See page 2 of the syllabus for textbook information.<br>2.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday, Aug. 31 at 11:59 p.m. (10 pts)<br>3.  Reader Response due by Monday, Aug. 31  at 11:59 p.m. (10 pts)<br>4.  Syllabus Quiz due by Monday Aug. 31  at 11:59 p.m. (10 points)<br><br>**READINGS**<br>1.  *The Enlightenment in Europe and the Americas* p. 91-99 (Volume D)<br>2.  *What is Enlightenment?* p. 101-104 (Volume D)<br>3.  *What is Enlightenment?* by Kant p. 105-109 (Volume D)<br>4.  *The Discourse on Method* by Descartes p. 110-113 (Volume D)<br>5.  TBA - Additional readings / literary criticisms posted online |
| **Week 2**<br>Tuesday, Jan. 26 –<br>Monday, Feb. 1 | *Monday, February 1, 2016 – Official Day*<br><br>**ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 1 Reflection Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1.  From *A Vindication of the Rights of Woman*  by Wollstonecraft p. 133-136 (Volume D)<br>2.  *Tartuffe* by Moliere p. 141-197 (Volume D)<br>3.  TBA - Additional readings / literary criticisms posted online |
| **Week 3**<br>Tuesday, Feb. 2 –<br>Monday, Feb. 8 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 1 Outline Due by Monday at 11:59 p.m. (10 pts) |

| | |
|---|---|
| | **READINGS**<br>1.  *A Modest Proposal* by Swift p. 265-269 and p. 315-320 (Volume D)<br>2.  *An Essay on Man* by Pope p. 321-325 and p. 344-351 (Volume D)<br>3.  TBA - Additional readings / literary criticisms posted online |
| **Week 4**<br>Tuesday, Feb. 9 –<br>Monday, Feb. 15 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Image / Presentation # 1 due by Monday at 11:59 p.m. (15 points)<br>**4.**  Essay # 1 Research Notes Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1.  *Early Modern Chinese Vernacular Literature* p. 415 – 420 (Volume D)<br>2.  The Story of the Stone by Cao Xueqin p. 517-521 and p. 521-583 (Volume D)<br>3.  TBA - Additional readings / literary criticisms posted online |
| **Week 5**<br>Tuesday, Feb. 16 –<br>Monday, Feb. 22 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 1 Draft (One page) Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1.  *Preface* p. xiii – xxi (Volume E)<br>2.  *An Age of Revolutions in Europe and the Americas* p. 3-15 (Volume E)<br>3.  *Revolutionary Contexts* p. 17 (Volume E)<br>4.  *U.S. Declaration of Independence* by Jefferson p. 18-21 (Volume E)<br>5.  *The Prelude by Wordsworth* p. 40-43 (Volume E)<br>6.  TBA - Additional readings / literary criticisms posted online |
| **Week 6**<br>Tuesday, Feb. 23 –<br>Monday, Feb. 29 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 1 Final Version due by Monday at 11:59 p.m. (100 points)<br><br>**READINGS**<br>1.  *Narrative of the Life of Frederick Douglass, An American Slave* by Douglass p. 231-291 (Volume E)<br>2.  TBA - Additional readings / literary criticisms posted online |
| **Week 7**<br>Tuesday, March 1 –<br>Monday, March 7 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Midterm Exam over Week 1-7 Readings due by Monday  at 11:59 p.m. (150 pts)<br><br>**READINGS**<br>**1.**  *Bartleby the Scrivener* by Melville p. 293-310 (Volume E)<br>2.  *Romantic Poets and Their Successors* p. 322-325 (Volume E)<br>3.  From *Songs of Innocence, The Lamb, The Little Black Boy, Holy Thursday, The Chimney Sweeper*, and from *Songs of Experience* by Blake p. 330-338 (Volume E)<br>4.  TBA - Additional readings / literary criticisms posted online |
| **Week 8** | |

| Tuesday, March 8 – Monday, March 14 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Reflection Due by Monday at 11:59 p.m. (10 pts)<br>4. Image / Presentation # 2 due by Monday at 11:59 p.m. (15 points)<br><br>**READINGS**<br>1. *Lines Composed a Few Miles Above Tintern Abbey, Composed Upon Westminister Bridge,* and *The World is too Much With Us* by Wordsworth p. 345-348,  p. 351-354, and p. 359 (Volume E)<br>2. *The Rime of the Ancient Mariner by* Coleridge p. 363-379 (Volume E)<br>3. TBA - Additional readings / literary criticisms posted online |
|---|---|
| | **Spring Break March 14 – 18, 2016** |
| **Week 9**<br>Tuesday, March 22 – Monday, March 28 | ***Friday, March 25 – Spring Holiday – College Closed***<br><br>**ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Outline Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. From *Song of Myself , When Lilacs Last in the Dooryard Bloom'd,* and *O Captain!  My Captain!* by Whitman p. 446-453 and p. 458-465 (Volume E)<br>2. Various Poems by Dickinson P. 480-490 (Volume E)<br>3. *After Death, Winter: My Secret,* and *Goblin Market* by Rossetti p. 490-504 (Volume E)<br>4. TBA - Additional readings / literary criticisms posted online |
| **Week 10**<br>Tuesday, March 29 – Monday, April 4 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Research Notes Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. *At the Crossroads of Empire: Vietnam, India, and China* p. 537-546 (Volume E)<br>2. *Married Life* and *Legal Rights* by Ramabai p. 611-623 (Volume E)<br>3. *Realism Across the Globe* p. 625-630 (Volume E)<br>4. *Hedda Gabler* by Ibsen p. 778-838 (Volume E)<br>5. TBA - Additional readings / literary criticisms posted online |
| **Week 11**<br>Tuesday, April 5 – Monday, April 11 | ***Monday, April 11, 2016 – Last day to drop and receive a "W" (withdraw)***<br><br>**ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Revision due by Monday at 11:59 p.m. (10 points)<br>4. Essay # 2 Annotated Bibliography Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS** |

| | |
|---|---|
| | 1. *Preface* p. xv-xxiii (Volume F) <br> 2. *Modernity and Modernism* p. 3-13 (Volume F) <br> 3. *The Tattooer* by Jun'Ichiro p. 78-84 (Volume F) <br> 4. *The Metamorphosis* by Kafka p. 207-241 (Volume F) <br> 5. TBA - Additional readings / literary criticisms posted online |
| **Week 12** <br> Tuesday, April 12 – <br> Monday, April 18 | **ASSIGNMENTS** <br> 1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts) <br> 2. Reader Response due by Monday at 11:59 p.m. (10 pts) <br> 3. Essay # 2 Draft (one page) Due by Monday at 11:59 p.m. (10 pts) <br> 4. Image / Presentation # 3 due by Monday at 11:59 p.m. (20 points) <br><br> **READINGS** <br> 1. *Six Characters in Search of an Author* by Pirandello p. 260-303 (Volume F) <br> 2. *Barn Burning* by Faulkner p. 371-387 (Volume F) <br> 3. TBA - Additional readings / literary criticisms posted online |
| **Week 13** <br> Tuesday, April 19 – <br> Monday, April 25 | **ASSIGNMENTS** <br> 1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts) <br> 2. Reader Response due by Monday at 11:59 p.m. (10 pts) <br><br> **READINGS** <br> 1. *The Dead* by Joyce p. 174-207 (Volume F) <br> 2. *The Love Song of J. Alfred Prufrock* by Eliot p. 537-544 (Volume F) <br> 3. *Tonight I can Write…, Walking Around,* and *I'm Explaining a Few Things* by Neruda 583-589 (Volume F) <br> 4. TBA - Additional readings / literary criticisms posted online |
| **Week 14** <br> Tuesday, April 26 – <br> Monday, May 2 | **ASSIGNMENTS** <br> 1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts) <br> 2. Reader Response due by Monday at 11:59 p.m. (10 pts) <br> 3. Essay # 2 Final Version due by Monday at 11:59 p.m. (100 pts) <br><br> **READINGS** <br> 1. *Postwar and Postcolonial Literature* p. 671-675 (Volume F) <br> 2. *Notes of a Native Son* by Baldwin *p. 735-751* (Volume F) <br> 3. *Endgame* by Beckett *p. 763-795* (Volume F) <br> 4. TBA - Additional readings / literary criticisms posted online |
| **Week 15** <br> Tuesday, May 3 – <br> Monday, May 9 | **ASSIGNMENTS** <br> 1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts) <br> 2. Reader Response due by Monday at 11:59 p.m. (10 pts) <br><br> **READINGS** <br> 1. *Death Constant Beyond Love* by Marquez p. 986-993 (Volume F) <br> 2. *Recitatif* by Morrison p. 1172-1187 (Volume F) <br> 3. *Drown* by Diaz p. 1240-1249 (Volume F) <br> 4. TBA - Additional readings / literary criticisms posted online |
| **Week 16** <br> Final Exam due by: <br> <u>Tuesday, May 10</u> | **FINAL EXAM WEEK** |

Myers  12

| | **ASSIGNMENT** |
|---|---|
| | 1.  Final Exam over Week 8-15 Readings due by <u>Tuesday, May 10<sup>th</sup> at 11:59 p.m.</u>  (150 points) |

# Exhibit C

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Tuesday, January 12, 2016 3:55 PM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina; Lue King, Kristin A |
| **Subject:** | Returning your call |

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

1

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Wednesday, January 13, 2016 11:11 AM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina; Lue King, Kristin A |
| **Subject:** | RE: Returning your call |
| **Attachments:** | MM_1-13-16_AccomLtr.pdf |

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
  - Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

1

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

2



# Disability Services Classroom Accommodations

**Date:** *1/13/2016*          **Semester:** *SPRING*          **Calendar Year:** *Fall 2015 to Summer 2016*

***STUDENT INFORMATION:***
Student ID  7326786          **First Name:** *Michael*          **Last Name:** *Moates*

The above named student is enrolled in your course. She/he has been identified as a student with a disability who qualifies for support services as outlined in the federal guidelines of: Section 504 of the Rehabilitation Act of 1973; The Americans with Disabilities Act of 1990; and the ADAA of 2009. This student's disability will require some accommodation(s). The accommodation(s) is to help the student compensate for his/her disability, not to provide an unfair advantage or change course requirements. The accommodation(s) that will be needed are listed below:

**Disability Services Representative:**     *Kristin Lue King*

**Phone:**  *832-813-6633*          **E-mail:**          *Kristin.A.LueKing@lonestar.edu*

## *ACCOMMODATIONS - Assessment*

- No penalty for spelling errors  (Exception: Where such skills are factors that the assessment purports to measure)
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus)
- Use of digital or human reader for exams

- Use of supplementary aid on exams and quizzes - standard English dictionary.  (Exception:  Where such skills are factors that the assessment purports to measure)
-
-

## *ACCOMMODATIONS - Assistive Technolo*

- Speech to text software
-
-
-
-

LSC - OCR 000059

*ACCOMMODATIONS - Classroom Instruction*

- 
- 

*ACCOMMODATIONS - Classroom Environment*

- 

*ACCOMMODATIONS - Interpreting and Captioning*

- 

*ACCOMMODATIONS - Other*

- Additional accommodation:

*Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.*

Students should request alternative formatting for textbooks (including audio books) from the Assistive Technology Lab. However, the instructor may be responsible for providing enlarged print/additional printed material (i.e. PowerPoint presentations, handouts). Students should consult with instructor regarding specific needs. You and the student should meet to discuss the course requirements and accommodation(s). Should any revisions need to be made, please contact the named counselor listed above. These services commence from the time the student submits the form to the instructor. They are not retroactive.
Instructor, please review, sign and date this form and return to the counselor indicated below:

**Authorized Rep/Room:** *Kristin Lue King - System Office, The Woodlands*

For a list of additional Faculty Resources, please use the following website link:
 http://www.lonestar.edu/faculty-resources-disability.htm

| Student | Date |
|---|---|
| Instructor | Date |
| Authorized By: | Date |

LSC - OCR 000060

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Thursday, January 14, 2016 1:24 PM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina |
| **Subject:** | RE: Returning your call |

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm. Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later. I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm. Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester. If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
  - Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

1

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates --

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

LSC - OCR 000062

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Saturday, January 16, 2016 4:31 AM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm.  Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later.  I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm.  Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester.  If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

1

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
o Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW

LSC - OCR 000064

**Executive Director, Expanded Learning**
**Lone Star College**
**5000 Research Forest**
**The Woodlands, TX 77381**
**Desk Phone: 832-813-6633**

LSC - OCR 000065

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Monday, January 18, 2016 2:10 PM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

Michael Moates

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 10:29 AM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations
- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)
- Discuss your requests below
- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,
Kristin Lue King
Executive Director, Expanded Learning
Lone Star College

Kristin A. Lue King, MSW
Executive Director, Expanded Learning

1

Lone Star College
Desk Phone: 832-813-6633

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Saturday, January 16, 2016 4:30 AM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael --

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm.  Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later.  I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm.  Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester.  If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael --

LSC - OCR 000067

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
- Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning

3

LSC - OCR 000068

**Lone Star College**
**5000 Research Forest**
**The Woodlands, TX 77381**
**Desk Phone: 832-813-6633**

4

LSC - OCR 000069

## Dassey, Valentina

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 7:07 AM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Are you still open at 11 AM?

Thanks,

Michael

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 7:02 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

I apologize for the late response.  Lone Star College was actually closed today, due to the holiday, and I am not in the office.

I will be at the LSC-UP building tomorrow and at System Office on Wednesday. I can be available on either date to talk with you and finalize the accommodation letter.

If the times below do not work for tomorrow, perhaps we can find a time on Wednesday. Is there a time on either day you would like to suggest?

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

---

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Monday, January 18, 2016 2:10 PM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

1

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 10:29 AM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations
- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)
- Discuss your requests below
- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,
Kristin Lue King
Executive Director, Expanded Learning
Lone Star College


Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

---

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Saturday, January 16, 2016 4:30 AM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple

2

choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm. Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later. I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm. Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester. If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.

LSC - OCR 000072

- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
- o Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document.  Please let me know your thoughts when talk again tomorrow.  I will call you for our follow up discussion tomorrow at 1:00 pm at this number:  817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

LSC - OCR 000073

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 7:51 AM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: Returning your call |

Yes ma'am.

Thank you.

On Jan 19, 2016, at 7:46 AM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

Yes. Shall I call you at the same number?
Regards,
Kristin Lue King

Sent from my iPhone

On Jan 19, 2016, at 7:07 AM, Michael Moates <MMOATES@my.lonestar.edu> wrote:

Are you still open at 11 AM?


Thanks,


Michael



From: Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
Sent: Monday, January 18, 2016 7:02 PM
To: Michael Moates
Cc: Dassey, Valentina
Subject: Re: Returning your call


Hi, Michael -


I apologize for the late response.  Lone Star College was actually closed today,
due to the holiday, and I am not in the office.

1

LSC - OCR 000074

I will be at the LSC-UP building tomorrow and at System Office on Wednesday. I can be available on either date to talk with you and finalize the accommodation letter.

If the times below do not work for tomorrow, perhaps we can find a time on Wednesday. Is there a time on either day you would like to suggest?

Thank you,

Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Monday, January 18, 2016 2:10 PM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

Michael Moates

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 10:29 AM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

2

LSC - OCR 000075

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations

- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)

- Discuss your requests below

- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,

Kristin Lue King

Executive Director, Expanded Learning

Lone Star College

Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

3

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Saturday, January 16, 2016 4:30 AM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Kristin,


I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?


Respectfully,


Michael Moates


---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm.  Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later.  I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm.  Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester.  If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning

4

LSC - OCR 000077

Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester.  I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
- Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document.  Please let me know your thoughts when talk again tomorrow.  I will call you for our follow up discussion tomorrow at 1:00 pm at this number:  817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM

LSC - OCR 000078

**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

LSC - OCR 000079

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 4:21 PM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: accommodation update |

Do you mind adding the grammar and sentence structure back on there? Thank your for your help today you have been fabulous both you and Iris.

Respectfully,

Michael Moates

Sent from my iPhone

On Jan 19, 2016, at 4:02 PM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

Good Afternoon, Michael —

As we discussed, I am sharing the accommodation letter that we revised today and I am copying Ms. Dassey and Ms. Hansen to help us all remain updated.

Once you have reviewed this letter, please send me a copy of this same letter that you have added your signature or digital signature to.

During our conversation today, we also discussed the items below:

- Once you added your signature, you can share the updated accommodation letter with your instructors. Please copy Iris on those e-mails, so that she can remain aware of who has been contacted and be prepared to assist with those instructors.
- Moving forward, Iris will be your primary / first point of contact about accommodations and concerns about your classes. I am also available to discuss concerns with both you and Iris, as needed.
- Arrangements for testing accommodations should be made as early as possible. One idea we discussed: for you to invite instructors to talk with you and Iris via conference call. During this call you would all work together to determine how accommodations will happen during testing situations.
- We are aware that you may have an opportunity to provide updated documentation and request changes or adjustments to your accommodations prior to the end of this semester. Iris will work with you to handle this process, and can assist in updating instructors, if needed.

To simplify having your questions and concerns addressed, please contact Iris with any questions or concerns you have about your classes. Either Iris or I can call the college instructors or management directly to explore solutions, and then Iris can keep you updated about progress in resolving them.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College

1

**5000 Research Forest**
**The Woodlands, TX 77381**
**Desk Phone: 832-813-6633**

&lt;Moates_AccdLtr_Rev1-2016.pdf&gt;

LSC - OCR 000081

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 4:22 PM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: accommodation update |

Never mind I'm sorry I saw you moved it.

I'll sign and return.

Thanks

Sent from my iPhone

On Jan 19, 2016, at 4:02 PM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

> Good Afternoon, Michael –
>
> As we discussed, I am sharing the accommodation letter that we revised today and I am copying Ms.
> Dassey and Ms. Hansen to help us all remain updated.
>
> Once you have reviewed this letter, please send me a copy of this same letter that you have added your
> signature or digital signature to.
>
> During our conversation today, we also discussed the items below:
>
> - Once you added your signature, you can share the updated accommodation letter with your
>   instructors. Please copy Iris on those e-mails, so that she can remain aware of who has been
>   contacted and be prepared to assist with those instructors.
> - Moving forward, Iris will be your primary / first point of contact about accommodations and
>   concerns about your classes. I am also available to discuss concerns with both you and Iris, as
>   needed.
> - Arrangements for testing accommodations should be made as early as possible. One idea we
>   discussed: for you to invite instructors to talk with you and Iris via conference call. During this
>   call you would all work together to determine how accommodations will happen during testing
>   situations.
> - We are aware that you may have an opportunity to provide updated documentation and
>   request changes or adjustments to your accommodations prior to the end of this semester. Iris
>   will work with you to handle this process, and can assist in updating instructors, if needed.
>
> To simplify having your questions and concerns addressed, please contact Iris with any questions or
> concerns you have about your classes.  Either Iris or I can call the college instructors or management
> directly to explore solutions, and then Iris can keep you updated about progress in resolving them.
>
> Thank you,
> Kristin A. Lue King, MSW
> Executive Director, Expanded Learning
> Lone Star College
> 5000 Research Forest

1

The Woodlands, TX 77381
Desk Phone: 832-813-6633

<Moates_AccdLtr_Rev1-2016.pdf>

LSC - OCR 000083