# Exhibit B

# Current Applicable Policy

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

### VI.D.11. Students with Disability Rights

#### VI.D.11.01. Policy
The College recognizes and supports the principles set forth in federal and state laws designed to eliminate discrimination against qualified individuals with disabilities. The College believes in equal access to educational opportunities for all individuals. The College is committed to making reasonable accommodations, including furnishing auxiliary aids and services, for qualified individuals with disabilities as required by law. For purposes of this policy section, accommodation requests also mean requests for auxiliary aids and services.

The College shall communicate and make available the procedures for the prompt and equitable implementation of reasonable accommodations for qualified individuals.

#### VI.D.11.02. Student Responsibility to Request Accommodation
Students with disabilities have the right to an equal opportunity to participate in and benefit from College services, programs, facilities or activities. Students are responsible for identifying themselves as individuals requesting accommodation based on a qualifying disability each semester. Students shall direct accommodation requests to one of the College's Disability Services Offices. While the College accepts accommodation requests throughout each semester, students are strongly urged to submit accommodation requests at least four weeks before each semester starts. The College has a two-step process to reasonably accommodate students with qualifying disabilities. Students must actively participate in this process. The two steps are (a) certifying the student's qualifying disability and (b) determining the student's reasonable accommodation.

Students certified as having a qualifying disability are eligible for accommodation and will engage in a collaborative process with the Disability Services Office to determine their reasonable accommodation. An accommodation will not be considered reasonable if it fundamentally alters the nature of a service, program, facility, or activity of the College. The College is not required to lower or substantially modify program standards or codes of conduct. Students using their accommodation shall notify the applicable instructors of the accommodation once determined. Students receiving accommodation shall be evaluated based on their ability, not disability.

#### VI.D.11.03. Requests for Reconsideration or Revision of Accommodations and Discrimination Complaints

**(a) Reconsideration or Revision of Accommodations.** Students may appeal denied accommodations or College-proposed accommodations. Students may also request accommodation revision during the semester. Each Disability Services Office evaluates appeal and revision requests for its college campus. Students should appeal accommodation denials or College-proposed accommodations within two weeks. Students requiring accommodation revision anytime during the semester should submit a request as soon as

LSC - OCR 000012

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

possible. Students may appeal Disability Services Office decisions to the Executive Director of Disability Services. Students may also file a complaint at any time with the regional Office of Civil Rights at the U.S. Department of Education or through the civil court system.

**(b) Discrimination Complaints.** Students who believe they are unlawfully discriminated against on the basis of disability are encouraged to report the incident to the Disability Services Office and or in the manner described in Section VI.D.12 (Student Civil Rights Complaints). Students may also file a complaint at any time with the regional Office of Civil Rights at the U.S. Department of Education or through the civil court system.

**(c) Prohibition of Retaliation or Coercion.** No College community member shall discriminate against any individual because that individual has opposed any act or practice made unlawful by the applicable laws, or because that individual submitted a complaint or charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under any applicable law or this policy.

No College community member shall coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by any applicable law.

**VI.D.11.04. Responsible Employee Designation**
The College designates the Executive Director of Disability Services as the employee responsible for coordinating the College's efforts to comply with and carry out its responsibilities under applicable disability laws, including investigations of complaints communicated to the College alleging its noncompliance and/or any actions prohibited by applicable laws. The College shall further designate at least one employee at each campus to assist the Executive Director of Disability Services in carrying out the College's responsibilities. The College shall make available to all interested individuals the names, office addresses, and telephone numbers of the employees designated.

**VI.D.11.05. Confidentiality and Records**
Students' disability records are confidential. The confidentiality protects students from discrimination on the basis of disability as well as to ensure the non-release of their medical records except as needed to provide educational services. The College's Disability Services Office on each campus is responsible for collecting and maintaining disability-related documentation, confidential records of each student's visit, and any ongoing changes in the student's condition. These records are kept in a separate, secure digital file accessible only by Disability Services Office personnel and housed in the College's headquarters.

Disability-related information is shared only when necessary. Limited information may be disclosed to appropriate parties in a health or safety emergency if knowledge of the information is necessary to protect the health or safety of the student or other individuals.

LSC - OCR 000013

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

### VI.D.12 Civil Rights Complaints

#### VI.D.12.01 Policy
The College provides equal treatment and educational opportunities to all persons without regard to race, color, sex, age, sexual orientation, religion, ethnic or national origin, religion, disability, veteran status, or any other protected status. Any student experiencing discriminatory treatment or civil rights violations, aside from Sexual Violence or Title IX Harassment addressed in Section VI.F.1. (Sexual Harassment, Assault, Violence, and Discrimination), may submit a civil rights complaint under this section.

#### VI.D.12.02 Reporting and Processing Civil Rights Complaints
Students experiencing a civil rights violation should complain to the applicable Chief Student Services Officer or President as soon as possible. Depending on the nature of the complaint and the respondent to the complaint, the receiving College official or a designee may (a) investigate the complaint and take any appropriate corrective or disciplinary action at the applicable college campus as approved by the President or (b) forward the complaint to the appropriate College official. The College shall publish procedures for Reporting and Processing Civil Rights Complaints.

#### VI.D.12.03 Potential Disciplinary Actions
If the investigation reveals an employee committed a civil rights violation, action will be taken under this policy's Section IV.F.11 or IV.F.13. If the investigation reveals a student committed a civil rights violation, action will be taken under this policy's Section VI.G.1.

#### VI.D.12.04 Prohibition on Retaliation
The College's policy prohibits any College employee from retaliating against a student for submitting a student's civil rights complaint. The College's policy forbids retaliating against any person who submitted a civil rights complaint. The College's policy also forbids retaliating against anyone who helps investigate such a complaint. A complaint's actual or perceived truth does not excuse retaliatory conduct. Any person who observes retaliation should promptly notify the applicable Chief Student Services Officer or President.

*LSCS Policy Manual Section VI adopted by the Board of Trustees on March 3, 2016*

## VI.E. STUDENT RESPONSIBILITIES

### VI.E.1. Non-Academic Student Code of Conduct

#### VI.E.1.01 Policy
The College provides a safe and responsive learning environment for all students. The College achieves that environment by enforcing the Lone Star College System Non-Academic Student Code of Conduct. The Non-Academic Student Code of Conduct applies to all students enrolled

LSC - OCR 000014

**Section VI.D.11. Students with Disability Rights Procedures**

These procedures supplement and clarify Section VI.D.11 of the Lone Star College System District Policy Manual ("Policy Manual") last revised by the Board of Trustees on March 3, 2016—setting out the College's policy for students with disability rights. The Policy Manual controls when a conflict arises between it and the procedures below. These procedures were last updated on June 23, 2016. The notice and comment period was open online to the public from **April 26, 2016** to **May 26, 2016**.

1.      **Scope of Procedures.** The procedures below are intended to apply to College students requesting disability-based accommodations covered in Section VI.D.11 of the Policy Manual. The College recognizes and supports the principles set forth in federal and state laws designed to eliminate discrimination against qualified individuals with disabilities. The College believes in equal access to educational opportunities for all individuals. The College makes reasonable accommodations, including furnishing auxiliary aids and services, for qualified individuals with disabilities as required by law. These procedures are the College's default procedures. However, the College understands that each person is unique and may require variations to these procedures to suit individual needs. Variations to these procedures require consent from the College's Executive Director of Disability Services. College community members with questions or concerns regarding these procedures should contact the College's Executive Director of Disability Services or the Office of the General Counsel.

2.      **Student Responsibility to Request Accommodation.** Students must identify themselves each semester as individuals requesting accommodation based on a qualifying disability. "Accommodations" includes academic adjustments and requests for auxiliary aids and services.

   **(a) Students Requesting Accommodation for Placement Test(s).** Students needing accommodation before a placement test must provide at least three working days' notice to the Disability Services Office ("DSO") at the college hosting the placement test. Every effort will be made to provide services for late requests. This section only applies to students needing placement test accommodation; not for classroom accommodation requests.

   **(b) Students Requesting Accommodation for On-Campus Meetings.** Students needing accommodation for on-campus meetings must provide at least three working days' notice to the DSO at the college hosting the on-campus meeting. Every effort will be made to provide services for late requests. This section only applies to students needing accommodation for on-campus meetings; not for classroom accommodation requests.

   **(c) Students Requesting Classroom Accommodation at Lone Star College for the First Time.** In order to be considered eligible for classroom accommodation, students must provide notice and documentation of their disability to the DSO at the college in which they are enrolled. The College has a two-step procedure to reasonably

1

accommodate students with qualifying disabilities. Step (1) certifies the student's qualifying disability and step (2) determines the student's reasonable accommodation.

This procedure is meant to be interactive, deliberate, and collaborative between the College and the student. It is not meant to be burdensome, but it can take time—students are strongly urged to begin the procedure as soon as registration opens and at least **four** weeks before classes begin. By starting early, students are more likely to timely receive accommodations. The DSO accepts and considers requests for accommodation on a rolling basis throughout each semester. However, late requests, incomplete documentation, or failure to complete both parts of the procedure may result in accommodation request denial or delays in implementing accommodations. The College goes not retroactively provide accommodations.

    1.  <u>Certifying the Student's Qualifying Disability</u>. In order for a student to become eligible to receive accommodation through the College, the student's qualifying disability must first be certified through documentation submission and verification as described below.[1]

    **A.  Submitting Disability Verification Documentation to the DSO.** At least four weeks before classes begin, students should ensure they have current disability verification documentation from a licensed or certified health care professional qualified to treat and diagnose their disability. Please note that K-12 school documentation may not be sufficient for post-secondary documentation requirements. Current documentation typically means no more than five years old but can vary depending on the nature of the disability. If students do not have current documentation, the College recommends they use the College's Disability Verification Form (Form 1).[2] There are multiple ways to acquire the qualifying disability documentation. All students must submit the Student Information & Disability Accommodation Request (Form 2). In addition to the Student Information & Disability Accommodation Request, students must also submit at least one of the following:

> *College's Disability Verification Form (Form 1)* - Must be completed by a licensed or certified healthcare professional qualified to treat and diagnose the student's disability.

> *Healthcare Professional Letter* – The licensed or certified healthcare professional can submit a signed and dated letter of their own on letterhead which must include: (1) a diagnostic statement identifying the disability and the

---

[1] Students with apparent disabilities are asked to contact their college DSO directly to inquire as to whether they will need to submit medical documentation. All students must submit the Student Information & Disability Accommodation Request (Form 2).
[2] The College's Disability Verification Form provides information and forms the students can deliver to his or her health care provider to document the qualifying disability.

LSC - OCR 000016

diagnosis date; (2) the disability's severity; (3) the medication currently prescribed if any; and (4) the recommended accommodations, if any, that may assist the student in minimizing the condition's impact in an academic setting.

*Full Evaluation/Diagnostic Report* (Ex. – ETR, MFE)

Once students acquire the necessary medical documentation and complete the Student Information & Disability Accommodation Request Form (Form 2), they must submit both via fax, email, or personal delivery to the applicable DSO. The College recommends that students follow up with their DSO to ensure the DSO has all necessary paperwork to certify their eligibility to receive accommodation.

**B.  Submitted Documentation Reviewed and Certified by a DSO Provider.** After the DSO receives the documentation, a DSO provider will review. If the DSO provider determines that the submitted documentation certifies that a student has a qualifying disability, the DSO provider will confirm with an email to the submitting student. The certification email from the DSO provider will be sent to the student's College designated email account (i.e., janesmith@my.lonestar.edu). Students may request an alternate means of communication in their original submission. The email will instruct the student to schedule an appointment with a DSO provider. The College and student complete the first step of the two-step procedure once the College send the student that email.

**C.  Submitted Documentation Reviewed and Not Certified by a DSO Provider.** If the documentation submitted is not approved, the DSO provider will send the student an email with instructions on how to provide sufficient documentation and contact information for follow-up questions.

2. <u>Determining the Student's Reasonable Accommodation</u>. Once students receive their certification email and schedule their appointment, then step two of the two-step procedure can begin. In step two, the College and student work together to help the College determine the reasonable accommodation. Students must complete step two of the procedure to receive accommodation.

**A. Schedule and Attend the Intake Appointment with a DSO Provider.** Once a student receives the certification email approving their documentation, they must immediately schedule an intake appointment with a DSO provider. Students who have registered for classes must bring their class schedule to the intake appointment. During the intake appointment, the student and the DSO provider will discuss the documentation submitted, barriers the student experiences, reasonable accommodations best suited for the student, and how to set up those accommodations. An accommodation will not be considered reasonable if it fundamentally alters the nature of a service, program, facility, or activity of the College.

3

Please note that certain types of accommodation will require the student to sign additional forms (i.e., Agreement for Interpretive Services, Agreement to Audio-Record Lectures, etc.).

**B. Providing the Accommodation Letter to Professors/Instructors.** Once the reasonable accommodation is determined, students will receive an accommodation letter for that semester specifying the accommodation(s). The letter may be provided immediately after the intake appointment or in the days following the appointment. The letter may also be emailed to the student's College designated account. Once students receive their accommodation letter, they must sign the letter before giving it to class instructors. Students wanting to use their accommodations in class must bring the signed accommodation letter to each class they intend to use the accommodation(s). The instructor for each class must then sign the accommodation letter and, subsequently, give the signed accommodation letter to the DSO provider via email or interoffice mail. Ideally, students give their accommodation letter to instructors on the first day of class.

Students are expected to be their own self-advocates. However, students are reminded that the DSO providers can help students advocate for themselves and their accommodations if desired. The College recommends students discuss the accommodation with their instructors in addition to giving them the letter to ensure the accommodations are understood and appropriately implemented. Students are not required to disclose the nature of their disability to the instructor. If students encounter any difficulty with their accommodation, its implementation, or acquiring instructor signature, they should notify the DSO provider immediately.

There may be circumstances in which a student's accommodation is determined to fundamentally alter the nature of a College course or program. In such a case, the accommodation is considered unreasonable. Either the student or instructor will immediately notify the DSO provider if an accommodation is considered to fundamentally alter a course. The DSO provider will determine what adjustment, if any, needs to be made to the student's accommodation.

Students need not give a class instructor the accommodation letter if they decide not to use their accommodation for that class.

**(d) Returning Students Requesting Previous Accommodation(s):** Returning students who previously completed the two-step procedure of certifying the qualifying disability and determining the reasonable accommodation must request accommodation each semester they wish to receive their approved accommodation(s). Returning students do not have to repeat the entire procedure. To request the previously granted accommodation, students must simply submit their class schedule and a Request for Continued Services (Form 3) to the DSO provider. The DSO provider will contact students if a problem arises with an accommodation for a specific class. However, if students

LSC - OCR 000018

request changes to previously approved accommodations, then updated documentation may be required.

    1.  <u>Same Accommodation(s)</u>. If the returning student's disability has not changed and the student plans to use the same accommodation(s) previously granted, the student must submit a class schedule and the Request for Continued Services (Form 3) to the DSO provider *at least one week before classes begin. The student may submit via fax,* email, or personal delivery. The DSO provider will review and, if permissible, a new signed accommodation letter for that semester will be emailed to the student. The student must sign the accommodation letter before giving it to the applicable class instructor(s) for their signature. The instructor then signs the letter and emails it to the DSO provider afterward.

    2.  <u>Change in Disability or Change in Accommodation(s)</u>. Changes in a student's disability or accommodation may require additional documentation.

        (i) **Students desiring changes to their accommodations** will need to schedule an appointment with a DSO provider to ensure their eligibility for that accommodation based on the documentation previously submitted.

        (ii) **Students experiencing changes in their disabilities** requiring additional or different accommodations may be required to give additional or updated documentation.

Students are urged to submit the Request for Continued Services (Form 3) along with any additional documentation they may have to the DSO at least four weeks before classes begin. A new accommodation letter will be given to the student once the DSO approves any changes. The student must sign the accommodation letter before giving it to the applicable class instructor(s) for their signature. The instructor then signs the letter and emails it to the DSO provider afterward.

**(e)    Online Students.** Students only enrolled in online classes must request accommodation in the same manner as students taking classes on the College's premises. Students should, if applicable, request accommodation from their home college which is detailed in their mylonestar account page. Students must still schedule the required appointments with the DSO provider. However, these appointments may be done via telephone, video conference, or in another format that suits the DSO provider and student. Once the student receives the accommodation letter, the student must still sign the letter and then email it to the online instructor for the courses in which the student desires accommodation. The instructor then signs the letter and emails it to the DSO provider afterward. Students are urged to follow-up with the instructor regarding the accommodation and determine whether technical support will be needed to implement the accommodation.

**(f) Multi-Campus Students:** Students enrolled at multiple campuses during a semester should, if applicable, request accommodation from their home college which is detailed

LSC - OCR 000019

in their mylonestar account page. Additional DSO providers may need to be involved with multi-campus students especially with regard to specific facility accommodations at different colleges.

**(g) Auxiliary Aids and Services.** Students requesting auxiliary aids and services such as interpreting or notetaking services must have completed the two-step procedure with the DSO. Because many of the offered auxiliary aids and services are scheduled based on students' class schedules, the College urges students to register for classes early and complete the two-step procedure to ensure that services are scheduled before classes begin. Every effort will be made to provide services for late requests. All students receiving auxiliary aids and services will receive additional instructions from the DSO provider.

**3.    Requests for Reconsideration or Revision of Accommodations and Discrimination Complaints.**

**(a) Requests for Reconsideration of Accommodation Denial and/or College-Proposed Accommodation.** Students may appeal denied accommodations by submitting a Request for Reconsideration (Form 4) within two weeks of the College denying an accommodation request. The Request for Reconsideration shall be submitted to the Executive Director of Disability Services. Once a student has timely submitted his or her Request for Reconsideration, the Executive Director of Disability Services will review and make a determination within five working days. Students may appeal the Executive Director of Disability Services' decision in the manner described in Section VI.D.12 (Student Civil Rights Complaints). Students may appeal College-proposed accommodations in the same manner.

**(b) Requests for Accommodation Revisions.** After a student is certified as having a qualifying disability and the accommodation is implemented, the student may determine the accommodation needs revision at some point during the semester. Any revision desired by the student must be approved by the DSO; the instructor does not have the authority to change the accommodation. The DSO may determine that a conference with the instructor and student is necessary to determine what accommodation will work best for the student in that course. If the revision is approved by the DSO, the student and instructor must sign the revised accommodation letter and return it to the DSO.

**(c) Complaints.** Students encountering difficulties or disputes related to their disability or accommodations are encouraged to contact their DSO and the Executive Director of Disability Services as soon as practicable to resolve the dispute informally if possible. A DSO provider will discuss the student's concerns and provide options to help the dispute's resolution.

If the student is unsatisfied with the informal dispute resolution, or if it is unreasonable to resolve the issue informally, the student may submit a complaint in the manner described in Section VI.D.12 (Student Civil Rights Complaints). The Executive Director of Disability Services will be included in all Student Civil Rights Complaints alleging

LSC - OCR 000020

disability discrimination unless the Executive Director is the respondent to the complaint.

1. <u>Academic Appeal citing Accommodation Implementation</u>. Students are encouraged to discuss accommodation implementation problems with their DSO. Student unable to informally resolve an academic issue related to their accommodation implementation, *i.e.* a request to change a grade, or to challenge a penalty imposed for violation of standard of academic integrity, may file an Academic Appeal (Board Policy section V.C.3).

   Any College personnel receiving an Academic Appeal citing improper accommodation implementation shall notify the Executive Director of Disability Services. The Executive Director of Disability Services shall provide a recommendation to the Chief Academic Officer or the Academic Appeals Committee. The Chief Academic Officer or the Academic Appeals Committee shall consider the recommendation provided by the Executive Director of Disability Services. Once the Chief Academic Officer or the Academic Appeals Committee makes a decision, the Chief Academic Officer will inform the Executive Director of Disability Services.

Students may also file a complaint at any time with the regional Office of Civil Rights at the U.S. Department of Education or through the civil court system.

**(d) Prohibition of Retaliation or Coercion.** The College prohibits any College community member from retaliating against any individual because that individual (i) opposed any act or practice made unlawful by applicable laws or this policy or (ii) submitted a complaint, testified, assisted, or participated in any investigation, proceeding, or hearing under applicable law or this policy. College community members who violate this policy will be disciplined accordingly. Any individual experiencing retaliation or coercion is asked to contact the DSO and the Executive Director of Disability Services immediately.

**4.     Responsible Employee Designation.** Appendix A includes the names and contact information for the College's Responsible Employee Designee as well as the contact information for each college DSO.

Effective Date: June 27, 2016

_____
Dr. Stephen C. Head
Lone Star College

7

# APPENDIX & FORMS

LSC - OCR 000022

**LSC-North Harris, LSC CHI Institute, LSC-Health Professions Building, and LSC Transportation Institute**
Michelle Barksdale
LSC-North Harris
W.W. Thorne Drive
Houston, TX 77073
Office: Winship, WN-120C
Phone: 281.765.7938
Fax: 281.618.5763
Michelle.M.Barksdale@LoneStar.edu

**LSC-Tomball, LSC-Tomball Health Science Building, and LSC-Creekside Center**
Carolyn L. DeFlanders
LSC-Tomball
30555 Tomball Parkway
Tomball, TX 77375
Office: C100G
Phone: 281.357.3777
Fax: 281.351.3303
Carolyn.L.DeFlanders@LoneStar.edu

**LSC-University Park and LSC Energy & Manufacturing Institute**
Jennifer Crawford
LSC-University Park
20515 SH 249
Houston, TX 77070-2607
Office: Bldg. 13, Room 220B
Phone: 281.401.5366
Jennifer.Crawford@LoneStar.edu

**LSC-Greenspoint Center**
Marilyn Martin
LSC-Greenspoint Center
250 N. Sam Houston Pkwy E.
Houston, TX 77060
Office: Greenspoint 314
Phone: 281.260.3522
Marilyn.A.Martin@LoneStar.edu

**LSC-Victory Center**
Marilyn Martin
LSC-Victory Center
4141 Victory Drive
Houston, TX 77088
Office: Victory 106
Phone: 281.260.3522
Marilyn.A.Martin@LoneStar.edu

LSC - OCR 000024

**DISABILITY VERIFICATION FORM (Form 1)**
**Medical Provider Verification**



**LONE STAR COLLEGE**

Dear Health Care Professional,

One of your patients is a student at Lone Star College requesting a disability-based academic accommodation. Accommodations are made for qualified students with a disability in order for them to equally participate in all programs and services offered by the College to ensure compliance with all applicable disability laws. In order for the Disability Services Office to determine the student's accommodation eligibility, we need your clinical assessment/diagnosis of the student. You may fax us a copy, but our records must include an original with your signature and business card. In addition to the form provided, you may provide supplemental information on your letterhead.

In order for the student to be certified as eligible, the documentation must show how the disability substantially limits one or more major life activities. Current and relevant information is required in order to determine the appropriate reasonable accommodation that may be offered to the student.

**All information should be completed by a medical provider qualified to diagnose and treat the student's disability.**

Please provide the following:
  (a) A completed and signed Provider Verification packet for each disability and
  (b) Your business card stapled to each Provider Verification packet.

The information you provide will be kept confidential in accordance to the Family Education Rights and Privacy Act (FERPA) and may be released to the student upon written request for records.

If you have any questions regarding this form or opportunities for the student, please contact Disability Services at the information listed below. We may also contact you directly for supplemental information if necessary to make a determination

Thank you for your assistance,

---

\*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, **we are asking that you not provide any genetic information when responding to this request for medical information.** "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought of received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Disability Verification Form (Form 1)                                                      Page 1 of 5

### Provider Verification of Physical/Medical Disability

Student Name: _____ Student ID: _____

*To the Student*: **The form below the line must be completed by your medical provider** who is qualified to diagnose and treat your disability. The Disability Services Office reserves the right to request additional documentation or contact your provider for additional information. If this form is completed by anyone other than a qualified licensed profession, the information will not be used to support your accommodation request. Inaccurate and incomplete documentation may hinder the College's ability to accommodate you based on its policies and procedures.

Please sign the box below to give your medical provider authorization to release information to the Disability Services Office.

---

I, _____ , authorize my medical provider to release to Lone
              Printed Student Name
Star College's Disability Services Office the medical information requested on this form for the purpose of determining appropriate accommodations for my disability while a student at Lone Star College.

Patient Signature: _____ Date: _____
                            Student Signature

---

### TO BE COMPLETED BY MEDICAL PROVIDER

Is the student currently under your care? ☐ No ☐ Yes   If yes, for how long? _____

_____

What is the diagnosis/impairment/condition? (Please describe and use ICD 10 diagnostic codes and or APA DSM 5)

_____

_____

_____

_____

_____

Date(s) of Onset: _____

Disability Verification Form (Form 1)                                                    Page 2 of 5

LSC - OCR 000026

## A. FUNCTIONAL LIMITATION CHART

**Reminder:** Please identify functional limitations without regard for mitigating measures (i.e., medications). For intermittent conditions, assess functional limitations based on a picture when all symptoms are active. Use an "X" to indicate level of impact on major life activities.

| Major Life Activities | No Impact | Moderately Impacts | Substantially Impacts | Unknown |
|---|---|---|---|---|
| Communicating | | | | |
| Concentrating | | | | |
| Hearing | | | | |
| Learning | | | | |
| Manual Tasks | | | | |
| Reading | | | | |
| Seeing | | | | |
| Thinking | | | | |
| Walking | | | | |
| Working | | | | |
| Sitting | | | | |
| Other: | | | | |

What are the specific functional limitations resulting from the disability's impact on the major life activities in a learning environment (e.g. unable to handle stairs, miss class due to side effects from disability or medication, unable to sit for long periods of time)? _____

_____

_____

Are the functional limitations permanent? ☐ No   ☐ Yes   If no, what is the anticipated date of resolution? _____

_____

Is the student currently undergoing treatment? ☐ No   ☐ Yes   If yes, please describe the type of treatment and list any medications and possible side effects that may affect the student in an academic setting: _____

_____

_____

_____

Disability Verification Form (Form 1)                                            Page 3 of 5

## B. FUNCTIONAL OR BEHAVIORAL PRESENTATION CHART

Please use an "X" to indicate additional limitations or behavioral manifestations.

| Limitations and Behavioral Manifestations | Not an Issue | Moderate Issue | Substantial Issue | Unknown |
|---|---|---|---|---|
| Cognitive Processing | | | | |
| Memory | | | | |
| Processing Speed | | | | |
| Meeting Deadlines | | | | |
| Attending class | | | | |
| Organization | | | | |
| Reasoning | | | | |
| Stress | | | | |
| Sleep | | | | |
| Appetite | | | | |
| Other: | | | | |

What are the specific behavioral limitations resulting from the disability's impact on the major life activities in a learning environment? _____

_____

_____

Are the behavioral limitations permanent? ☐ No  ☐ Yes   If no, what is the anticipated date of resolution? _____

_____

Is the student currently undergoing treatment? ☐ No  ☐ Yes   If yes, please describe the type of treatment and list any medications and possible side effects that may affect the student in an academic setting: _____

_____

_____

_____

Disability Verification Form (Form 1)                                        Page 4 of 5

LSC - OCR 000028

**Medical Provider Information:**

First Name: _____ Last Name: _____

Title: _____ State License Number: _____

Address: _____ City: _____ State: _____

Zip: _____ Phone: _____ Fax: _____

Physician/Provider Signature: _____ Date: _____

```
PLEASE ATTACH
BUSINESS CARD
HERE
```

LSC - OCR 000029

## STUDENT INFORMATION & DISABILITY ACCOMMODATION REQUEST (Form 2)

*Accommodations Requests also include requests for Auxiliary Aids and Services*

**Student Information:**

Name: _____

Student ID: _____ Date of Birth: _____

Address: _____

Primary telephone: _____ Email: _____

Do you give permission to leave confidential information on voicemail? Y __ N __

Would you like to receive email updates and reminders from our office? Y __ N __

Emergency Contact Information (optional):

_____

Are you currently enrolled at Lone Star College?  Y __  N __

| Date | _____ |
| Semester | _____ |
| Year | _____ |

If yes, check campus:

| | | |
|---|---|---|
| □ Cy-Fair | □ Aldine Center | □ Greenspoint Center |
| □ Kingwood | □ Tomball | □ Fairbanks Center |
| □ Cypress Center | □ Creekside | □ Victory Center |
| □ Montgomery | □ University Park | □ Atascocita Center |
| □ North Harris | □ Conroe Center | □ Other _____ |

If no, when will you enroll and where? _____

Career Goal or Major: _____

**Disability Information:**

What is your disability or disabilities? _____

_____

Check All That Apply:

| | | |
|---|---|---|
| □ Learning Disability | □ Mental Health | □ Physical/Mobility |
| □ Asperger's/Autism | □ Blind/Low Vision | □ Other _____ |
| □ Deaf/Hard of Hearing | □ Traumatic Brain Injury | _____ |
| | | _____ |

What accommodations will assist you in your academic life? _____

_____

Check all support you receive and list corresponding contact information:

□ DARS (Department of Assistive and Rehabilitative Services)

□ VA

□ MHMR (Mental Health Services)

□ OTHER _____

Agency Name: _____
Contact Name: _____
Telephone: _____
Agency Name: _____
Contact Name: _____
Telephone: _____

### STUDENT AGREEMENT REGARDING DISABILITY ACCOMMODATION REQUESTS

LSC - OCR 000030

**Please read carefully and initial each statement below indicating your agreement:**

_____I understand that I must submit a request for accommodation and provide requested documentation of my disability to the Disability Services Office at the college where I am enrolled in order to be eligible to receive accommodation(s).

_____I understand that accommodation requests with approved documentation may take 2-4 weeks to be processed and, if possible, implemented by the College.

_____I understand that, for the Disability Services Office to provide effective accommodation(s) for me, information related to my enrollment, courses, and disability will be used by the Disability Services Office for purposes of preparing or providing reasonable accommodation.

_____I consent to the College's Disability Services Offices to communicate regarding my disability as it pertains to my accommodations, educational needs, and progress.

_____I consent to the Disability Services Offices to communicate with my instructors regarding proposed or approved accommodation(s), my educational needs, and progress reports as needed. Unless specifically requested in writing, the Disability Services Office will not communicate my disability outside of personnel in the College's Disability Services Office.

_____I understand that I must meet with the Disability Services Office each semester I am enrolled to be eligible to receive accommodation(s).


_____                                          _____
Student Signature                                                                            Date

---

**For Disability Services Office Use Only:**

Did student provide and attach requested documentation to be eligible for accommodation? Y _____ N _____
If no, was student provided with a Disability Verification Form and reminded of his or her responsibility to obtain said documentation prior to being eligible for accommodation?  Y _____ N _____

Did Disability Services provider and student discuss the student's class schedule and specify which courses he or she desired accommodation(s) for? Y _____ N _____

DSO Provider: _____ Date: _____

---

LSC - OCR 000031

## STUDENT REQUEST FOR CONTINUED SERVICES (Form 3)

This Form is for students who have previously completed the College's two-step process for receiving accommodation from the Disability Services Office (DSO). If you have not completed the College's two-step process, please use the Student Information & Disability Accommodation Request (Form 2). Please note that submission of this form does not automatically grant accommodation. Once submitted, a DSO provider will review this Form and determine whether the you are eligible for accommodation. Eligible students will receive an accommodation letter from the DSO for the current semester.

**Student Information:**

Name:_____   Today's Date: _____

Student ID:_____   Date of Birth: _____

Address: _____

Primary telephone: _____   Email: _____

When did you receive accommodation at Lone Star College? Semester _____ Year _____

College of enrollment:

| | | |
|---|---|---|
| ☐ Cy-Fair | ☐ Aldine Center | ☐ Greenspoint Center |
| ☐ Kingwood | ☐ Tomball | ☐ Fairbanks Center |
| ☐ Cypress Center | ☐ Creekside | ☐ Victory Center |
| ☐ Montgomery | ☐ University Park | ☐ Atascocita Center |
| ☐ North Harris | ☐ Conroe Center | ☐ Other _____ |

**Disability Information:**

Has your disability changed? Y _____ N _____

    If Yes, please explain:_____

_____

_____

Are you submitting updated documentation? Y _____ N _____

Are you requesting the same accommodation(s) previously granted by the College? Y _____ N _____

    If No, please explain:_____

_____

_____

Is your current class schedule attached? Y _____ N _____

## STUDENT AGREEMENT REGARDING CONTINUED SERVICES REQUESTS

Request for Continued Services (Form 3)                                    Page 1 of 2

LSC - OCR 000032

**Please read carefully and initial each statement below indicating your agreement:**

_____I understand that I must submit a request for continued services to the Disability Services Office be eligible to receive previously granted accommodation each semester.

_____I understand that changes to my disability or my previously granted accommodation may require me to provide additional or updated documentation.

_____I understand that changes to my disability or my previously granted accommodation may take 2-4 weeks to be processed and, if possible, implemented by the College.

_____I understand that, for the Disability Services Office to provide effective accommodation(s) for me, information related to my enrollment, courses, and disability will be used by the Disability Services Office for purposes of preparing or providing my reasonable accommodation.

_____I consent to the College's Disability Services Offices to communicate regarding my disability as it pertains to my accommodations, educational needs, and progress.

_____I consent to the Disability Services Offices to communicate with my instructors regarding proposed or approved accommodation(s), my educational needs, and progress reports as needed. Unless specifically requested in writing, the Disability Services Office will not communicate my disability outside of personnel in the College's Disability Services Office.


_____                                          _____
Student Signature                                                                                            Date

---

**For Disability Services Office Use Only:**

Did student attach class schedule? Y _____ N _____

Are students previously provided accommodations reasonable for the current classes? Y _____ N _____

Did student have a change in disability? Y _____ N _____

If yes, did student provide additional or updated documentation? Y _____ N _____

Did student request a change in the previously provided accommodation(s)? Y _____ N _____

If yes, does the change requested require additional or updated documentation? Y _____ N _____


DSO Provider: _____   Date: _____

---

Request for Continued Services (Form 3)                                                                    Page 2 of 2

LSC - OCR 000033

**Request for Reconsideration (Form 4):**
*This request must be sent to the Executive Director of Disability Services*

Student: _____
          Print Name

Student ID: _____

Disability Services Office: _____
                            College campus

**This Request for Reconsideration is for (circle one):**

Accommodation Denial or College-proposed Accommodation

-----------------------------------------------------------------------------

**Request for Reconsideration** – Please describe the circumstances of your request for reconsideration. Attach all relevant documentation including the Disability Services Office denial of accommodation or your accommodation letter. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Pre-March 2016 Applicable Policy

LONE STAR COLLEGE SYSTEM DISTRICT
BOARD POLICY MANUAL
Fourth Edition

**VI.D.3.09  Searches Without Warrants**

If no search warrant is obtained, System officials nonetheless have limited authority to search a student's person or property as follows:

a.  any prohibited item within "plain view" is subject to seizure;

b.  personal property may be searched, if probable cause exists, and only if exigent circumstances justify not obtaining a search warrant;

c.  areas such as lockers and desks, which are owned and controlled by LSCS, may be searched by LSCS officials when they have reasonable cause to believe that stolen items or items prohibited by law or by Board policy are contained in the area to be searched; and

d.  stolen items and items which are forbidden by Board policy or law may be impounded and used as evidence in internal school disciplinary proceedings against the student.

Different standards may apply in the event that law enforcement authorities are involved in a search.  These matters should be referred to the General Counsel of LSCS.

**VI.D.3.10  Limitations**

Searches conducted on LSCS premises, with assistance from law enforcement authorities, are governed by Fourth Amendment standards.

**VI.D.3.11  Prohibited Discrimination/Harassment Policy**

LSCS provides equal treatment and educational opportunities to all persons without regard to race, color, creed, national origin, gender, age, veteran's status, sexual orientation, and disability. See Section IV.F.4.

**VI.D.3.12  Students with Disabilities**

**VI.D.3.12a  System Disability Mission Statement**

LSCS believes in equal access to educational opportunities for all individuals.  Therefore, LSCS endeavors to create, promote, and maintain an environment where individuals with disabilities have access to educational opportunities with minimal adaptations.  This is done by:

LSC - OCR 000035

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

a.   promoting accessibility and utilizing principles of Universal Design;

b.   providing exemplary service;

c.   establishing accountability by maintaining cost-efficient and effective services;

d.   developing an institutional culture of acceptance and shared ownership; and

e.   changing and adapting as indicated by developments in the field of disability and higher education and/or LSCS policy

### VI.D.3.12b  System Policy

No qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or the opportunity to participate in activities of LSCS or otherwise be subjected to discrimination by LSCS.

LSCS shall not exclude or otherwise deny the benefits of System services, programs, or activities to an individual because of a relationship or association with a qualified individual with a disability.

### VI.D.3.12c  Definition

A "qualified individual with a disability" is an individual with a disability who, with or without reasonable modifications to policies, practices or procedures, the removal of architectural, communication or transportation barriers, or the provision of auxiliary aids and services, meets the essential eligibility requirements for the receipt of services or the participation in programs or activities provided by LSCS.

### VI.D.3.12d  Reasonable Accommodations

LSCS shall make reasonable modifications to policies and practices or procedures when the modifications are necessary to allow a qualified individual with a disability to participate as fully as possible in a program or class or enjoy the rights and privileges offered by the System, provided that the modification would not fundamentally alter the nature of the service, program, or activity, or otherwise place an undue burden on the System as provided by law.

### VI.D.3.12e  Communications

LSC - OCR 000036

LONE STAR COLLEGE SYSTEM DISTRICT
BOARD POLICY MANUAL
Fourth Edition

LSCS shall take appropriate steps to ensure that communications with applicants, participants, and members of the public with disabilities are as effective as communications with those without disabilities.

### VI.D.3.12f  Auxiliary Aids and Services

LSCS shall furnish appropriate auxiliary aids and services where necessary to afford a qualified individual with a disability an equal opportunity to participate in, and enjoy the benefits of, a service, program, or activity conducted by LSCS. In determining what type of auxiliary aid or service is necessary, LSCS shall give primary consideration to the requests of the individual with disabilities.

### VI.D.3.12g  Definition

"Auxiliary aids and services" include:

   a.  qualified interpreters, note takers, transcription services, written materials, assistive listening devices and systems, telephone handset amplifiers, telephones compatible with hearing aids, closed caption decoders, open and closed captioning, telecommunications devices for deaf persons (TDD's), video text displayers, or other effective methods for making orally delivered materials available to individuals with hearing impairments;

   b.  qualified readers, taped texts, audio recordings, Braille materials, large print materials, or other effective methods for making visually delivered material available to individuals with visual impairments;

   c.  acquisition or modification of equipment or devices; and

   d.  other similar services and actions.

### VI.D.3.12h  Notice

LSCS shall make available to applicants, participants, beneficiaries and other interested persons information regarding the provisions of Title II of the Americans with Disabilities Act (ADA), as amended, and its applicability to the services, programs or activities of LSCS. The information shall be made available in such manner as required by law to apprise such persons of the protections against discrimination assured them by the ADA.

### VI.D.3.12i  Disability Services Provider

LSC - OCR 000037

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

LSCS shall designate at least one employee per college to coordinate its efforts to comply with and carry out its responsibilities under Title II of the ADA, as amended, and Section 504 of the Rehabilitation Act, including prescribing and coordinating accommodations and services.

LSCS shall make available to all interested individuals the name, office address and telephone number of the employee(s) so designated and shall adopt and publish procedures for the prompt and equitable implementation of said accommodations/services, as indicated under the ADA, as amended, and Section 504 of the Rehabilitation Act.

## VI.D.3.12j Eligibility and Documentation

A student requesting accommodations for a disability is required to provide documentation of the disability to the college's designated office for disability services. The documentation is required for the following three purposes:

    a. to establish the individual's eligibility under the ADA, as amended, and Section 504 of the Rehabilitation Act;

    b. to establish the need for accommodations in order to have equal access; and

    c. to determine appropriate reasonable accommodations.

In order for a student with a disability to receive accommodations, that student is required to register for services through the college's designated office for disability services. If possible, the student requesting services should make an initial contact with the College's designated office the semester prior to enrollment—at least 4 weeks prior to the first class.

## VI.D.3.12k Student Rights and Responsibilities

A student with a disability has a right to an equal opportunity to participate in and benefit from services, programs, or activities offered at LSCS. To ensure an efficient working relationship with the College's designated office for disability services, students are urged to take an active role in applying for reasonable accommodations. To protect this right, a LSCS student with a disability:

    a. has a responsibility to identify himself/herself as needing an accommodation preferably prior to enrollment;

    b. has a responsibility to provide documentation of disability to the college's designated office for disability services;

LSC - OCR 000038

**LONE STAR COLLEGE SYSTEM DISTRICT**
**BOARD POLICY MANUAL**
**Fourth Edition**

    c.  has a responsibility to actively participate in the search for accommodations and auxiliary aids;

    d.  has a responsibility to notify faculty of his/her accommodation needs;

    e.  has the same obligation as any student to meet and maintain the System's academic and technical standards and code of conduct;

    f.  has a right to be evaluated based on his/her ability, not disability;

    g.  is entitled to an equal opportunity to learn;

    h.  is entitled to an equal opportunity to participate in and benefit from the academic community, including access to services, extracurricular activities, and transportation at a comparable level as that provided to any other student; and

    i.  has a right to appeal the System's decisions concerning accommodations, first internally, by pursing the College's complaint process available to student with equal opportunity complaints, and then externally, by filing a complaint with the regional Office of Civil Rights at the U.S. Department of Education or through the Civil Court system.

**VI.D.3.12l  Confidentiality**

Records related to disability are considered to be highly confidential, as indicated in federal guidelines. The purpose of such confidentiality is to protect the student from discrimination on the basis of disability as well as to ensure the non-release of his/her medical records except as needed to provide educational services.

The College's designated office for disability services is responsible for collecting and maintaining these records in a secure, separate file and is considered part of the student's education record. Only office personnel have direct access to these files.

Disability-related information should be shared only when necessary, and then only limited information shall be shared. Information is to be shared on a need to know basis. In the interest of serving the needs of the student, the provision of services may involve the college's designated office for disability services disclosing disability information provided by the student to appropriate System personnel participating in the accommodation process. Information may be disclosed to appropriate parties in a health or safety emergency if knowledge of the information is necessary to protect the health or safety of the student or other individuals.

LSC - OCR 000039

LONE STAR COLLEGE SYSTEM DISTRICT
BOARD POLICY MANUAL
Fourth Edition

**VI.D.3.12m  Process for Reconsideration of Accommodations**

Students with disabilities may request reconsideration of the reasonable accommodations that have been prescribed by the college's designated office for disability services on an informal basis by scheduling an appointment with the office to review the prescribed accommodations. Typically, requests for consideration of revising accommodations should be made within the first two weeks of the accommodation being offered or denied.  However, there are occasions where the need to revise the accommodations may not become apparent until later in the semester.  If this should occur, the college's designated office for disability services should review the student's request, review the supporting disability documentation, and make revisions if appropriate.  If additional information is required before a decision can be made regarding the appropriateness of the requested revision, the office may temporarily provide the requested accommodation for a specified period of time if deemed appropriate. The student may pursue a formal grievance process at any time under Board Policy Section IV.F.4.01.

There may be occasions where it is necessary for the College's designated office for disability services to consult with the faculty member in order to determine which accommodations are reasonable for a specific class. Decisions about reasonable accommodations should be made on a case-by-case basis and should take into account the essential elements (as documented in Core Competencies, learning outcomes, etc.) of each class as well as the impact of the disability on the individual student.

Faculty members should consult with the College's designated office for disability services, not the student, if there are questions about the designated accommodations.

**VI.D.3.13 Access to Information and Technology for Individuals with Disabilities**

In compliance with Texas Government Code §2054.451 et. seq. LSCS shall, in developing, procuring, maintaining, or using electronic and information resources ensure that individuals with disabilities have access to and the use of information and technology comparable to the access and use available to System employees without disabilities, unless it would impose a significant difficulty or expense to the System.

The home page of LSCS's Web site and key public entry points shall include an "Accessibility" or "Site Policies" link to Web pages that contain LSCS's accessibility policy, site validation (e.g., Section 508), contact information for LSCS's designated accessibility coordinator, and a link to the Governor's Committee on People with Disabilities Website:

http://www.legis.state.tx.us/tlodocs/79R/billtext/html/HB02819F.htm

LSC - OCR 000040

LONE STAR COLLEGE SYSTEM DISTRICT
BOARD POLICY MANUAL
Fourth Edition

http://www.section508.gov/

http://www.governor.state.tx.us/disabilities/

*LSCS Policy Manual Section VI adopted by the Board of Trustees on December 1, 2011*

## VI.E. STUDENT RESPONSIBILITIES

### VI.E.1. Student Code of Conduct

#### VI.E.1.01  Policy

Each student shall have access to LSCS's rules and regulations concerning student conduct. These rules and regulations are in effect when attending or participating in any class or activity sponsored by LSCS or one of its colleges, either on campus or at an off-campus location.

LSCS is dedicated to providing a quality comprehensive educational program designed to meet and balance the diverse and changing educational, social, economic, and cultural needs of the community while providing a safe and healthful environment. LSCS is committed not only to learning and to the advancement of knowledge but also to the education of ethically sensitive and responsible persons. LSCS seeks to achieve these goals through a sound educational program and through rules and regulations governing student life that encourage responsibility and respect for the rights and viewpoints of others.

LSCS believes that students are adults who are responsible for their own actions, and who should be free to pursue their educational objectives in an environment that promotes learning, protects the integrity of the academic process, and protects the learning community.

#### VI.E.1.02  Policy Regarding Conduct

LSCS and each of its colleges shall provide a safe, responsive learning environment for all students and shall develop a student code of conduct to effectuate this goal.

#### VI.E.1.03  Applicability of Code of Conduct

The academic and non-academic misconduct described in this section applies to all students enrolled in a credit or non-credit course at LSCS, whether offered on or off campus or online.

LSC - OCR 000041

# Exhibit C

| | |
|---|---|
| **From:** | Saunders, Victoria A |
| **To:** | Dassey, Valentina |
| **Subject:** | FW: Michael Moates #7326786 |
| **Date:** | Tuesday, June 21, 2016 6:15:33 PM |
| **Importance:** | High |

Hello Valentina,

I remember receiving a call from Iris Hansen regarding a student that had complained that he was having trouble getting assistance with Disability Services. I remember she called me early and this was on the morning of the first day, Monday December 14th 2015, of the Minimester. The student's name was Michael Moates and she told me he was taking all online classes. She said that he was taking a Minimester and needed accommodations for that course. I spoke with Iris fairly early in the morning, before 9:00am because she then sent an e-mail to Kristin Lue King about the student's concerns and her conversation with me at around 9:00am. I remember that is was very shortly after I finished speaking to Iris I received a call from Michael Moates himself. He told me that he was taking a mini-mester course that started that same day and needed accommodations. I told him that I would be happy to help him and that he would need to fill out an intake form me along with signing a consent form. I also told him that he would need to send me some documentation regarding the reason he was requesting accommodations. He asked me how long this would all take and I told him that if he responded to me quickly I could have it taken care of for him no later than the following day. He sounded surprised when I mentioned I could get it done for him so quickly. If I remember correctly he made some type of comment about I wish I could have gotten this done before. I don't remember the specifics of our conversation but to the best of my recollection we discussed that he wanted additional test taking time for his exams. Additional time for exams is a common accommodation for online courses and I told him that should not be a problem. Again, I don't remember the exact conversation but I believe all he was requesting was additional test taking time and I told him that for online I usually give 50% more time. I routinely tell students that if that 50% more time is not sufficient to let me know and it can be adjusted, however, I don't recall the specifics of our conversation. I don't recall him complaining about the time given or asking for any other accommodations.

When I finished speaking with him I asked the advisor that works with me, Mary Beth Sullivan, to forward Michael a copy of the intake form and consent form. She did that in the morning and we received an e-mail back from him within a few hours with the intake form completed and the consent form signed. On the intake form Michael requested no time limits for testing as per his psychiatrist. As per our conversation, I prepared the accommodations letter for Michael's mini-mester class and it was forwarded to his professor by 1:30pm that afternoon by Mary Beth Sullivan. I don't remember exactly but either he asked me or I offered to send it directly to his instructor on his behalf. I do recall he was happy that I would do that for him. I don't recall Michael calling me back to comment on the accommodations or complain. In fact, I vaguely remember speaking with him only one other time but I think that was sometime in the spring semester.

Vicky Saunders, MA, CRC
Counselor, Disability Services
Lone Star College-Montgomery
Phone (936) 273-7239
FAX     (936) 273-7207
Victoria.Saunders@lonestar.edu

**Sullivan, Mary B**

| | |
|---|---|
| **From:** | Sullivan, Mary B |
| **Sent:** | Monday, December 14, 2015 10:14 AM |
| **To:** | 'Michaelsmoates@gmail.com' |
| **Cc:** | Saunders, Victoria A |
| **Subject:** | DS application |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Attached please find a copy of the required paper work to receive classroom accommodations. Please fill them out, sign, and return them to Victoria.A.Saunders@lonestar.edu along with the required documentation. If you have any questions please feel free to call Disability Services @ 936 273-7221.

-----Original Message-----
From: UP-11139-Copier@Lonestar.edu [mailto:UP-11139-Copier@Lonestar.edu]
Sent: Monday, December 14, 2015 9:52 AM
To: Sullivan, Mary B
Subject: Scanned from a Xerox Multifunction Printer

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Device Name: MC-PXC-C200-01

For more information on Xerox products and solutions, please visit http://www.xerox.com

1

LSC - OCR 000043

**Sullivan, Mary B**

| | |
|---|---|
| **From:** | Michael Moates <MMOATES@my.lonestar.edu> |
| **Sent:** | Monday, December 14, 2015 11:27 AM |
| **To:** | Sullivan, Mary B |
| **Subject:** | Michael Moates |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf; Doc Dec 14, 2015, 11_23.pdf |

here you go.

Thanks,

Michael

LSC - OCR 000044



**LONE STAR COLLEGE SYSTEM**

## Student Success Center – ADA Intake Form

Date: 14 Dec 2015          Student Id: 7326786

Name: Michael Moates                              Gender:   ☒Male      ☐Female

Address:   4440 W Airport Freeway              Irving              TX              75062
_____
           Street Address or PO Box              City              State              Zip

Home Telephone: _____   Cell Phone: 817-880-4326

Email: michaelsmoates@gmail.com

Date of Birth: 01-14-1995 _____        Anticipated Start Date: _____

**Are you currently enrolled at Lone Star College?**      ☒ Yes      ☐ No      **If yes, check campus:**

☐ Cy-Fair      ☐ Kingwood      ☐ Montgomery      ☐ North Harris      ☐ Tomball      ☐ University Park

☐ Conroe Center   ☐ Greenspoint Center   ☐ Fairbanks Center   ☐ Victory Center   ☐ Atascocita Center

**Current Enrollment Status:**

☐ High School Student   ☒ First Time Student   ☐ Current Student   ☐ LSCS Alumni   ☒ Transfer Student

**Highest Education Level Obtained:**

☐ High School Diploma/GED       ☒ Some College       ☐ Associates Degree       ☐ Bachelors Degree

☐ Masters Degree      ☐ Other _____   Number of College Credits Earned: _____

**Current Educational Goal:**

☐ Undecided   ☐ Certificate Program   ☐ Associates Degree   ☒ Bachelors Degree   ☐ Continuing Education

**Current Employment** (select one): ☐ Employed Full-Time      ☐ Employed Part-Time      ☐ Self-Employed

                              ☐ Not Employed/Seeking   ☒ Not Employed/Not Seeking Work

What are your career goals? ____ Psychology _____

What is your disability? Oppositional Defiant Disorder (ODD), Dysgraphia, R/O Learning Disablility, ADHD

What accommodations will assist you in your learning? _No time limits on testing per psychiatrist,_

Signature _____

APPROVED AS TO FORM BY

SHELLEY L. BOSSMAN
OFFICE OF THE GENERAL COUNSEL
LONE STAR COLLEGE SYSTEM

Date: _____

## Counselor Notes

Initial Notes: _____  _____  _____  _____

_____

_____

_____

_____

_____

_____

Date: _____

Notes: _____

_____

_____

_____

_____

_____

_____

Date: _____

Notes: _____

_____

_____

_____

_____

_____

_____

LSC - OCR 000046



## LONE STAR COLLEGE SYSTEM

# Consent for Release of Information

Please be advised that your disability record constitutes privileged information that is protected by the laws of the State of Texas and may contain information protected under Federal Confidentiality Regulations. You may revoke this consent through written notice, but it will not apply to any action taken prior to the revocation. If not revoked earlier, this consent form expires upon graduation or non-enrollment at LSCS.

I, (print name) __Michael Moates_____, give my consent for LSCS Disability Services Office to communicate/release/request information in regards to my accommodations, educational needs, and progress to the individual(s) listed below

I authorize my LSCS Disability Services Counselor to communicate with:

| | |
|---|---|
| _____<br>Name<br>_____<br>Relationship/Agency | _____<br>Name<br>_____<br>Relationship/Agency |

I authorize the release or receipt of the following records/assessments:

☐Audiograms          ☐Educational          ☐Medical          ☐Ophthalmology

☐Psychiatric          ☐Psychoeducational          ☐Psychological          ☐Vocational

To: _____     From: _____

_____     _____

I specifically authorize the release of information pertaining to drug and alcohol abuse and/or HIV testing/test results if such is a part of the record. Release or transfer of the specified information to any person or entity not specified herein is prohibited by law.

Student Signature _____

I have read, or have had read to me, the terms and conditions of this agreement, and fully understand the same. I do freely, voluntarily, and without coercion agree to those terms and conditions contained herein.

_____     _____
Student Signature                                                Date

_____     _____
Date of Birth                                                Social Security Number

_____     _____
Counselor                                                Date

LSC - OCR 000047



**Disability Services**

## Agreement for Utilizing a Tape/Digital Recorder in the Classroom

I understand that, as a student enrolled at Lone Star College System who has a disability that affects my ability to take or read notes, I may tape/digitally record my class lectures for use in my personal studies only. I realize that lectures recorded for this reason may not be shared with other people without the written consent of the lecturer. I also understand that the recorded lectures, including classroom comments, are confidential and to be used for study purposes only.

I am aware that the information contained in the tape/digitally recorded lectures is protected under federal copyright laws and may not be published or quoted without the expressed consent of the lecturer and without giving proper identity and credit to the lecturer.

I agree to adhere to these guidelines with regard to any lectures that I tape/digitally record while enrolled as a student at Lone Star College System.

_____        _____
Printed Student Name                                    Student Identification Number

_____        _____
Student Signature                                              Date

_____        _____
Witness                                                             Date

APPROVED AS TO FORM BY

SHELBY L. DOSEMAN
OFFICE OF THE GENERAL COUNSEL
LONE STAR COLLEGE SYSTEM

 **LONE STAR COLLEGE SYSTEM**          **Informed Consent for Disability Services Office**

I, (print name) _____ Michael Moates _____, have read
and understand the informed consent for disability services as specified below.
This information is to be utilized by the Disability Services Offices at the Lone Star
College System to assist in my educational experience.  My information will be
used to support my college counselors' ability to assist me in my education.

- The Disability Services Office may communicate with my instructors to discuss
  my accommodations, educational needs, and progress.

- If I attend more than one college in the Lone Star College System, I understand
  that my documentation may be shared with other LSCS Disability Services
  Offices to discuss my accommodations, educational needs, and progress.

- The Disability Services Office may communicate with other LSCS professional
  colleagues to discuss my disability related issues as they pertain to my
  accommodations, educational needs, and progress.

- Noted exceptions _____

**I have read and understand the above information and have had any questions answered to my satisfaction.**

_____          14 Dec 15
**Student Signature**                          **Date**

01-14-1995                                   7326786
**Date of Birth**                            **Student Identification Number**

_____          _____
**Counselor Signature**                        **Date**

APPROVED AS TO FORM BY

SHELBY L. BOSCHMAN
OFFICE OF THE GENERAL COUNSEL
LONE STAR COLLEGE SYSTEM

**Sullivan, Mary B**

| | |
|---|---|
| **From:** | Sullivan, Mary B |
| **Sent:** | Monday, December 14, 2015 12:49 PM |
| **To:** | 'Michael Moates' |
| **Cc:** | Saunders, Victoria A |
| **Subject:** | RE: Michael Moates |

Thank you. I will forward the information to Vicky Saunders.

From: Michael Moates [mailto:MMOATES@my.lonestar.edu]
Sent: Monday, December 14, 2015 11:27 AM
To: Sullivan, Mary B
Subject: Michael Moates

here you go.

Thanks,

Michael

1

LSC - OCR 000050

## *Sullivan, Mary B*

| | |
|---|---|
| **From:** | Sullivan, Mary B |
| **Sent:** | Monday, December 14, 2015 1:13 PM |
| **To:** | 'mmoates@my.lonestar.edu' |
| **Cc:** | Saunders, Victoria A |
| **Subject:** | FW: Scanned from a Xerox Multifunction Printer |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Attached please find a copy of your accommodations. A copy has been sent to your online professors.

-----Original Message-----
From: UP-11139-Copier@Lonestar.edu [mailto:UP-11139-Copier@Lonestar.edu]
Sent: Monday, December 14, 2015 12:57 PM
To: Saunders, Victoria A; Sullivan, Mary B
Subject: Scanned from a Xerox Multifunction Printer

Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Device Name: MC-PXC-C200-01

For more information on Xerox products and solutions, please visit http://www.xerox.com

1



# Disability Services Classroom Accommodations

**Date:** *12/14/2015*    **Semester:** *SPRING*    **Calendar Year:** *Fall 2015 to Summer 2016*

**STUDENT INFORMATION:**

**ID** *7326786*    **First Name:** *Michael*    **Last Name:** *Moates*

The above named student is enrolled in your course. She/he has been identified as a student with a disability who qualifies for support services as outlined in the federal guidelines of: Section 504 of the Rehabilitation Act of 1973; The Americans with Disabilities Act of 1990; and the ADAA of 2009. This student's disability will require some accommodation(s). The accommodation(s) is to help the student compensate for his/her disability, not to provide an unfair advantage or change course requirements. The accommodation(s) that will be needed is listed below:

**Counselo** *Vicky Saunders*    **Phone:** *936-273-7239*    **E-mail:** *Victoria.A.Saunders@lonestar.edu*

**ACCOMMODATIONS - Assessment**
- Please allow student 50% more time on all timed exams and quizzes in your class. This accommodation does not afford the student an extension on homework assignments.
- 
- 
- 
- 
- 

**ACCOMMODATIONS - Assistive Technology**
- 
- 
- 
- 
- 

**ACCOMMODATIONS - Classroom Instruction**
- 
- 
- 
- 
- 

*LSCS Disability Services*    *Page: 1*

***ACCOMMODATIONS - Classroom Environment***
- 

***ACCOMMODATIONS - Interpreting and Captioning***
- 

***ACCOMMODATIONS - Other***
- 

Students should request alternative formatting for textbooks (including audio books) from the Assistive Technology Lab. However, the instructor may be responsible for providing enlarged print/additional printed material (i.e. PowerPoint presentations, handouts). Students should consult with instructor regarding specific needs. You and the student should meet to discuss the course requirements and accommodation(s). Should any revisions need to be made, please contact the named counselor listed above. These services commence from the time the student submits the form to the instructor. They are not retroactive. Please review, sign and date this form and return to the counselor indicated below:

**Counselor/Room** *Vicky Saunders - Montgomery - C123*

For a list of additional Faculty Resources, please use the following website link:   http://www.lonestar.edu/faculty-resources-disability.htm

| Student | Date |
|---|---|
| *Instructor* | Date |
| *Vicky Saunders* | *12-14-2015* |
| Counselor | Date |

LSC - OCR 000053

## Sullivan, Mary B

| | |
|---|---|
| **From:** | Sullivan, Mary B |
| **Sent:** | Monday, December 14, 2015 1:19 PM |
| **To:** | Lovell, Darrell A |
| **Cc:** | Saunders, Victoria A |
| **Subject:** | Michael Moates #7326786 |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

My name is Mary Beth Sullivan and I work in the Disabilities Office at Lone Star College, Montgomery. I wanted to let you know that Michael Moates #7326786, a student in your Online GOVT 2306 class (section 3012, class#14683) has special accommodations. Attached please find a copy of Michael's detailed accommodations.
Please let us know if you anticipate any problems and we will work together to find a reasonable solution. Thank you in advance for your assistance with Mr. Moates.

Mary Beth Sullivan
Advisor, Disability Services

-----Original Message-----
From: UP-11139-Copier@Lonestar.edu [mailto:UP-11139-Copier@Lonestar.edu]
Sent: Monday, December 14, 2015 12:57 PM
To: Saunders, Victoria A; Sullivan, Mary B
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Device Name: MC-PXC-C200-01


For more information on Xerox products and solutions, please visit http://www.xerox.com

1

# Exhibit D



Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
5000 Research Forest Drive
The Woodlands, TX 77381-4356
Phone: 832.813.6843
Fax: 832.813.6656
Valentina.E.Dassey@LoneStar.edu
LoneStar.edu

January 20, 2016

*Via Email Delivery mmoates@my.lonestar.edu and michaelsmoates@gmail.com*

*Via CMRRR: 7009 2820 0001 1318 5748*

Mr. Michael Moates
817 Wesleyan St.
Apt. 414
Fort Worth, TX 76105

**Re: Office of the General Counsel Recommendation**

Dear Mr. Moates,

This letter concludes the Lone Star College Office of the General Counsel's (OGC) review into the two issues you raised with our office on January 11, 2016. Your call was directed to our office after you contacted College Presidents, Deans, and the Chancellor's Office seeking help with ongoing complaints you filed regarding alleged discrepancies with Americans with Disabilities (ADA) accommodations for Fall 2015 and Winter 2015-2016 classes.

On January 11, 2016, you called our office at approximately 10:00 a.m. Two OGC attorneys talked with you for a little over one hour. During this conversation you alleged that you had two pending issues that you felt were not being properly addressed. We note that we had several subsequent telephone conversations following your initial call.

The first issue regarded an alleged failure to give you needed accommodations for your Fall 2015 classes. You stated to OGC that you had attempted repeatedly, beginning in October 2015, to request accommodations for your Fall 2015 semester. You stated that October 2015 was the first time you enrolled in classes at Lone Star College. You stated that you attempted to request accommodations by sending numerous emails to the following email address: OnlineAdvisor@LoneStar.edu. You stated that you received no response from your numerous requests to OnlineAdvisor@LoneStar.edu. You stated that other than these emails you made no other attempts to request accommodations via the online advisors. At the end of the Fall 2015 semester, you initiated a grade appeal at Lone Star College-Tomball for at least one of your classes, basing your grade appeal, in part, on the lack of accommodations. You also initiated a student civil rights complaint regarding this same issue, which is being handled and investigated by Ann Johnson. You called OGC because you were unhappy with the grade appeal, which was unsuccessful. You were seeking, at the very least, to have your grades changed or have classes dropped.

The second issue regarded a Government class you took during the Winter 2015-2016 semester. You stated that on or about December 14, 2015, you contacted the Disability Services Office at Lone Star College-Montgomery and requested accommodations. You were granted extended test time. You allege that during one of your multiple-choice exams for the Government class you were not given extended time. You alerted your professor after the exam that you wanted to re-take the

LSC - OCR 000055

test with extended time. You stated that the professor gave you another exam, but it was in an essay format, which you were unhappy with. Instead, you stated you wanted to either re-open the original exam or take another multiple-choice exam. You stated to OGC that you understood that academic integrity was a concern and that re-opening the original exam would not have been reasonable. You stated, however, that if you would have been given the opportunity to take another multiple-choice exam, you would have been satisfied. You, again, initiated a second grade appeal. You were unhappy with this second grade appeal because it was also unsuccessful.

You reached out to OGC so that we could review both grade appeals. You were asked to produce documents substantiating your allegations. For the first issue, you were asked to produce the numerous emails that you sent to OnlineAdvisor@LoneStar.edu. OGC wanted to verify that you made an accommodation request so that any issues from your request could be resolved. You agreed to produce the emails, which you stated were sent some time in October 2015. For the second issue, you were asked to produce any additional documents that could be helpful.

On Saturday, January 16, 2016, five days after you initially contacted OGC, you produced four emails (attached). According to you, these were the emails that you sent to OnlineAdvisor@LoneStar.edu requesting accommodations during Fall 2015. There are a few issues with the emails you produced. First, each of the four emails is **FROM:** OnlineAdvisor@LoneStar.edu, **TO:** Michael Moates <michaelsmoates@gmail.com>. It is difficult to reconcile how your request for accommodations was sent to you from Online Advisor. It seems implausible that Online Advisor would be requesting accommodations to you. Second, the third email you produced titled "Michael Moates Accommodations" is dated Tues, Jan 16, 2015 at 2:07 PM. According to you, you were not enrolled at the College in January 2015. Indeed, according to you, all of the requests for accommodation occurred during and after October 2015. But even more confusing is that this email is dated Tues, Jan 16, 2015. This also seems implausible because January 16, 2015 was a Friday, not a Tuesday.

As you can see, these irregularities make it impossible to confirm that you actually requested accommodations when you said you did. Moreover, to be extra diligent, we requested that our Office of Technology Services (OTS) review emails sent to OnlineAdvisor@LoneStar.edu during October 2015 from the email addresses you gave us. OTS was unable to find any emails that were sent from you to OnlineAdvisor@LoneStar.edu regarding accommodation. Again, we were unable to verify that you actually requested accommodations. As such, we will recommend that the Dean of Student Instruction's decision regarding your first grade appeal stand.

The results of your second grade appeal will also remain undisturbed. We were able to verify that your Government Professor did in fact offer you a multiple-choice exam with extra allotted time on three separate occasions (attached and highlighted). You chose to take the exam in essay format. You agreed that had you been offered a multiple choice exam you would have been happy with the outcome of this class. Because this did occur (you were given the option of extra time on a second multiple-choice exam), our recommendation is that this second grade appeal also stand.

OGC spent seven working days, from the date you contacted our office, diligently trying to verify your allegations. We were unable to find any grounds for making different recommendations.

LSC - OCR 000056

We remind you that dishonesty is a violation of the student code of conduct. We also remind you that fabrication of evidence is a serious violation and can have serious repercussions on your academic record. At this time, we will forward this letter to you, Dr. Lee Ann Nutt and Dr. Rebecca Riley. This concludes our review.

Questions concerning this review should be addressed to Val Dassey at the Office of the General Counsel at Valentina.E.Dassey@lonestar.edu or at (832)813-6843. Moreover, in the future, we recommend that you direct questions and concerns regarding your accommodations to Disability Services Office Manager, Iris Hansen, at Iris.D.Hansen@lonestar.edu or at (281)290-1869. You stated to OGC that you previously communicated with Ms. Hansen and are comfortable with her.

Respectfully,

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System

cc:     Mario K. Castillo, General Counsel
        Dr. Lee Ann Nutt, President of Lone Star College Tomball
        Dr. Rebecca Riley, President of Lone Star College Montgomery

Enclosures (2):

1.  Email correspondence from Michael Moates to OGC attorney, Val Dassey (2 pages)
2.  Email correspondence between Michael Moates and Professor Lovell (9 pages)

LSC - OCR 000057

## Dassey, Valentina

| | |
|---|---|
| **From:** | Michael Moates <michaelsmoates@gmail.com> |
| **Sent:** | Saturday, January 16, 2016 4:23 AM |
| **To:** | Dassey, Valentina |
| **Subject:** | Michael Moates Email's |

Val I have attached the email I was able to find. Bear in mind that I can not forward the attachment but I believe you already have the documentation.

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Oct 19, 2015 at 4:31 PM
Subject: Michael Moates Disability
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael S. Moates. I want to put my 504 plan into place. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP. I have attached a copy of my documentation from the Child Study Center and Dr. Julian Haber.

Respectfully,

Michael Moates

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Nov 9, 2015 at 8:44 PM
Subject: Michael Moates 504
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I have been trying to get a hold of somebody for some time now trying to get my accommodations put into place. I really need somebody to help me I have attached the documentation and would really much appreciate hearing from somebody ASAP. Not having these accommodations in place is directly impacting my great because I need these for my disability.

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Tues, Jan 16, 2015 at 2:07 PM
Subject: Michael Moates Accommodations
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael Moates. I have some accommodations I need to discuss with someone. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP.

Respectfully,

Michael Moates

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu

1

Enclosure No. 1 to Letter from OGC to Mr. Moates

Date: Sat, Nov 28, 2015 at 8:37 AM
Subject: Michael Moates 504 Plan
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I am really starting to get irritated at been trying to contact you guys recording my accommodations for some time now I nobody is going communication back with me. I am really frustrated that this is not been put into place within reasonable matter time and I am about ready to file something with the Department of Education of somebody does not get back in communication with me. I have again attached the documentation.

Respectfully,

Michael Moates
(817)-880-4326

.

.                                                    .

Enclosure No. 1 to Letter from OGC to Mr. Moates

LSC - OCR 000059



On Dec 29, 2015, at 3:02 PM, Lovell, Darrell A <Darrell.A.Lovell@lonestar.edu> wrote:

Michael,

After speaking with my department chair, who is copied here, I have uploaded your essay exam. It is four questions worth 25 points each.

You will need the password Matthew248 to enter the exam. If you provide this password to any other student it will be considered cheating and I will apply a zero for the exam. Once entered you will have 90 minutes to complete the exam and one chance to do it. If there is an issue with D2L exit the exam immediately, do not proceed, notify me first and then call tech support. If you cannot see the exam notify me immediately.

The exam is available and must be completed by 3PM Wednesday 12/30. Failure to meet this deadline will result in me assigning the grade on the previous exam.

Once completed you will receive the higher of the two grades of this exam and the first one and the grade will be assigned.

Regarding your appeal, I have no effect on that process or your abilities/options for it. Therefore I will not provide anything for that.

Enclosure No. 2 to Letter from OGC to Mr. Moates

LSC - OCR 000060

Darrell Lovell
Adjunct Instructor, Lone Star College
Government
Darrell.A.Lovell@lonestar.edu

From: Michael Moates <michaelsmoates@gmail.com>
Sent: Tuesday, December 29, 2015 10:33 AM
To: Lovell, Darrell A
Cc: Benifield, Annie J
Subject: Re: Michael Moates Accommodations

Sir,

After speaking with Dr. Nutt today, I have decided I would like to take the essay exam format
you offered to me earlier this week. I will take the higher of the two grades as you offered.
However, if I do worse on the essay exam I still would like to have it in writing that I have the
right to appeal the grade due to the fact that the original accommodations were not put in place
for the original exam and that by taking this option I am not waiving that right. I know that this
was not intentional but I want to protect myself and my grade as much as possible. Per Dr. Nutt,
I will be speaking with the VP of Student Services after the break.

Respectfully,

Michael Moates

On Tue, Dec 29, 2015 at 7:25 AM, Lovell, Darrell A <Darrell.A.Lovell@lonestar.edu> wrote:
  Ok. Be sure to complete the work moving forward this week.


Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
y>


-------- Original message --------
From: Michael Moates <michaelsmoates@gmail.com>
Date: 12/29/2015 1:21 AM (GMT-06:00)
To: "Lovell, Darrell A" <Darrell.A.Lovell@lonestar.edu>, "Benifield, Annie J"
<Annie.J.Benifield@lonestar.edu>
Subject: Re: Michael Moates Accommodations

Good Morning,

I have to tell you that this is not the first time this has happened. I would like to consult the
disability services department as that is my legal right and will get back to you after that. At this
point, you are changing what you told me I could do and now I want to cover my bases. I have
in writing my accomadations which were not followed. This makes it a civil service matter. I
have a call scheduled with President Nutt after the break for a previous issue of accomdations I
will speak with her then regarding this issue. Averaging the grades would possibly make my

2

grade lower than it is now which is not right. Having to take a different exam is not what is supposed to be done. This happened because the correct settings were not input into D2L and I have that in writing from D2L support. I also spoke to the the gentlemen who you sent me the email and he said I cant redo that attempt but you could open it up and allow me to finish with my answer saved.

At this point, I would like the grade to sit still until after I have had a chance to consult with disablitiy services, Dr. Nutt, and the Texas Higher Coordinating Board regarding this issue as my rights were clearly violated.

Respectfully,

Michael Moates

On Mon, Dec 28, 2015 at 1:37 PM, Lovell, Darrell A <Darrell.A.Lovell@lonestar.edu> wrote:
Michael

I consulted my department chair Dr. Benifield today as well as our dean and here is what they have advised....

You have two options

1. I make you a different multiple choice exam and you take the higher of your two scores.

2. I average your 1st exam and final and apply that as your exam two grade.

Let me know which you choose by 5PM today. If you choose option 1 I will have to write the exam up and it will be ready for tomorrow and you will have to complete it by Tuesday evening at 9PM.


Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
y>


———— Original message ————
From: Michael Moates <michaelsmoates@gmail.com>
Date: 12/27/2015 10:14 PM (GMT-06:00)
To: "Lovell, Darrell A" <Darrell.A.Lovell@lonestar.edu>
Subject: Re: Michael Moates Accommodations

How many essay questions would there be or would it be like a written essay?

Sent from my iPhone

On Dec 27, 2015, at 9:31 PM, Lovell, Darrell A <Darrell.A.Lovell@lonestar.edu> wrote:

3

LSC - OCR 000062

That is contridictory to what I have been told on multiple occasions by tech support. I just spoke with Mark with tech support and he confirmed that an attempt cannot be re-opened, I could allow you another attempt but you would have to do it from scratch. I have asked him to send me an email that I will forward to you to confirm or he said to call them and ask for him by name.

As for me not liking what you write, I grade everything objectively. That is my job. If you answer the question correctly and fully you would get the credit you earn.

You believe you should be given the same exam. I believe it is unfair to others to give any student an exam they have already seen regardless of circumstance. I will provide you with an exam, even a multiple choice exam if you choose, that you will have 90 minutes to complete. The exam would be fair and on the same material.

If I allow you to take an exam you have already answered all the questions for and had multiple days to consider it would be disingenious to the assessement and academic process.

Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent From my Sprint Samsung Galaxy S® 5
y>
——— Original message ———
From: Michael Moates <michaelsmoates@gmail.com>
Date: 12/27/2015 9:14 PM (GMT-06:00)
To: "Lovell, Darrell A" <Darrell.A.Lovell@lonestar.edu>
Subject: Re: Michael Moates Accommodations

Here is my response to your previous email:

I spoke to the service desk and they informed me what you were told is false. This possible to be opened back up by the teacher. Also, it would not get rid of my answers so I could have that extra thirty minutes. The exam can be opened back up I just got off the phone with them. "Once an exam is submitted in D2L you cannot restart it or reopen it according to LSC tech support."

What is a part of the ADA rules is the fact that I have to take the same test as everyone else but modified timing and I do have that in writing in the rules.

The reason I am so admit is because I don't want my GPA to be affected and an essay is an open ended question. You could not like what I submit and I could get a lower grade than the first exam.

Respectfully,

Michael Moates

◄

On Sun, Dec 27, 2015 at 2:16 PM, Lovell, Darrell A
<Darrell.A.Lovell@lonestar.edu> wrote:

That is fine. Here you go:

I entered your accommodations but the system, D2L, did not save them. That
was the issue. I acknowledge that issue and you will be given the chance to
take exam two with the accommodations.

However, according to the attempt logged in D2L you completed the exam
and answered all 50 questions in 42 minutes. Once an exam is submitted in
D2L you cannot restart it or reopen it according to LSC tech support.

The options we have is to take your grade or to allow you to re-take exam
two. While I acknowledge that your accommodations were not met due to a
mix up in D2L, I cannot allow you to take the same exam. You have seen the
exam and it would be unfair to allow you to take an exam that you have
already seen and had the opportunity to prepare for. While you have
accommodations, that is not part of them in my understanding.

My policy on any make up/re-take, which this will be, is to substitute that
with an essay exam. However, I will give you a new multiple choice exam, but
it will not be the same questions. The exam will cover the same material and
sections that we have gone over for exam two.

If you feel this is unfair you can speak with my department chair, Annie
Benifield (Annie.J.Benifield@lonestar.edu) or with the disability office on
campus.

Darrell Lovell
Adjunct Instructor, Lone Star College
Government
Darrell.A.Lovell@lonestar.edu

From: Michael Moates <michaelsmoates@gmail.com>
Sent: Sunday, December 27, 2015 2:03 PM
To: Lovell, Darrell A

5

**Subject: Re: Michael Moates Accommodations**

I want to keep everything in writing at this point. So I prefer if we could just email back-and-forth. I'm sorry for being so hard-core about this but my grade point average is really high and I feel like it's going to bring it down significantly.

Sent from my iPhone

On Dec 27, 2015, at 1:59 PM, Lovell, Darrell A <Darrell.A.Lovell@lonestar.edu> wrote:

My number is 832 724 7918

.

Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
y>

————— Original message ————
From: Michael Moates <michaelsmoates@gmail.com>
Date: 12/27/2015 1:55 PM (GMT-06:00)
To: "Lovell, Darrell A" <Darrell.A.Lovell@lonestar.edu>
Subject: Re: Michael Moates Accommodations

Sir,

With all due respect, that is not acceptable to me. As a student my rights were violated, I am supposed to be taking the same exam as everyone else. I only used 42 minutes because I wanted to go take a screen shot showing that I only received an hour. According to your own syllabus, technology issues are not acceptable excuses. I feel that the exam should be opened up with my current answers and I should be allowed to go in and finish. I mean no disrespect if that how you choose not to go I would like to contact the ADA office. I don't think having me do a different test where I could possibly get a lower score is fair nor having me redo an entire test because of technical error. I would like to contact the ADA office and I will get back with you.

Respectfully,

6

LSC - OCR 000065

Michael Moates

On Sun, Dec 27, 2015 at 10:09 AM, Lovell, Darrell A
<Darrell.A.Lovell@lonestar.edu> wrote:
 Michael

So I am back.....it looks like the system did not save the
changes. So that is what happened.


It only took you 42 of the 60 minutes to complete the exam.
So you did not need the extra time.

If you redo the exam I cannot let you take the same exam
because you have already seen it. If you take another exam it
will be an essay exam. You will have the 90 minutes but I
cannot let you take an exam you have already seen and
furthermore completed in less than the time allotted.

If you want the make up I will set it up so you can take it
tomorrow.



Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
V>


——— Original message ———
From: Michael Moates <michaelsmoates@gmail.com>
Date: 12/26/2015 10:39 PM (GMT-06:00)
To: "Lovell, Darrell A" <Darrell.A.Lovell@lonestar.edu>
Subject: Fwd: Michael Moates Accommodations

I understand its just I won't be available to take work on this
tomorrow because I will be unavailable. I was just double
checking. I mean no disrespect I just don't want to loose
credit because I couldn't be available tomorrow.

Respectfully,

Michael Moates

7

Begin forwarded message:

From: "Lovell, Darrell A"
<Darrell.A.Lovell@lonestar.edu>
Subject: RE: Michael Moates Accommodations
Date: December 26, 2015 at 10:36:44 PM CST
To: Michael Moates
<michaelsmoates@gmail.com>

Michael,

I told you I would look into it when I got back
tomorrow. I will do that. Thank you.

Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® S
y>

———— Original message ————
From: Michael Moates
<michaelsmoates@gmail.com>
Date: 12/26/2015 10:29 PM (GMT-06:00)
To: "Lovell, Darrell A"
<Darrell.A.Lovell@lonestar.edu>
Subject: Re: Michael Moates Accommodations

Sir,

Spoke to D2L and they told me that Exam 2 had
no special access permission settings that it
was only set to an hour. Maybe it was only that
one exam.

Respectfully,

Michael Moates

On Sat, Dec 26, 2015 at 12:16 PM, Lovell,
Darrell A <Darrell.A.Lovell@lonestar.edu>
wrote:
  Michael

8

It should have given you more time......I am
out of town and will be back tomorrow and
will look into it then.


Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
y>


------ Original message ------
From: Michael Moates
<michaelsmoates@gmail.com>
Date: 12/25/2015 11:30 PM (GMT-06:00)
To: "Lovell, Darrell A"
<Darrell.A.Lovell@lonestar.edu>
Subject: Michael Moates Accommodations

Sir,

I did Exam 2 tonight but I did not have the
extension on there and it would not allow me
to stop as I only had one attempt. I did okay
but felt I could have done better if I had
longer. Please advice on what you want me to
do.

Respectfully,

Michael Moates

9

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Prov

For delivery information visit our website at www.usps.co

OFFICIAL US

| | |
|---|---|
| Postage | $ 7.17 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postma
Here

1/20

Sent To  Michael Moates

Street, Apt. No.; or PO Box No.  617 Wesleyan St, #

City, State, ZIP+4  Fort Worth, TX 76

PS Form 3800, August 2006                    See Reverse for

7005 0390 0003 1318 5748

# Certified Mail Provides:

- ☒ A mailing receipt
- ☒ A unique identifier for your mailpiece
- ☒ A record of delivery kept by the Postal Service for two years

## *Important Reminders:*

- ☐ Certified Mail may ONLY be combined with First-Class Mail®
- ☐ Certified Mail is *not* available for any class of international ma
- ☐ NO INSURANCE COVERAGE IS PROVIDED with Certi valuables, please consider Insured or Registered Mail.
- ☐ For an additional fee, a *Return Receipt* may be requested to delivery. To obtain Return Receipt service, please complete and Receipt (PS Form 3811) to the article and add applicable posta fee. Endorse mailpiece "Return Receipt Requested". To receive a duplicate return receipt, a USPS® postmark on your Certifie required.
- ☒ For an additional fee, delivery may be restricted to the addressee's authorized agent. Advise the clerk or mark the ma endorsement *"Restricted Delivery"*.
- ☒ If a postmark on the Certified Mail receipt is desired, please cle at the post office for postmarking. If a postmark on th receipt is not needed, detach and affix label with postage and

## IMPORTANT: Save this receipt and present it when makin

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

LSC - OCR 000070

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION C**

A. Signature

X *(signature)*

B. Received by ( Printed Name

*(signature)*

D. Is delivery address different
If YES, enter delivery addre

1. Article Addressed to:

Mr. Michael Moates
817 Wesleyan St.
Apt. 414
Fort Worth, TX
76105

3. Service Type
- ☒ Certified Mail
- ☐ Registered
- ☐ Insured Mail
- ☐ Expr
- ☐ Retu
- ☐ C.O

4. Restricted Delivery? (Extra

2. Article Number
*(Transfer from service label)*

7009 2820 0001 1318 579

PS Form 3811, February 2004        Domestic Return Receipt        LSC - C

UNITED STATES POSTAL SERVICE

N TEXAS
DALLAS 750

25 JAN '16
PM 3 1



• Sender: Please print your name, address, and ZIP+4 in

*Valentina Byssey*

*office of the General*

*Lone Star College S*

*5000 Research Forest*

*#SB 240*

31435600

*The Woodlands TX*

LSC - C

| From: | Dassey, Valentina |
|---|---|
| To: | "Michael Moates"; mmoates@my.lonestar.edu |
| Cc: | Castillo, Mario K; Nutt, Lee Ann; Riley, Rebecca L |
| Bcc: | Dassey, Valentina; Molina, Nancy |
| Subject: | M. Moates, OGC Recommendation Letter |
| Date: | Wednesday, January 20, 2016 3:54:00 PM |
| Attachments: | M. Moates, OGC Recommendation Letter 2016.01.20.pdf |
| Importance: | High |

Good afternoon Mr. Moates,

Attached to this email is the Office of the General Counsel Recommendation along with two enclosures. It is a total of fourteen pages. This is being sent to you via email and Certified Mail Return Receipt Requested. Thank you.

Kind regards,

Val Dassey

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System
5000 Research Forest Drive
The Woodlands, Texas 77381
(832) 813-6843
(832) 813-6656 (Fax)
Email: Valentina.E.Dassey@lonestar.edu
The information in this email is legally privileged and confidential information intended to be reviewed by only the individual(s) organization named.



# Exhibit E

**From:**
**To:**
**Subject:**
**Date:**
**Attachments:**

---

**From:** Nutt, Lee Ann
**Sent:** Monday, January 25, 2016 3:56 PM
**To:** 'michaelmoates@gmail.com'; Michael Moates
**Subject:** FW: M. Moates, Discrimination Claim Findings

Mr. Moates,

I apologize for my error in the salutation below.

Thank you,

Lee Ann Nutt

**From:** Nutt, Lee Ann
**Sent:** Monday, January 25, 2016 3:54 PM
**To:** Michael Moates; 'michaelmoates@gmail.com'
**Subject:** M. Moates, Discrimination Claim Findings

Dr. Moates,

Attached to this email is a copy of a letter that was mailed to you today (January 25, 2016) via Certified Mail Return Receipt Requested (Claim # 7013 1090 0000 2836 3456).  This letter closes the discrimination claim you filed on or around December 17, 2015, stating that your civil rights had been violated.

Thank you,

Dr. Lee Ann Nutt
President
Lone Star College-Tomball
30555 Tomball Parkway
Tomball, TX  77377

281-351-3378
@NuttsforTomball

LSC - OCR 000075



**LONE STAR
COLLEGE
TOMBALL**

January 26, 2016


Via email delivery to mmoates@my.lonestar.edu and michaelmoates@gmail.com

Via CMRRR: 7013 1090 0000 2836 3456


Michael Moates
4440 West Airport Freeway
Irving, TX  75062

Re: Discrimination Investigation Results

Dear Mr. Moates:

This letter concludes the investigation into your student civil rights complaint filed on or about December 17, 2015 alleging discrimination based on your ADA rights.  Per the investigation, there is no evidence of discrimination against you and no finding that your ADA rights were violated.  I was informed that Ms. Ann Johnson, whom I appointed to investigate your complaint, notified you on January 20, 2016 about the outcome of her investigation.  She also provided me with a written report detailing her investigation and summarizing her findings.  Upon review of her report, I uphold her conclusion.

You may request a copy of the investigative report by contacting my office at 281-357-3755.

Respectfully,

Lee Ann Nutt, Ed.D.
President

Dr. Lee Ann Nutt
President, Lone Star College-Tomball
281.357.3755
LeeAnn.Nutt@LoneStar.edu

30555 Tomball Parkway
Tomball, TX 77375-4036
281.351.3300
LoneStar.edu/Tomball

# Exhibit F

LONE STAR
COLLEGE
TOMBALL

# Lone Star College-Tomball

---

### Arts, Business, Behavioral Science & Social Sciences Division

# GOVT 2305-3020
## FEDERAL GOVERNMENT

| Course Information | Faculty Information |
|---|---|
| Semester: Fall 2015 | Name: Dr. Annie Johnson Benifield |
| Class Meeting Days: Online | Office Location: S 257D |
| Class Meeting Time: Online | Office Phone: 281-357-3761 |
| Class Location: LSC-Online / D2L (8W2) | Office Hours: TTH 10:00 –12:30 & By Appt |
| | Email: annie.j.benifield@lonestar.edu |

**COURSE DESCRIPTION:**

3 Credits (3 hrs. lec.) Origin and development of the U.S. Constitution, structure and powers of the national government including the legislative, executive, and judicial branches, federalism, political participation, the national election process, public policy, civil liberties and civil rights. (4510025125) *Prerequisites: ENGL 0305 or ENGL 0365 AND ENGL 0307 or ENGL 0375 OR higher level course (ENGL 1301) OR placement by testing*

**COURSE LEARNING OUTCOMES:**

- Explain the origin and development of constitutional democracy in the United States.
- Demonstrate knowledge of the federal system.
- Describe separation of powers and checks and balances in both theory and practice.
- Demonstrate knowledge of the legislative, executive, and judicial branches of the federal government.
- Evaluate the role of public opinion, interest groups, and political parties in the political system.
- Analyze the election process.
- Describe the rights and responsibilities of citizens.
- Analyze issues and policies in U.S. politics.

**REQUIRED TEXTBOOKS AND/OR MATERIALS:**



**We The People: An Introduction to American Politics**, Tenth Edition
Benjamin Ginsberg, Theodore J. Lowi, Margaret Weir, and Caroline J. Tolbert
W. W. Norton & Company, Inc.
ISBN: 9780393277371

**OPTIONAL TEXTBOOK AND/OR MATERIALS:**
http://digital.wwnorton.com/wethepeople10

*You will also need access to Microsoft Office. It may be obtained here for free: Office.com/GetOffice365

Students are required to view this video:
https://vimeo.com/user6945469/student
Password: grit
You must also take this survey:
For Students: aq.peaklearning.com/lonestar-1

## ADA STATEMENT:

The Lone Star College System is dedicated to provide the least restrictive learning environment for all students. The college district promotes equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please notify the instructor of this course as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations.

## ATTENDANCE POLICY:

Attendance and participation in all classes are expected. Should you anticipate an absence from logging into the class for more than a few days, you are required to notify the instructor. Any student who does not log into the class and actively participate in the first week of this class may be deactivated. Prolonged inactivity **may** result in an administrative withdrawal from this course by the instructor. To be considered in attendance a student must take the course and syllabus during week one and thereafter submit all required assignments.

## ASSIGNMENTS/EXAMS:

All assignments are to be completed and submitted to the instructor on/before the scheduled deadline date. No late assignments will be accepted. Grades for all assignments will be posted approximately one week after the deadline date. _STUDENTS CAN ACCESS THEIR FINAL GRADE IN MY LONESTAR AFTER TUESDAY, DECEMBER 15, 2015._

## WITHDRAWAL POLICY:

Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student's transcript and no credit will be awarded. Prior to the official day of record, it is the student's responsibility to initiate and complete a request for withdrawal from any course.

If you are considered a first-time college student, a new law was passed in Fall 2007 that limits to six the number of courses you may drop _(withdraw with a grade of "W")_ while enrolled at any Texas public institution of higher education. A first time college student is a student not currently enrolled in high school and who has never taken a college or university course anywhere at any time.

If you consider dropping this course during the semester, you might want to go to advising prior to dropping and get information about the Six-Drop Rule. _THE LAST DAY TO WITHDRAW/DROP AND RECEIVE A "W" IS NOVEMBER 30, 2015._

## ACADEMIC INTEGRITY:

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. We promote the importance of personal and academic honesty. We embrace the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. No fabrication of sources, cheating, or unauthorized collaboration is permitted on any work submitted within the District.

Consequences for academic dishonesty to be determined by the professor, or the professor and Academic Dean, or the professor and Chief Student Services Officer can include but are not limited to: 1.) having additional class requirements imposed, 2.) receiving a grade of zero or "F" for an exam or assignment, 3.) receiving a grade of "F" for the course, 4) being withdrawn from the course or program, 5.) being expelled from the college district.

Professors should clearly explain how the student's actions violated the academic integrity policy, how a grade was calculated, and the actions taken.

LSC - OCR 000078

http://www.lonestar.edu/departments/libraries/academic_integrity_brochure.pdf

**GRIT FACTOR:**
GRIT, Growth, and Greatness is a college-wide initiative designed to foster student success. GRIT, which is an acronym for growth, resilience, instinct, and tenacity, is defined by Dr. Paul Stoltz as follows: "Your capacity to dig deep and do whatever it takes, even sacrifice, struggle, and suffer, to achieve your most worthy goals in the best ways." As a GRIT-designated class, GOVT 2305 will provide you a number of extra credit opportunities to develop an awareness and to experience how GRIT can influence your academic performance and success. A list of civic engagement activities is included in the Getting Started Folder to engage you more fully in the academic process; please submit the appropriate evidence for participation.

**EVALUATION:**

There will be **_Four major exams_** in this course. Each examination will be worth **_75_** points. Exams **_"may"_** include any combination of the following: long answer written essays, with the remainder being objective type questions-multiple choice, and true/false. It is critical that you take notes when **_reading_** all assigned chapters. Also take chapter quizzes to assess your understanding of required readings.

| Requirements | Points |
|---|---|
| Exam 1 | 75 |
| Exam 2 | 75 |
| Exam 3 | 75 |
| Exam 4 | 75 |
| Quizzes | 140 |
| Chapter Assignments | 140 |
| Discussions | 20 |
| TOTAL | 600 |

**LETTER GRADE ASSIGNMENT:**

Final letter grades will be assigned after computing the total number of points earned as follows:

| Final Average in Points | Letter Grade |
|---|---|
| 600-537 | A |
| 536-477 | B |
| 476-416 | C |
| 415-357 | D |
| 356-below | F |

*Class lectures and discussions will receive the primary emphasis in the course with textbooks and current news events being important supplemental sources. Fifty percent of each exam will be taken directly from the assigned readings in the textbooks and fifty percent from the lectures/discussions.*

**_Since this is an online class you can access the syllabus and course materials in D2L._**

http://www.lonestar.edu/lsc-online/

**STUDY GUIDE**

All study course materials are located with LSC-Online/D2L for Ginsberg, Lowi, Weir & Tolbert, **_We The People: An Introduction to American Politics_** chapter outlines, flashcards, and chapter quizzes, and other critical data related to the study of GOVT 2305 Federal Government.

LSC - OCR 000079

The deadline time for all assignments in this class is *11:55 p.m. CST/CDT* on the due date. Please do not wait until the last minute. You will automatically be locked out of the assignment if it has not been completed and submitted by the time specified.

## COURSE REQUIREMENTS:

## EXAMINATIONS

FOUR MAJOR EXAMS ARE REQUIRED IN THIS COURSE. THE FORMAT OF THE EXAMS *"WILL"* INCLUDE ESSAY QUESTIONS AND *"MAY"* INCLUDE A COMBINATION OF MULTIPLE CHOICE AND/OR TRUE/FALSE QUESTIONS OVER THE ASSIGNED CHAPTERS FROM THE 10TH EDITION OF GINSBERG, LOWI, WEIR & TOLBERT, *WE THE PEOPLE*.

**SYLLABUS QUIZ DEADLINE: OCTOBER 23, 2015**

**EXAM #1 DEADLINE: OCTOBER 31, 2015**

**EXAM #2 DEADLINE: NOVEMBER 14, 2015**

**EXAM #3 DEADLINE: NOVEMBER 28, 2015**

**EXAM #4 DEADLINE: DECEMBER 7, 2015**

### QUIZZES:

THERE IS A TOTAL OF FOUR (4) MANDATED QUIZZES REQUIRED IN THIS COURSE. EACH QUIZ IS WORTH *35* POINTS AND ONE IS ASSOCIATED WITH EACH PHASE OF THIS COURSE. THESE QUIZZES WILL BE AVAILABLE BEGINNING THE WEEK OF *OCTOBER 19, 2015.* YOU CAN TAKE EACH QUIZ TWICE AT ANY TIME PRIOR TO THE DEADLINE DATE IN *D2L*. THE HIGHEST QUIZ SCORE WILL POST IN THE GRADE BOOK AUTOMATICALLY. QUIZZES WILL NOT BE AVAILABLE AFTER THE POSTED DEADLINE DATE SO PLEASE PLACE THE DUE DATES AND TIMES ON YOUR CALENDAR FOR IMMEDIATE ACCESS. THE TIME ALLOTTED FOR EACH QUIZ IS *35* MINUTES. *NO ADDITIONAL OPPORTUNITIES ARE AVAILABLE FOR COMPLETING THIS WORK. ALL QUIZZES EXPIRE AT 11:55CST/CDT ON THE DEADLINE DATE.*

### DISCUSSION BOARD TOPICS/ CHAPTER ASSIGNMENTS   WORTH 160 POINTS

FOUR TOPICS ARE ON THE DISCUSSION BOARD FOR COMMENT. EACH STUDENT MUST POST THE INFORMATION REQUESTED ON/BEFORE THE DUE DATE. YOU MUST ALSO RESPONSE TO TWO OTHER POSTS BY OTHER STUDENTS. YOU WILL RECEIVE A MAXIMUM OF **FIVE** (5) POINTS FOR EACH TOPIC WHEN THE REQUIRED INFORMATION IS PROVIDED.

LISTED BELOW ARE THE FOUR DISCUSSION BOARD TOPICS AND DUE DATES:

1) SAME SEX MARRIAGE – OCTOBER 26, 2015
2) HEALTHCARE REFORM – NOVEMBER 4, 2015
3) THE PRESIDENCY – NOVEMBER 18, 2015
4) ENTITLEMENTS – DECEMBER 2, 2015

LSC - OCR 000080

## CHAPTER ASSIGNMENTS:

Student will go to the D2L l website listed above and complete chapter assignments and submit on the date specified on the syllabus. Additional information is required for successful completion of these assignments in D2L. *ABSOLUTELY NO LATE ASSIGNMENTS WILL BE ACCEPTED.*

Thirty Six (36) chapter assignments are required for this course. The point value for each chapter assignment is varied. *You can* complete and submit these assignment any time up to the deadline date specified on the syllabus & course schedule. The grade for each assignment will post in the D2L grade book approximately one week after the deadline date so that each student can monitor individual progress in this course. Please read carefully and follow all instructions provided for completing all assignments.

### GOVT 2305-3020 IS DIVIDED INTO FOUR PHASES:

I.  **PHASE ONE: OCTOBER 19-31, 2015**
    1. TEXTBOOK CHAPTERS-GINSBERG, ET. AL CHAPTERS 2, 1, 3 & 10
    2. COURSE & SYLLABUS QUIZ DEADLINE: OCTOBER 23 , 2015
    3. DISCUSSION BOARD TOPIC #1 DEADLINE: OCTOBER 25, 2015
    4. CHAPTER ASSIGNMENTS: OCTOBER 31, 2015
    5. QUIZ #1 DEADLINE: OCTOBER 31, 2015
    6. EXAM #1 DEADLINE: OCTOBER 31, 2015

II. **PHASE TWO: NOVEMBER 1-14, 2015**
    1. TEXTBOOK CHAPTERS: GINSBERG, ET.AL CHAPTERS 6, 8, 9, 11 & 7
    2. DISCUSSION BOARD TOPIC #2: DEADLINE: NOVEMBER 4, 2015
    3. CHAPTER ASSIGNMENTS: NOVEMBER 14, 2015
    4. QUIZ: #2 DEADLINE: NOVEMBER 14, 2015
    5. EXAM #2 DEADLINE DATE: NOVEMBER 14, 2015

III. **PHASE THREE: NOVEMBER 15-28, 2015**
    1. TEXTBOOK CHAPTERS – GINSBERG, ET AL. 12, 13, 14 & 15
    2. DISCUSSION TOPIC #3: DEADLINE: NOVEMBER 18, 2015
    3. CHAPTER ASSIGNMENTS: NOVEMBER 28, 2015
    4. QUIZ #3 DEADLINE: NOVEMBER 28, 2015
    5. EXAM #3 DEADLINE: NOVEMBER 28, 2015

IV. **PHASE FOUR: NOVEMBER 29-DECEMBER 7, 2015**
    1. TEXTBOOK CHAPTERS: GINSBERG, ET.AL CHAPTERS 4, 5, 16, 17 & 18
    2. DISCUSSION BOARD TOPIC #2: DEADLINE: DECEMBER 2, 2015
    3. CHAPTER ASSIGNMENTS: DECEMBER 7, 2015
    4. QUIZ: #4 DEADLINE: DECEMBER 7, 2015
    5. EXAM #4 DEADLINE DATE: DECEMBER 7, 2015

|  | Course Learning Outcomes:#1 Chapters 2; #2 Chapter 3; #3 Chapter 3; #4 Chapters 15; #5 Chapters 6, 9 & 11; #6 Chapters 10; #7 Chapters 4 &5; #8 Chapters 16, 17 & 18 |  |
|---|---|---|
|  |  |  |

## * THE *INSTRUCTOR RESERVES THE RIGHT TO ALTER THE SCHEDULE.*

LSC - OCR 000081

**DIVISION POINT OF CONTACT:**
Jill Riethmayer, Dean
Behavioral Sciences, Business, Humanities & Social Sciences
Lone Star College - Tomball
30555 Tomball Parkway
Tomball, TX 77375
281-351-3342
Jill.Riethmayer@lonestar.edu


## THE LSC-TOMBALL LIBRARY HOURS AND PHONE:
http://www.lonestar.edu/library/info.htm

### The phone number is 832-559-4211.

| | |
|---|---|
| Monday – Thursday: | 8:00 a.m. – 9:30 p.m. |
| Friday: | 8:00 a.m. – 6:00 p.m. |
| Saturday: | 10:00 a.m. – 5:00 p.m. |

## THE LSC-TOMBALL ASSESSMENT CENTER:
http://www.lonestar.edu/testing-tomball.htm

### The phone number is 832-559-4245.

| | |
|---|---|
| Monday – Thursday: | 8:00 a.m. – 8:00 p.m. |
| Friday: | 8:00 a.m. – 5:00 p.m. |
| Saturday: | 9:00 a.m. – 3:00 p.m. |

## DISTANCE LEARNING HELPDESK NUMBER:
http://www.lonestar.edu/lsc-online/student-support.htm

### 1-866-614-5014 – Open 24 hours a day, 7 days a week.

## TUTORING:

Free tutoring is available to all Lone Star College System students. Tutors are professionals with CRLA certification. We also have a list of private tutors for your convenience. Please visit our **Extended Learning Center** or http://www.lonestar.edu/tutoring-tomball.htm for more information.

## SOFTWARE PIRACY:

Law strictly prohibits unauthorized copying of software purchased by LSC-Tomball for use in laboratories. The LSC-Tomball administration will take appropriate disciplinary action against anyone violating copyright laws.

## COMPUTER VIRUS PROTECTION:

Computer viruses are, unfortunately, a fact of life. Using the diskettes on more than one computer creates the possibility of infecting computers and diskettes with a computer virus. This exposes the computers of the college, your personal computer, and any others you may be using to potentially damaging viruses. The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines. It is your responsibility to protect all computers under your control and use and ensure that each diskette you use, whenever or wherever you use it, has been scanned with anti-virus software. Since new viruses arise continually, your anti-virus software must be kept current. And, since no anti-virus software will find every virus, keeping copies of data (backups) is extremely important.

## EQUAL OPPORTUNITY STATEMENT:

Lone Star College System is committed to the principle of equal opportunity in education and employment. The system does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, and other system or college administered programs and activities.

LSC - OCR 000082

## SCANS MATRIX:

The U.S. Department of Education Secretary's Commission on Achieving Necessary Skills (SCANS) has researched and listed the skills and competencies that make up the know-how employees will need for workplace success.  You can view the SCANS skills that are included in the course objectives at the Lone Star College System web site at: http://www.lonestar.edu and follow links.

**FOR ADVISING ON THIS PROGRAM OR OTHER AREAS AT LSC-TOMBALL CONTACT:**

o  Department Chairs
  ▪  Behavioral Sciences, Debra Parish: Debra.Parish@lonestar.edu, 281-351-3341
  ▪  Business, Joe Cahill: Joseph.M.Cahill@lonestar.edu, 281-357-3617
  ▪  Social Sciences, Dr. Annie Johnson Benifield:  Annie.J.Benifield@lonestar.edu, 281-357-3761

o  Program Coordinators
  ▪  Arts, Jill Riethmayer: Contact Deena Donaho, 281-357-3798
  ▪  Drama, Sherri White: Sherri.R.White@lonestar.edu, 281-357-3654
  ▪  Music, Dr. Lisa Morales: Lisa.Morales@lonestar.edu, 281-401-1845

o  Division Dean, Jill Riethmayer: Jill.Riethmayer@lonestar.edu, 281-351-3342
o  There is also information at:  http://www.lonestar.edu

LSC - OCR 000083

# GOVT 2305 COURSE SCHEDULE

*Phase One: October 19 - 31, 2015*
*Chapters 2, 1, 3 & 10*

October 23, 2015 – Syllabus Quiz
October 26, 2015 - Discussion Board Topic #1
October 31, 2015 – Chapter Assignments
October 31, 2015 - Quiz #1 Deadline
October 31, 2015 - Exam #1 Deadline

*Phase Two: November 1 - 14, 2015*
*Chapters 6, 8, 9, 11 & 7*

November 4, 2015 - Discussion Board Topic #2
November 14, 2015 - Chapter Assignments
November 14, 2015 - Quiz #2 Deadline
November 14, 2015 - Exam #2 Deadline

*Phase Three: November 15 - 28, 2015*
*Chapters 12, 13, 14 & 15*

November 18, 2015 - Discussion Board Topic #3
November 28, 2015– Chapter Assignments
November 28, 2015 - Quiz #3 Deadline
November 28, 2015 - Exam # Deadline

*Phase Four: November 29 –December 7, 2015*
*Chapters 4, 5, 16, 17 & 18*

December 2, 2015 - Discussion Board Topic #4
December 7, 2015 - Chapter Assignments
December 7, 2015 - Quiz #2 Deadline
December 7, 2015 - Exam #2 Deadline

## *LAST DAY TO DROP AND RECEIVE A "W" November 30, 2015*

DIVISION POINT OF CONTACT:
Jill Riethmayer, Dean
Arts, Business, Behavioral Sciences & Social Sciences
Lone Star College - Tomball
30555 Tomball Parkway
Tomball, TX 77375
281-351-3342
Jill.Riethmayer@lonestar.edu

LSC - OCR 000085



**LONE STAR COLLEGE**
**TOMBALL**

**English 1302:  Composition II**
**Fall 2015 8 Week 2**

| Course Information | Faculty Information |
|---|---|
| **Course Title:  Composition II** | **Name:** Pattie Parker |
| **Course Number:  ENGL 1302** | **E-mail:** pattie.j.parker@lonestar.edu |
| **Course Section: 3026 8W2** | **Office Hours:** As I do not have face-to-face office hours, all communication will take place online. I will officially check email and discussion boards Mondays, Wednesdays, and Fridays at 6 p.m.; however, I am usually checking my email periodically throughout the day, so do not hesitate to email at any time. Please realize that I may not respond as quickly on weekends and holidays due to family commitments. |
| **Credit Hours: 3 credits: 3 hrs. lecture** | |
| **Prerequisite:  ENGL 1302** | |
| Kim Carter, English Department Chair 30555 Tomball Parkway Tomball, TX 77355 281-351-3352 Kimberly.S.Carter@lonestar.edu | **Note:** Papers and assignments are never to be handed in via email. Assignments are only accepted through the assignment drop box in the online course. |

**Course Materials:**



Ramage, John D., John C. Bean, and June Johnson.  *Writing Arguments: A Rhetoric with Readings.*  10th edition.  Boston:  Pearson, 2016.  Print.  ISBN:  978-0-321-90763-1

**Course Description**

Intensive study of and practice in the strategies and techniques for developing research-based expository and persuasive texts. Emphasis on effective and ethical rhetorical inquiry, including primary and secondary research methods; critical reading of verbal, visual, and multimedia texts; systematic evaluation, synthesis, and documentation of information sources; and critical thinking about evidence and conclusions.

**Core Objectives**
The Texas Higher Education Coordinating Board mandated a set of <u>Core Objectives</u>, inspired by the Association of American Colleges and Universities national initiative, Liberal Education and America's Promise (<u>LEAP</u>). These four objectives apply to communication courses:

1. *Critical Thinking Skills* - to include creative thinking, innovation, inquiry, and analysis, evaluation, and synthesis of information
2. *Communication Skills* - to include effective development, interpretation, and expression of ideas through written and visual communication[i]
3. *Teamwork* - to include the ability to consider different points of view and to work effectively with others to support a shared purpose or goal
4. *Personal Responsibility* - to include the ability to connect choices, actions, and consequences to ethical decision-making

**Learning Outcomes**
The following learning outcomes must appear in the syllabus distributed to students. They can be found at http://www.thecb.state.tx.us/AAR/UndergraduateEd/WorkforceEd/acgm.htm.

Upon successful completion of this course, students will:

1. Demonstrate knowledge of individual and collaborative research processes.
2. Develop ideas and synthesize primary and secondary sources within focused academic arguments, including one or more research-based essays.
3. Analyze, interpret, and evaluate a variety of texts for the ethical and logical uses of evidence.
4. Write in a style that clearly communicates meaning, builds credibility, and inspires belief or action.
5. Apply the conventions of style manuals for specific academic disciplines (e. g., APA, CMS, MLA, etc.

**Attendance Policy**
*Excessive absences*

Class attendance is absolutely necessary for your success in this course, so you must attend class. Since this is a completely online course, attendance works a bit differently than a traditional face-to-face course. In D2L, I am able to see the number of log ins associated with your account as well as the time spent during each log in. A student may be dropped for excessive absences, or in this case, a lack of time spent in the course, or for simply a lack of academic performance. It is the responsibility of each student to keep up with the pace of the course.

**Assignments**
*Late Work*
All work due is due by 11:59 p.m. of the date specified. Work that is turned in late will lose one letter grade within the first 24 hours after the paper was due. If the paper is submitted in the second 24 hour period, the paper will lose another letter grade. The third 24 hour period the paper is late is the final chance to submit the assignment for a deduction of three letter grades. No papers will be accepted more than 72 hours after the due date.
   o **Example:** If the paper is due on Monday night at 11:59 p.m., but it is turned in at 3:00 a.m. the next day, (three hours late), I will deduct a letter grade. If the paper earns a B, it will be awarded a C. If it is turned in Thursday morning at 10:00 a.m., 58 hours late, the paper will be awarded an F.

LSC - OCR 000086

## Class Participation

The college classroom is a place for adult men and women to come together with the common purpose of improving their intellectual and academic skills. All students deserve a classroom environment that is free of interruptions or distractions that impede learning. Because active participation in discussions boards is essential, it is important that all students are fully prepared for these discussions. Any student who continually demonstrates in discussions that they are unprepared will be asked to leave the discussion board.

## Grading Policy

*Final grades are determined by averaging the total of each area listed below.*

*20%   Discussion Posts (21)*
*30%   Writing Tasks (4)*
*40%   Papers (4)*
*10%   Final Exam (Timed Writing Task)*

Grading Scale:

| 90-100 | A |
|--------|---|
| 80-89 | B |
| 70-79 | C |
| Below 70 | F or IP(*) |

*(*)Where circumstances warrant, the grade "IP" or "In Progress" is granted. Although IP is not a failing grade, the student must repeat the course in order to receive credit. The IP grade may be granted in place of the F solely at the discretion of the instructor if the student has demonstrated consistent participation and progress throughout the duration of the course.*

## Extended Learning Center and Tutoring Resources

The Extended Learning Center (ELC), located on the second floor of the LSC, Tomball Library, is available for students at Lone Star College, Tomball, to help students perform better in their academic classes. Free tutoring by professional tutors, resource materials, and computer-based instruction are available to help students with their academic goals.  All LSCS campuses offer tutoring to all LSCS students.

The English department highly recommends taking advantage of the resources available through our tutors and reference librarians.

## Withdrawal Policy

Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student transcript, and no credit will be awarded.  Prior to the official day, it is the student's responsibility to initiate and complete a request for withdrawal from any course.  Withdrawals are processed only if the student completes and submits for signature(s) the required withdrawal form(s) available from the Admissions Office.

**Six Drop Rule:** Students are limited to six (6) drops total while they are enrolled in any institution of higher education in Texas. A first time in college student is a student not currently enrolled in high school and who has never taken a college or university course anywhere at any time. If you consider dropping this course during the semester, you should go to advising prior to dropping and get information about the Six-Drop Rule.

## Code for Academic Honesty

The System upholds the core values of learning: honesty, trust, respect, fairness, and accountability. We promote the importance of personal and academic honesty. We embrace the belief that all learners – students, faculty, staff and administrators – will produce their own work and must give appropriate credit to the work of others. No fabrication of sources or unauthorized collaboration is permitted on any work submitted within the System. Even inadvertent cheating or plagiarizing must be avoided by careful documentation of the other people's ideas and language. Please refer to the *Academic Honesty and Student Success* brochure for more information: www.lonestar.edu/31695.pdf.

The Lone Star College System subscribes to Turnitin.com, an online collaborative learning tool for faculty which supports faculty I their quest to uphold academic integrity. Student coursework will be submitted to the scrutiny of the Turnitin software. Please note that these submissions of assignments to Turnitin do not necessarily constitute an accusation or suspicion of plagiarism on the student's part.

## ADA Statement

If you require reasonable accommodations because of a physical, mental, or learning disability, it is your responsibility to contact the instructor during the first two weeks of class. Check the System Office Catalog for the statement concerning people with disabilities.

## Equal Opportunity Statement

Check the System Office Catalog for the statement concerning the equal opportunity principle.

## Emergency Notification

Lone Star College System (LSCS) is committed to maintaining the safety of the students, faculty, staff, and guests while visiting any of our campuses. See http://www.lonestar.edu/oem for details. Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency contact LSCS Police at (281) 290-5911 or X5911.

---

[1] Oral communication is handled explicitly in the 42 credit hour LSCS Core through the Speech course Core requirement. The LSCS General Education Committee determined that courses in the Core clearly can and should and usually must complement each other in order to achieve full coverage of the core objectives mandated by the THECB.

LSC - OCR 000088

## Class Schedule

**Organization of Schedule:**  Each week's readings and assignment are organized chronologically. I pace due dates by halving the week from Monday to Thursday and Thursday to Monday. Note that Week 8 ends on Thursday, December 17th. Due dates include discussion posts, writing tasks, papers and the final exam.

**Pace:** Remember, this is a fast paced course and any assignments you do ahead of time will prepare you for the heavy workload of research assignments. Review the syllabus for my grading policy of late work. Do not let yourself get too far behind at any point as it will drastically impact your final course average.

**Holidays:** Our course spans the Thanksgiving holiday. Note that no work will be due on November 25th or 26th.

| | Monday | Tuesday | Wednesday | Thursday | Friday | |
|---|---|---|---|---|---|---|
| | **English 1302 8 Week 2** Brief Calendar of Due Dates | | | | | |
| Week 1 | 19 Due Date 11:59 p.m. | 20 | 21 | 22 Due Date 11:59 p.m. | 23 | Discussion Post Total: 3 |
| Week 2 | 26 **Writing Task** Due Date 11:59 p.m. | 27 | 28 | 29 Due Date 11:59 p.m. | 30 | Discussion Post Total: 3 |
| Week 3 | 2 **Paper Due** Due Date 11:59 p.m. | 3 | 4 | 5 **Writing Task** Due Date 11:59 p.m. | 6 | Discussion Post Total: 3 |
| Week 4 | 9 **Paper Due** Due Date 11:59 p.m. | 10 | 11 | 12 Due Date 11:59 p.m. | 13 | Discussion Post Total: 3 |
| Week 5 | 16 **Writing Task** Due Date 11:59 p.m. | 17 | 18 | 19 **Paper Due** Due Date 11:59 p.m. | 20 | Discussion Post Total: 2 |
| Week 6 | 23 Due Date 11:59 p.m. | 24 | 25 Holiday Thanksgiving Holiday no assignments due | 26 Holiday Thanksgiving Holiday no assignments due | 27 | Discussion Post Total: 2 |
| Week 7 | 30 **Writing Task** Due Date 11:59 p.m. | 1 | 2 | 3 **Paper Due** Due Date 11:59 p.m. | 4 | Discussion Post Total: 3 |
| Week 8 | 7 Due Date 11:59 p.m. | 8 | 9 | 10 Final Exam Due 11:59 p.m. | 11 | Discussion Post Total: 2 |
| | Grades posted by December 16th | | | | | |

LSC - OCR 000089



LONE STAR
COLLEGE
MONTGOMERY

**Syllabus**

**DRAM 1310-Theatre Appreciation**

| | |
|---|---|
| **Course Title** | Theatre Appreciation |
| **Course Schedule** | Distance Learning |
| **Course Description** | Survey of theater including its history, dramatic works, stage techniques, production procedures, and relation to other art forms.  Participation in productions may be required. |
| **Learning Outcomes** | Upon successful completion of this course, students will: |

- Analyze theater through written responses to play texts and/or live performance.
- Demonstrate a basic knowledge of theater history and dramatic works.
- Describe the collaborative nature of theater arts.
- Demonstrate the relationship of the arts to everyday life as well as broader historical and social contexts.

| | |
|---|---|
| **Prerequisites** | ENGL 0305 or ENGL 0316 AND ENGL 0307 or 0326, OR higher level course (ENGL 1301), OR placement by testing |
| **Credit Hours** | 3 |
| **Required Materials** | **Acquire textbooks immediately.** |

*The Essential Theatre,* 10th edition by Brockett and Ball
The custom edition available in the Montgomery bookstore is the most cost effective way to acquire the hard copy of the book.
You may also use the digital 10th edition of *The Essential Theatre* that can be found here:
http://www.cengagebrain.com/shop/isbn/9781133307280
Note that because this is not the LSC-M custom edition, some of the page numbers will be different, but the information will be the same.

There is a reference copy of the textbook available in the LSC-Montgomery library.

On an assignment you will be asked to provide a directorial concept of *A Midsummer Night's Dream* by William Shakespeare. The play can be found here: http://shakespeare.mit.edu/midsummer/full.html

| | |
|---|---|
| **Instructor's Office Location and Office Hours** | D202<br><br>M-TH 10-1130 |
| **Instructor/Department Chair Contact Information** | Chase Waites<br>Office Phone: 936-271-6127<br>Email:chase@lonestar.edu<br>Fax: 936-271-6143<br>Main Department Phone Number:  936-273-7260 |
| **Division Dean contact information** | Dean Deborah Ellington<br>F252<br>936-273-7274<br>Deborah.N.Ellington@lonestar.edu |
| **Evaluation** | **EVERYTHING WE DO IN CLASS IS GRADED.**<br>Quizzes 35%<br>Assignments and Discussions 30%<br>Final Exam 20%<br>Play Critiques 15% |
| **Assignments** | # READ THIS SECTION CAREFULLY AND UNDERSTAND YOUR RESPONSIBILITIES |

LATE WORK IS UNACCEPTABLE. **IT IS YOUR RESPONSIBILTY TO MAINTAIN A RELIABLE INTERNET CONNECTION.** DO NOT INFORM ME OF TECHNICAL DIFFICULTIES. CONTACT THE

ECAMPUS HELP DESK. IF YOU COMMUNICATE WITH ME ABOUT A TECHNICAL PROBLEM I WILL NEED TO KNOW THE NAME OF THE ECAMPUS HELP REPRESENTATIVE YOU SPOKE WITH. DO NOT TELL ME YOU COULD NOT GET IN TOUCH WITH THEM. THEY ARE ALWAYS AVAILABLE.

**DO NOT PROCRASTINATE.** IF YOU DO, INEVITABLY YOU WILL MISS ASSIGNMENTS AND QUIZZES. IF YOU HAVE A PROBLEM SUBMITTING AN ASSIGNMENT VIA THE ONLINE LEARNING MODULE, EMAIL ME THE ASSIGNMENT DIRECTLY BEFORE IT IS DUE TO CHASE@LONESTAR.EDU

**In the event of an e-catastrophe:**
1) Call the help desk and report the problem **1-866-614-5014**
2) Do your assignment and email it to me explaining your e-problem before the due time and date. If it is after the due time, it is safest to go ahead and email it to me anyway.

**ASSIGNMENTS HAVE WORD MINIMUMS OF 200.** IF WORD MINIMUMS ARE NOT MET, THE STUDENT WILL RECEIVE A ZERO ON THE ASSIGNMENT REGARDLESS OF WORD COUNT OR CONTENT. YOUR NAME AND ASSIGNMENT HEADING DO NOT COUNT TOWARDS THE 200 WORDS.

Please make sure all work is your own. Copying and pasting from websites like Wikipedia is not an acceptable way to complete assignments. This is plagiarism, a serious academic offense. If you do quote other material to support your own thoughts and ideas, you should cite your source.

**DISCUSSION ANSWERS SHOULD BE AT LEAST 3 SENTENCES** and you are encouraged to appropriately comment on each other's discussion answers.

**YOU ARE** REQUIRED **TO SEE THE LSC-MONTGOMERY THEATRE PRODUCTION** *Run Like the Dickens*
SEEING AND REVIEWING A PRODUCTION COUNTS FOR 15% OF YOUR GRADE. The Play runs November 19-21 in D100, the Mainstage Theatre. Though it is rated G, I wouldn't recommend it for very young audiences. See the related assignment for specific production times.

If you have an **exceptional** situation that prevents you from getting to a live theatre production, email me no later than November15th to make alternate arrangements.

**Letter Grade Assignment**

Final letter grades will be assigned in the following manner:

100 – 90 **(A)**
80 – 89 **(B)**
70 – 79 **(C)**
60 – 69 **(D)**

59 and below **(F)**

| | |
|---|---|
| **Withdrawal Policy** | The district withdrawal policy can be found on page 46 of the LSCS catalog. |

It is important that you are successful in this course. If you are having difficulty that might impact your ability to complete the course, it is vital that you contact me to discuss your options. After our discussion, if you feel that you need to withdraw from the course, it is your responsibility to do so before the final day to withdraw.

**If you miss any combination totaling 6 assignments, discussions, and quizzes, it is likely you will be dropped from the class. Note that the last day to drop with a W is November 10.**

**Syllabus Change**  While every attempt has been made to prepare this syllabus and class schedule in final form, it will be the instructor's prerogative to make any changes as may be deemed necessary in order to meet the learning outcomes of the course.

**Certificate/Degree Plan**  Degree plans for programs offered at Lone Star College – Montgomery can be located in the Lone Star College catalog or on the Lone Star College – Montgomery  web site.

**Academic Integrity**  Can be found on Page 81 of the LSCS catalog.

**Software Piracy:**  Law strictly prohibits unauthorized copying of software purchased by Lone Star College – Montgomery for use in laboratories. Lone Star College – Montgomery administration will take appropriate disciplinary action against anyone violating copyright laws.

**Equal Opportunity Statement:**  See Lone Star College catalog or go to http://www.lonestar.edu

**ADA Statement**  See Lone Star College catalog page 37.

**Advising**  For additional assistance or more information on degree plans or future courses that Lone Star College – Montgomery  may offer,

please contact one of the following:

Neil Phillips, Counselor                    Juan C. Lebron

936-273-7246                                936-273-7280
Neil.Phillips@lonestar.edu                  Juan.C.Lebron@lonestar.edu

**Course Schedule**              **YOU MUST KEEP UP WITH THE READINGS.**

**(Subject to change based on progress of the class and evaluation of the instructor.)**

Each chapter reading is followed by a chapter support power point, discussion, assignment, and quiz. You must read the power point before moving to the discussion and the assignment. Web links are also provided with each chapter. Click on these to find subjects of interest applicable to each chapter.

**Order of Assignments:**

Introductions, syllabus, syllabus quiz

Chapter 1

Chapter 2

Chapter 3

Chapter 4

Chapter 5

Chapter 6

Chapter 7

Chapter 8

Chapter 9

Chapter 10

Chapter 11

Chapter 12

Play Critique

Chapter 13

Chapter 14

Chapter 15

Chapter 16

Chapter 17

Final Exam

**Other Information:**          **Lone Star College Montgomery Theatre Web site:**
lonestar.edu/theatre-montgomery
The web site contains all information pertinent to the theatre
department including our season schedule.

Like us on Facebook!

LSC - OCR 000095

 **Interpersonal Communication**

## Instructor contact information

| | | | |
|---|---|---|---|
| **Instructor:** | Kristi Johnson | **Office/Additional Phone:** | N/A |
| **Office:** | N/A | **Office Hours:** (or hours of availability) | By appointment only |
| **E-mail:** | Krist.johnson2@d2l.lonestar.edu | **Website/Alternative Contact:** | N/A |

## Welcome to

| | | | |
|---|---|---|---|
| **Course Title:** | SPCH 1318 | **Term and Year:** | Fall 2015 |
| **Course Subject:** | | | |
| **Course Section:** | | **Class Days & Times:** | ONLINE |
| **Credit Hours:** | 3 | | |

## Course overview

**Catalog Description:**

Application of communication theory to interpersonal relationship development, maintenance, and termination in relationship contexts including friendships, romantic partners, families, and relationships with co-workers and supervisors.

**Student Learning Outcomes:**

1 - Exhibit understanding of interpersonal theories and principles.

2 - Demonstrate ability to analyze and critique verbal and nonverbal interactions in mediated and face-to-face contexts.

3 - Identify and understand perceptual processes as they relate to self and others.

4 - Demonstrate critical thinking ability by effectively researching, evaluating, and applying communication theories in oral and written assignments.

5 - Demonstrate understanding of the relevance of cross-cultural, co-cultural, gender, and age influences on human communication.

6 - Identify, evaluate, and apply conflict styles and conflict resolution strategies.

7 - Identify types of and barriers to effective listening.

8 - Demonstrate understanding of visual communication as it pertains to communication competence.

**In our efforts to prepare students for a changing world, students may be expected to utilize computer technology while enrolled in classes, certificate, and/or degree programs within LSCS. The specific requirements are listed below:**

**The Office of Technology Services**

The Office of Technology Services (OTS) Service Desk is your first point of contact when in need of urgent assistance. Contact the Service Desk 24x7, 365 days a year at **832.813.6600 or 1.866.614.5014** or email ots@lonestar.edu.

***(Examples only - please delete and list your specific requirements here):  Online quizzes, online assignment submissions, Microsoft Word document submissions, discussion boards, etc.***

Getting ready

**Prerequisites:**  ENGL 0305 or ENGL 0365 or ENGL 0115 AND ENGL 0307 or ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite.

**Required Material:**        **Interpersonal Communication: The Real World Approach**

**Optional Materials
or Reference Texts:**

## Instructor guidelines and policies

**Attendance:**   Consistent attendance is requires in order to be successful in the course. Please log in to D2l weekly in order to receive and submit all assignments in a timely fashion.

**Assignments**:  All assignments must be typed and submitted by the due date. Each late assignment will erceive a ten point deduction per class day.

**Make-up Exams:** Exams may be made up with a 10 point deduction per class day missed.

**Modules:** Each module will be posted on Monday with weekly assignments due by Friday at midnight.

**Department/Division Contact:  :** Lead Faculty      Name:  Dr. Debra Harper-LeBlanc
Email:  debra.j.harper@lonestar.edu
Office:  281.765.7969

## GRADE DETERMINATION:

| Your grade will be determined by the following | Details | Points (if applicable) | Percent of Final Average |
|---|---|---|---|
| Quizzes | | | 10 |
| Class projects | | | 30 |
| Mid Term | | | 20 |
| Final Exam | | | 20 |
| Class Participation | | | 20 |
| | | | |
| Total: | | | 100% |

*PLEASE REVISE ACCORDING TO YOUR NEEDS*

## LETTER GRADE ASSIGNMENT:

| Letter Grade | Final Average in Percent |
|---|---|
| A | 89.5 – 100 |
| B | 79.5 – 89.4 |
| C | 69.5 – 79.4 |
| D | 59.5 – 69.4 |
| | |

| | | |
|---|---|---|
| | | |
| | | |

Revised 06/2014

LSC - OCR 000098

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Withdrawal Policy**

Withdrawal from the course after the official day of record and prior to "W" Day, (see current catalog for this date) will result in a final grade of "W" on your transcript.  Instructor approval is necessary if you want to withdraw after official day.  No credit will be awarded for a course earning a "W."  If you stop attending class, you must withdraw at the registration office prior to "W" day.  If you stop attending class and do not officially withdraw by **11/30/2015,** you will receive an "F" for the course.

**Six Drop Rule**

Students who enrolled in Texas public institutions of higher education as first-time college students during the Fall 2007 term or later are subject to section 51.907 of the Texas Education Code, which states that an institution of higher education may not permit a student to drop (withdraw with a grade of "W") from more than six courses, including courses that a transfer student has previously dropped at other Texas public institutions of higher education that have already been counted against their six drop limit.   Each student should fully understand this drop limit before you drop any course.  Please see a Counselor or Advisor in our Student Services area for additional information and assistance. This policy does not affect developmental or ESOL students.


# Lone Star College-Victory Center is committed to your success

**Your success is our primary concern!**  If you are experiencing challenges achieving your academic goals, please contact your instructor or an advisor.  We can provide assistance with academic needs, ADA accommodations, classroom difficulties, financial concerns, and other issues.

### Counseling Services
Counseling services are available to students who are experiencing difficulty with academic issues, selection of college major, career planning, disability accommodations, or personal issues.  Students may contact Counseling and Career Services.

### Extended Learning Center
The Lone Star College-Victory Center Extended Learning Center offers tutoring services, information, and resources for both college students and the community in room 107.  Librarians are available to assist with research.

To contact a reference librarian email nhref@lonestar.edu or call 281.810.5617.

For **ELC** hours and contact information, please visit http://www.lonestar.edu/17441.htm.


### Tutoring Services
The Lone Star College -- Greenspoint Center Tutoring Services is located on the 3rd floor.
Contact Ms. Terrae Johnson at 281.260.3521 in room 310E for hours or information.

# Lone Star College-Victory Center Campus and System Policies

**Academic Integrity**

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:
1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

**Student Behavior Expectations**

Students are expected to conduct themselves appropriately while on College property or in an online environment. Students may receive disciplinary action up to and including suspension, if they violate System or College rules, disrupt classes, or interfere with the opportunity of others to obtain an education. Students who pose a threat to the safety of others will be subject to immediate withdrawal from the classroom, campus environment, and/or online environment, as well as face subsequent criminal charges, as appropriate. Please refer to the Student Code of Conduct located online at http://www.lonestar.edu/student-responsibilities.htm for additional information.

**Americans with Disabilities Act Statement**

Lone Star College-Victory Center is dedicated to providing the least restrictive environment for all students. We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

Disability Services is located on the LSC Greenspoint campus. You may contact Disability Services at the following number: 281.260.3522. Additional information may be accessed online at the following URL: http://www.lonestar.edu/disability-services.htm

**Campus Safety and Security**

Lone Star College System is committed to maintaining the safety of the students, faculty, staff, and guests while visiting one of our campuses. See http://www.lonestar.edu/safety-nh.htm for details.
Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency, contact the police at 5911.

**Computer Virus Protection**

Computer viruses are, unfortunately, a fact of life. Using flash drives on more than one computer creates the possibility of infecting additional computers and flash drives with computer viruses. This exposes college computers, personal computers, and any other computers to potentially damaging viruses. The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines. It is your responsibility to protect all computers under your control and use and ensure that each flash drive you use, wherever you use it, has been scanned with anti-virus software.

**Equal Opportunity Statement**

It is the policy of the Lone Star College System to provide equal employment, admission and educational opportunities without regard to race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability.

Lone Star Colleges strive to provide an excellent learning environment free from harassment or intimidation directed at any person's race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability. Any form of harassment will not be tolerated.

**FERPA**

The academic, financial, and non-directory information on your student account is confidential and protected by the Family Educational Rights & Privacy Act (FERPA). LSCS cannot release certain information to another person without your written authorization. Additional information on FERPA can be found at http://www.lonestar.edu/ferpa.htm.

**Internet and E-mail**

LSCS provides computing and network resources. You are encouraged to use the computers, software packages, and electronic mail (e-mail) for educational or System-related activities and to facilitate the efficient exchange of useful information. The equipment, software, and network capacities provided through the district computer services are the property of the System. Use of the equipment and networks is to comport with the policies and procedures of the System and access may be denied to any student who fails to comply with the System's policies and procedures regarding its use.

Access to the System's e-mail and similar electronic communications systems are a privilege and certain responsibilities accompany that privilege. All users are expected to demonstrate the same level of ethical and professional manner, as is required in face-to-face or written communications. Threatening, anonymous, or forged messages will be treated as a violation of this policy.

**Software Piracy**

Law strictly prohibits unauthorized copying of software purchased by Lone Star College-Victory Center for use in laboratories. Lone Star College-Victory Center's administration will take appropriate disciplinary action against anyone violating copyright laws.

**Evaluation of Instruction**

Lone Star College-Victory Center is committed to student success. As part of its' institutional effectiveness efforts, our instructors are assessed in several ways. For the continuous improvement of our instruction, all students are encouraged to provide input for each course they take each semester using the Course Evaluations Questionnaire, which can be accessed online for each course. This occurs approximately half way through your course and your instructor will provide you more information on this process. The college deans review these evaluations each semester. The deans and/or lead faculty may visit each instructor's class at some time during the semester to observe the instructional environment being provided and complete an assessment of the instructor.

**Syllabus**
US History Since 1877 [3 credits]
HIST.1302.2X03 (3964)
Fall, 2015

| Instructor | R. Chris Davis |
|---|---|
| Email | R.Chris.Davis@LoneStar.edu |
| Phone | 281.312.1654 |
| Office | CLA 200C |
| Office Hours | M·W  1:30–2:30 PM; T·Th·F  11:00 AM–12:00 PM |
| Classroom | Online/D2L |
| Meeting Time | Online/Daily |
| Start Date | Oct. 19, 2015 (8 weeks) |

**Course Description:** A survey of U.S. history from 1877 to the present. Topics will include western expansion, industrialization, immigration, imperialism, economic, political and social developments, the wars of the 20th century and the changing status and conditions of women and minorities. Another purpose of this course is to introduce students to the skills and practices of history.

**Learning Outcomes**
- Create an argument through the use of historical evidence;
- Analyze and interpret primary and secondary sources;
- Analyze the effects of historical, social, political, economic, cultural, and global forces on this period of United States history.

**Prerequisites:** ENGL 0365 or ENGL 0115 AND ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite.

**Required Texts**
Eric Foner, *Give Me Liberty! An American History* (Seagull Fourth Edition) Vol. 2 (W.W. Norton & Company, 2013). ISBN-13: 978-0393920314.
Paul A. Lombardo, *Three Generations, No Imbeciles: Eugenics, the Supreme Court, and* Buck v. Bell. ISBN-13: 978-0801898242
Michael C. C. Adams, *The Best War Ever: America and World War II*, 2nd Edition (Johns Hopkins UP, 2015). ISBN-13: 978-1421416670.

LSC - OCR 000104

Kate Brown, *Plutopia: Nuclear Families, Atomic Cities, and the Great Soviet and American Plutonium Disasters* (Oxford UP, 2013). ISBN-13: 978-0199855766.

**Instructor Contact:** Email is the best way to contact me. I always try to respond within a day or two. If I am unavailable, simply leave your name and number on the voice mail and I will call you back. When emailing or calling me, please also identify the course you are in.

**Grading Policy**

**20% Unit Quizzes:** There will be a quiz over each unit, thus 3 quizzes total, worth 10 points each, covering the assigned readings. These quizzes will include multiple-choice, matching, and long-answer question. I will prep you in advance. I will also drop the lowest of these grades, even for a missed quiz. Altogether, these quizzes count a max. 20 points toward your final grade.

**20% Discussion/Response:** There will be 3 discussion topics worth 10 points each, about every other week, over assigned readings. You must post a 200-word response to each topic and then reply to two of your colleagues' posts. I will drop the lowest of these grades, even for a missed assignment. Altogether, these discussions count a max. 20 points toward your final grade.

**20% Reading-Response and Graphic Organizer Worksheets:** There will be a number of worksheets used to analyze primary sources. Completion of these counts a max. 20 points toward your final grade.

**20% Essay:** In keeping with the requirements of the SSH Division at LSC–Kingwood, the writing component of this course will be 20% of your overall grade. To fulfill this component, you will write a 1000-word essay on a given topic. Prior to submitting your essay, you must take the Essay Formatting Quiz, which covers proper formatting and citation within the Essay, and is worth 1 point toward your essay grade.

**20% Final Exam:** The final exam will be a maximum of 20 points toward your final grade. The exam will cover only the Plutopia text and handful of readings assigned after Quiz 3. A thorough review will be provided before the exam.

**Extra Credit:** I often award extra points for exceeding the minimum number of discussion postings or for lengthier responses that provide detailed information and examples that broaden the conversation. In this way, students can add several points in the final grade calculation, which can make the difference in a letter grade.

LSC - OCR 000105

**Attendance, Preparation & Keys to Success:** Regular attendance is mandatory. I will keep roll and, moreover, use attendance as a factor when deciding to bump up grades that are borderline. Moreover, it is imperative that all reading assignments be completed prior to class, as this facilitates discussion and exchange. In addition to participating in classroom discussions, you will also be expected to read and post messages on the discussion board. In written assignments, including discussion posts, please make use of the spell-checker. Take your time and really think about these discussion topics and responses. Do not simply jot down some responses; rather, write in full sentences and use proper punctuation. Realize that the topic and structure of the term paper will draw on the same kinds of topics and questions. You might even be able to use in your essay some of what you've written in the discussion posts. In written assignments I am looking for you to respond concisely to the given essay question, long-answer questions, and discussion prompt. Do not elaborate on any other topic.

**Prohibitions:** Laptops, tablets, cell phones, and other such electronic devices are not allowed to be in use during class time. If you have a particular circumstance that requires you to take a call (e.g. you have a pregnant family member/partner, or are an emergency responder who needs to be on call), then notify me in advance. Students are not allowed to video or record class lessons, as this raises privacy issues for everyone in the class.

**Make-Up Policy:** You cannot make-up the quizzes or the final exam, although you can drop the lowest quiz grade, even if a missed quiz. Each quiz will be available in D2L and remain open for several days; if you insist on a paper version, email me and I will provide you one. Notifying me *after* the assignment or assessment due-date that you were sick or else had technical problems is not grounds for a make up. Of course, I am always willing to work around legitimate issues (medical, legal, family, work) that might prevent students from completing assignments on time, provided I am given advance notice. If you need to drop the course, it is your responsibility to do the necessary paperwork. I will not do it for you. However, before you drop, please consult me first. I am always hopeful we can work something out.

**Academic Integrity:** The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system. Academic dishonesty incudes:

*Plagiarism*
1.  Buying or using someone else's paper or project from a local source or internet site and submitting as your work.

2. Incorrectly attributing or neglecting to attribute source material (books, articles, internet sites, music CDs, movies, etc.) used in an assignment or clinical written work.
3. Failing to distinguish direct quotations from paraphrasing or summarization of source material.
4. Completing someone else's work on an assignment or clinical written work.
5. Fabricating or falsifying information or source material in an assignment or clinical written work.
6. Submitting an assignment or clinical written work as your own after someone else has rewritten or changed major portions of it.
7. Using a project completed for another course and resubmitting it w/o changes for another course.

*Sabotage*
1. Destroying or vandalizing student or faculty course materials or records.

*Lying*
1. Use of deception when faced with allegations of academic dishonesty.
2. Omitting important information from a teacher or fellow student related to course work or clinical written work.

*Dishonest/Unethical Practices*
1. Selling or purchasing examinations, papers, notes, or other assignments.
2. Altering, forging, fabricating, or counterfeiting student or faculty course materials or college records and/or presenting such items as official records.
3. Using counterfeit documents or false information to delay testing or manipulate course work to an advantage over other students.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:

1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

The Lone Star College System subscribes to Turnitin.com, an online collaborative learning tool for faculty which supports faculty in their quest to uphold academic integrity. Student coursework will be submitted to the scrutiny of the Turnitin software. Please note that these submissions of assignments to Turnitin do not necessarily constitute an accusation or suspicion of plagiarism on the student's part.

R. Chris Davis – p. 4 – HIST.1302.2X03

My current policy is to allow students to take quizzes online, on their own. You may use your book and any notes. However, you are not allowed to collaborate on these assessments. Two or more students are not allowed to take these assessments using the same computer or else on the same network, in the same location and at the same time. Note that when you log into the course, your computer or router's IP address is recorded, as are the time stamps for when you log in, take assessments, visit pages, etc. I will monitor this data. If you have a family member in this course, with whom you live and share a computer, then you must notify me in advance so that we can work out an alternative. Please also note that sharing textbooks and internet networks, even for financial reasons, is not a valid reason to share computer access during assessments. If I notice violations of this policy, then I reserve the right to mandate quizzes and the exam either be taken at a testing center (proctored) or else reformat the assessments as short-answer and long essay.

**Grievance Procedures**: If any student is concerned about policies, classroom discussions, grades or other matters pertaining to the course he/she should see me immediately so we can address those concerns. If your concern is not satisfactorily addressed you may contact:

Thilo W. Schimmel, Chair, Social Sciences – Thilo.W.Schimmel@lonestar.edu – 281-312-1406
Marie Sesay, Dean, SSH Division – Marie.Sesay@lonestar.edu – 281-312-1670

**Americans with Disabilities Act**: Lone Star College-Kingwood is dedicated to providing the least restrictive environment for all students. We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please contact the Counseling Office to obtain the necessary information to request accommodations. Upon completion of this process, please notify your instructor as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations. For information or assistance, call:

Lone Star College-Kingwood
281.312.1548 (voice)
281.312.1515 (TDD)

Lone Star College System (LSCS) is committed to maintaining the safety of the students, faculty, staff, and guests while visiting any of our campuses. See http://www.lonestar.edu/oem for

R. Chris Davis – p. 5 – HIST.1302.2X03

LSC - OCR 000108

details. Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency contact LSCS Police at (281) 290-5911 or X5911.

**Troubleshooting:** Realize that D2L is not flawless. It is quite possible that we will experience some technical difficulties during the term. If so, do not panic. Just keep checking the eCampus website for updates and instructions. If you are having continued trouble with system or with your computer, first ask me. If I cannot solve the problem, I'll direct you to the LSC-Online Technical Support.

LSC - OCR 000109

## GOVT 2306: Texas Government
## Course Syllabus

Instructor: Darrell A. Lovell, MPA
On-line course, Lonestar College –Tomball Campus
Contact information:
Email – Darrell.A.Lovell@lonestar.edu (Preferred)
Phone – 281-401-1816 (Office of Behavioral Sciences)
Online Office Hours: TBD

**COURSE DESCRIPTION:** Overall introduction to the physical geography, demography, economy and political culture of Texas; the origin and development of the Texas constitution; federalism and intergovernmental relations; linkage institutions including political participation, interest groups, political parties and elections; the policymaking institutions; local government and the state budgetary process.

**TEXTBOOK:** *Governing Texas, 2nd edition, Anthony Champagne & Edward Harpham. ISBN: 978-0-393-93684-1. You can access materials and ebook at this site https://digital.wwnorton.com/govtexas2*

*Additional Readings:* In addition to your textbook I will assign outside readings that are MANDATORY for the course. The readings will show up on the exams and you will be asked to participate in discussions about them during the course that will be graded. All additional course readings can be downloaded in PDF format in that week's module.

**STUDENT RESPONSIBILITIES:** The following is a list of student responsibilities. This list *is not exhaustive*, but indicates the core responsibilities that you will accept for this course. These responsibilities begin now, week 1 of the semester, not week 6. As the student, you are responsible for:
- Thoroughly reviewing the course syllabus.
- Obtaining and keeping a copy of the course syllabus.
- Fully understanding the course syllabus.
- Fully understanding the management and design of this online course.
- Being able to locate all course material online and being certain that all material is accessible prior to course deadlines.
- Knowing and following the requirements, important dates, deadlines and policies of this course.
- Knowing and understanding grading procedures.
- Being aware of all announcements and postings online for this course.
- Reviewing, understanding and complying with the academic integrity statement of Lone Star College District (LSC).
- Successfully contacting and discussing any questions about the course with the instructor.
- Successfully contacting and disclosing any concerns with the instructor that would be relevant to your success in the course.
- Understanding that the course design, policies, assignments, exam format, etc. will not be altered or changed.
- Being aware of your academic status THROUGHOUT the duration course, NOT at the end of the course or once the course has been completed.

**- LSC Online Information (D2L):**
This is a course specifically designed for online learning. With that in mind, there is an emphasis on the text and the material and resources made available on the course website. Further, students work independently without

meeting face to face with the instructor on any scheduled basis. Students who are accustomed to the traditional face-to-face course will indeed experience a different format and approach to learning. Students who take online courses may prefer greater flexibility in allotting and committing time to a course. **In the end, however, you must decide if this is the right format and approach to learning for you. Please consider that as you review course material.**

**LONE STAR ONLINE AND GOVT 2306:** Lone Star Online uses an online learning system known as D2L. I have designed this course for this online section of GOVT 2306. So yes, this course has been customized for you by me. I have also provided you with additional commentary that you would be given in my face to face course. Finally, I have customized all exams that will be used in this course.

**STUDENT RESPONSIBILITY:** As described in the previous section on Student Responsibilities, it is your responsibility to familiarize yourself with the course website and its design. You must be able to locate all course material online and be certain that all material is accessible prior to course deadlines. You must have the computer equipment and browser requirements needed in order to complete this course. For example, you may need to use the browser, Mozilla Firefox, or download a new version of Adobe in order to view and use all course materials. Begin navigating through the website at the *beginning of the course* to be certain that all material (intro quiz, links, videos, exercises, simulations, policy debates, etc.) can be accessed. However, it is again stated that the student is responsible for meeting all deadlines. *Students should visit the course content folder on the Monday of each week to find out the information and deadlines for that week. They will also find assignments in the content folder.*

That a student waits until the last minute to learn that they do not have the technical capability to submit and complete the intro quiz, discussions, exercises, simulations, policy debates, etc. is not accepted as an excuse. Extensions to deadlines are not given for failure to have reviewed the website earlier for these types of problems. Simply put, as the student you must locate and use a computer that will allow you full access to the course website; you must use an internet browser that allows you access to all links and materials; and, finally, you must contact technical support for any issue preventing you from accessing all material on the course website.

**PROBLEMS/ASSISTANCE: I can assist you with a problem about how I have designed the course.** For example, if you are taking a quiz and it is not allowing you the opportunity to review incorrect answers, please let me know; if the link to a chapter review does not work, please let me know. If you cannot access your grades using the online tool, My Grades, please let me know. These are examples of what I can work on to correct. However, if you have problems with your computer, technical equipment such as a router, your internet browser, etc., you will need to seek assistance from technical support. Assistance is available through the Lone Star Help Desk and technical support is also provided by the publisher of the textbook and online course materials (see below). For this information, review the **Computer Troubleshooting** link I provide for you under **Lessons/Course Information**. Contact information for the LSC Help Desk is also available on the home page of LSC Online.

**THOSE INEVITABLE, DREADFUL SNAFFUS:** Perhaps not all will go as planned. Perhaps there will be a district-wide computer crash (not likely); perhaps website links that work now will not work next week. In our attempt to journey into the virtual world, there will be glitches, errors, mistakes, and perhaps some that we can't even blame on technology. My experience with online students is that they are patient, civil and respectful, and I expect this to continue. Be assured that there rarely is a problem. Most, if not all students, are able to successfully use all tools available on the website and complete the course.
*If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR SYSTEM ISSUES. If your internet or pc fails that is not*

*something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**- GRADE RANGE:**
90 – 100 A
80 – 89 B
70 – 79 C
60 – 69 D
BELOW 60 F

**- Make up policy:** Without an acceptable excuse for missing a test, there will be no makeup exams given. All assignments are due on the posted date in the syllabus unless changed by the professor. LATE WORK WILL NOT BE ACCEPTED without a LEGITIMATE excuse. There will be no exceptions made and all decisions are made at the discretion of the professor.

**- Class Participation policy:** ONLINE COURSES ARE SELF-DRIVEN EXPERIENCES. In this course you will be REQUIRED to participate in weekly guided discussions that, all together, will be worth 25% of your grade in this course.

The discussion will be accessible through each week's learning module. There will be between 2 and 4 topics a week and you are required to submit 1 ORIGINAL POST TO ALL TOPICS and then 2 additional responses to someone else's post. Post will be graded on mastery of the content, ability to formalize a point or concept, answering the posted question and ability to adequately participate in the discussion. Grades will be posted weekly.

**- Net Etiquette:** Much like in a classroom you are required to conduct yourself in an acceptable manner. Meaning you are to respect yourself, others and the professor as much as humanly possible. While this course is freeform in the learning environment that does not mean you are not to hold yourself, and that I won't hold you, to the highest standard regarding etiquette. Furthermore, I understand that it is easy to type something that you may not say in person. RESIST THIS URGE! Do not reply to someone with haste or anger.

Unfortunately things written are left to interpretation so play it safe and keep this a healthy environment. Acting in a manner unbecoming of a student will get you tossed out of the discussion for that week and result in a grade of 0.

**- Cheating and Plagarism:** Cheating or plagiarism in any degree subjects a student to disciplinary procedures. Failure to give credit for ideas or material taken from another, whether from a fellow student or a resource writer, means the person is guilty of plagiarism. If, in the judgment of the professor, cheating or plagiarism has occurred, the penalty assessed could be a grade of "F" in the course. Cheating includes, but is not limited to, copying from another student's test paper, or copying research papers (or a portion thereof) from the Internet. (see Honesty Code below.)

**- Withdrawls:** Students wishing to drop courses must drop themselves over the web or in person at the Registrar's Office. Faculty will not drop students. Students should consult with your instructor and/or a Counselor/Adviser before dropping a course. Students starting college for the first time after the Fall 2007 or after may only receive six grades of W (grade received from a course dropped after the census date) from all Texas public colleges and universities attended. Grades of W in developmental courses or courses taken while in high school will not count in the six grades of W. After six grades of W are received, students must receive grades of A, B, C, D or F in all courses. There are other exemptions from the six-drop limit and students should consult with a Counselor/Advisor before they drop courses to determine these exemptions.

**- Communication with the Instructor:**
This will be at a premium in this course. Again this course is as much about your drive to learn as it is anything else. With that said, the onus will be on you to communicate with me if there are any issues. Here are some of the ways you can communicate and build good communication practices:

**Announcements –** When you login to the course make sure to check the announcements. Announcements will be your guide to any issue and information I want to pass along. Often I will post reminders or important notes here. A note here is to make sure the email you have in the system is one you ACTUALLY CHECK. Annoucnements and course mail – which I will cover next – will go to your listed email.

**Email –** The best, and preferred, way to reach me is by email. You can contact me at my lonestar email (Darrell.A.Lovell@lonestar.edu) or through the "Course Mail" option in D2L. Again, coursemail uses the listed email you have with the school. If you have not changed it, it will be your default student email address. I will attempt to get emails responded to in 24-36 hours. If an email is not responded to in this time please re-send it and I will get it then.

**Face-to-Face –** This is not required for this course. However, if you require a face-to-face meeting contact me to set up a time and place. I do not have a physical office on campus and am not located on campus. However, I will make time if you need it.

**EMERGENCIES:** If you have some type of an emergency in which you need to contact me immediately, please indicate that in the Subject field of your e-mail. *If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR*

*SYSTEM ISSUES. If your internet or pc fails that is not something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**ANNOUNCEMENTS:** Finally, know that general class announcements will be posted using the **Announcements** tool discussed below. **Always check for new announcements posted by me. Be certain that you select "View: ALL" when using this tool.**

**Any questions about that covered above please feel free to contact me. The next page will start your course design, grades and outline – AKA the important stuff!**

### Class Assignments

**- 2 Exams (2 x 100 points = 200 total points)**
Exams will be designed to test your knowledge of the lecture and readings. All readings, including textbook and additional readings. The general rule is: If I said or you read it its fair game.
Exams will have some combination of multiple choice questions. You MUST DOWNLOAD RESPONDUS LOCKDOWN BROWSER TO TAKE THE EXAM. Exam grades will be returned in a timely manner. There will be NO REVIEW SHEETS provided. Dates and times are in the course outline.

**- In Class Discussion (100 points x 3 = 300 points)**
Discussion will be done within forums. We will do a four discussion forums throughout the eight weeks. Each will be worth 100 points. You will be asked to actively engage with your peers while also showing a clear and complete understanding of the material. That means you show both detail and analysis. That means it is about quality and quantity.

Each discussion your answers to the posted discussion questions and deadlines for responses will be assigned within the content/discussion forum; pay attention to those times. Late submissions on the deadline to answer the posted questions will be docked 10 points automatically. AT LEAST TWO responses to fellow students that show further understanding and FURTHER the discussion will be required by Sunday at 9PM. Submissions that lack responses will be docked 30 points for not doing a significant portion of the assignment.

This is the writing portion of the course. Make sure you treat these as complete essays and answers. Some of these overlap with exams so plan accordingly. Also, check the module each week to find out the deadlines. The instructor reserves the rights to change deadlines when he sees fit.

*- Final Exam (200 points)*
The final will be a comprehensive examination of the class. It will cover any topics, readings presented in the course. The exam will be comprised of 100 questions that can be multiple choice, T/F, and fill in the blank. You will have 2 hours to take the exam.

**Course Grade Breakdown – Total points 1,000**
**700 - 630 = A**
**629 – 560 = B**
**559 - 490 = C**
**489 - 420 = D**
**419 – 0 = F**

**Course Outline & Readings**

**Week I**
*Topic 1: Introductions/Environment and Texas* & Constitution
Readings: Chapters 1 & 2

*Topic II: Texas Constitution & Local Governments*
Readings: Chapter 3 & 10
Assignments: Discussion for week 1 and Exam 1 which opens Friday at 7AM and closes Sunday at 9PM

**Week II**
Topic III: Judiciary & Corrections
Readings: Chapter 9 & 13

Topic IV: Executive Branch, Legislature & Political Parties
Readings: Chapters 4, 7 & 8
Assignment: Discussion 2 on week 2; Exam II opens Thursday at 7AM and must be completed by Friday at 9PM. See module for instructions.

**Week III**
Topic V: Interest Groups & Elections
Readings: Chapter 5 & 6

Topic VI: Public Policy & Fiscal Policy
Readings: Chapter 11 & 12
Assignments: Discussion for week 3 – note the date in the class site.

**Final Exam**
Assignments: Final exam opens 12/31 at 7AM and must be completed by 1/2 at 7PM

# Exhibit G



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

June 14, 2016

Ref: OCR Docket # 06162099

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star College System (LSCS), The Woodlands, Texas, on January 12, 2016. The Complainant alleged that LSCS discriminated against him on the basis of disability and subjected him to retaliation. Specifically, the Complainant alleged the following:

1. LSCS discriminated against him based on disability during the 2015 fall semester when LSCS failed to timely implement his academic adjustments; and

2. LCSC subjected him to retaliation during the 2015 fall semester when the disability services implemented "random" academic adjustments that did not serve his disability, without prior discussion with him.

OCR is responsible for determining whether entities that receive or benefit from federal financial assistance from the Department, or an agency that has delegated investigative authority to the Department, are in compliance with Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability. OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §12132, and its implementing regulation at 28 C.F.R. Part 35. Under Title II, OCR has jurisdiction over complaints alleging discrimination on the basis of disability that are filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public entity. Therefore, OCR has jurisdictional authority to process this complaint for resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's allegations for investigation. Please note that opening this complaint for investigation in

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

LSC - OCR 000116

LSCS

JUN 1 6 2016

Office of the Chancellor

Page 2 – Dr. Stephen C. Head, Chancellor

no way implies that OCR has made a determination with regard to its merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegations, in accordance with the provisions of OCR's *Case Processing Manual.*

Based on the Complainant's allegations, OCR will investigate the following legal issues:

1. Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2015 fall semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.; and

2. Whether LSCS retaliated against the Complainant by implementing random academic adjustments that did not serve the complainant's disability, without prior discussion with the Complainant during the 2015 fall semester, because the Complainant advocated for his rights as a student with a disability during the 2015 fall semester, in violation of Section 504 and Title II, at 34 C.F.R. § 104.61, and 28 C.F.R. § 35.134, respectively.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR

Page 3 – Dr. Stephen C. Head, Chancellor

and the recipient. The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter. OCR will then monitor the implementation of the resolution agreement. Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees. Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or confidentiality. Enclosed is an initial data request. Please provide the requested information to OCR within 15 calendar days of the date of this letter. Please be advised that this request does not preclude OCR from requesting additional information during the course of the complaint resolution process. After reviewing all information received, OCR will determine whether an on-site investigation is warranted. If so, you will be contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against any individual because he or she has filed a complaint or participated in the complaint resolution process. If this happens, the Complainant may file another complaint alleging such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint. If you have questions, you may contact at (214) 661-9607 (Tamara.Williams@ed.gov). You may also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov). Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162099

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter. For purposes of this investigation, the Complainant is identified as Michael Moates, a current student at LSCS.

1. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

2. A copy of, or internet reference to, LSCS's policies and procedures that prohibit discrimination on the basis of disability. Please also provide a description of where the policies and procedures are published, and how and when they are disseminated to faculty and students.

3. A narrative response to the Complainant's allegations. Please include identification of any relevant witnesses by name, position/title, and telephone number.

4. A copy of the Complainant's educational records for the 2015 fall semester.

5. A copy of LSCS's policies and procedures with regard to the provision of academic adjustments and auxiliary aids and services, including references to where the policies and procedures are located and how they are made available to students.

6. A complete copy of the Complainant's application for academic adjustments and auxiliary aids and services and any supporting documentation submitted by the Complainant.

7. The names, telephone numbers, and titles of any and all persons who participated in any determinations regarding the provision of academic adjustments and auxiliary aids and services for the Complainant.

8. A complete copy of any documents related to LSCS's response to the Complainant's application for academic adjustments and auxiliary aids and services.

9. If the Complainant was approved for academic adjustments and/or auxiliary aids and services, please provide a description of the adjustments/aids/services, a description of when and how the adjustments/aids/services were developed, copies of documents containing the adjustments/aids/services, and the names and titles of the person(s) involved in developing and responsible for implementing

the adjustments/aids/services.

10. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services. If no written documentation exists, please provide a narrative of any discussions regarding these issues.

11. A copy of the syllabus and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2015 fall semester.

12. A copy of any documentation and/or written communication between the LSCS and the Complainant pertaining to the allegation in this complaint, including complaints filed with LSCS and the final resolutions thereof.

13. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

**LSCS**

JUN 1 6 2016

Office of the Chancellor

LSC - OCR 000121

# Exhibit H

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Dassey, Valentina |
| **Sent:** | Tuesday, January 12, 2016 5:04 PM |
| **To:** | 'michaelsmoates@gmail.com' |
| **Cc:** | mmoates@my.lonestar.edu |
| **Subject:** | Follow Up |

Good afternoon Michael,

Thank you for your phone calls yesterday. We want to help address the concerns you raised as best we can.

I wanted to follow-up with you regarding the emails you were going to send me and to be sure you had my email address. To help speed up the process, I will be requesting the Office of Technology Services to pull the emails sent in October 2015 to the online advisor email from the server.

As discussed yesterday, please continue to work with Ann Johnson with regard to the Fall 2015 issue. Also, I provided her with your contact information to ensure that she had the correct information.

Let me know if you have any questions. Thank you.

Kind regards,

Val Dassey

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System
5000 Research Forest Drive
The Woodlands, Texas 77381
(832) 813-6843
(832) 813-6656 (Fax)
Email: Valentina.E.Dassey@lonestar.edu
The information in this email is legally privileged and confidential information intended to be reviewed by only the individual(s) organization named.



LSC - OCR 000122

**Dassey, Valentina**

| | |
|---|---|
| From: | Michael Moates <michaelsmoates@gmail.com> |
| Sent: | Saturday, January 16, 2016 4:23 AM |
| To: | Dassey, Valentina |
| Subject: | Michael Moates Email's |

Val I have attached the email I was able to find. Bear in mind that I can not forward the attachment but I believe you already have the documentation.

---------- Forwarded message ----------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Oct 19, 2015 at 4:31 PM
Subject: Michael Moates Disability
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael S. Moates. I want to put my 504 plan into place. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP. I have attached a copy of my documentation from the Child Study Center and Dr. Julian Haber.

Respectfully,

Michael Moates

---------- Forwarded message ----------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Nov 9, 2015 at 8:44 PM
Subject: Michael Moates 504
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I have been trying to get a hold of somebody for some time now trying to get my accommodations put into place. I really need somebody to help me I have attached the documentation and would really much appreciate hearing from somebody ASAP. Not having these accommodations in place is directly impacting my great because I need these for my disability.

---------- Forwarded message ----------
From: OnlineAdvisor@LoneStar.edu
Date: Tues, Jan 16, 2015 at 2:07 PM
Subject: Michael Moates Accommodations
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael Moates. I have some accommodations I need to discuss with someone. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP.

Respectfully,

Michael Moates

---------- Forwarded message ----------
From: OnlineAdvisor@LoneStar.edu

1

Date: Sat, Nov 28, 2015 at 8:37 AM
Subject: Michael Moates 504 Plan
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I am really starting to get irritated at been trying to contact you guys recording my accommodations for some time now I nobody is going communication back with me. I am really frustrated that this is not been put into place within reasonable matter time and I am about ready to file something with the Department of Education of somebody does not get back in communication with me. I have again attached the documentation.

Respectfully,

Michael Moates
(817)-880-4326

LSC - OCR 000124